# EXHIBIT 4



- [Practice](#)
- [Patients](#)
- [Technology](#)
- [Science](#)

Select Page

# Engineered Archwire

For decades, orthodontists have been looking for a solution that offers targeted stiffness control for optimized biomechanics in a single wire. The SmartArch system of engineered archwires is designed to deliver scientifically optimized forces to any tooth in the arch. Based on biomechanics research, SmartArch wires are programmed with optimized stiffness profiles offering faster results, fewer wire changes, and reduced patient discomfort. A premium treatment at an affordable price, SmartArch is the smart choice for your practice and your patients.

Sorry, the Wayback Machine does not have this video (Fa1arwu6DEw) archived/indexed.

**Faster Results**

Optimized forces across the entire arch enable concurrent alignment, leveling, rotation and arch development, increasing treatment efficiency.

**Less wire changes**

3/19/2019                                   SmartArch | Engineered Orthodontic Archwire

Increased chair efficiency

Archwires are easier to engage into the bracket at room temperature with reduced propensity for bonding failure.

**Reduced patient discomfort**

Higher forces are applied only where needed, resulting in less friction and minimizing root resorption.

## Smart Practice

The SmartArch system of engineered archwires makes sense for your practice. A premium treatment without the premium investment. No special systems, equipment, or training are required to deliver the benefits of SmartArch to your patients. SmartArch fits within your workflow, is compatible with most bracket and hook systems, and requires no special impressions, scans, fixtures, or off-site wire bending. SmartArch replaces a range of wire sizes, dramatically reducing the number of SKUs you need to inventory. The simple online ordering system and guaranteed fast delivery ensure that you'll have the wires chairside when you need them. With SmartArch, higher chair efficiency, accelerated treatment and fewer wire-change visits benefit you by opening chair time for new patient starts, improving your bottom line.

## Smart Patients

Your patients are your top priority. SmartArch was designed to improve patient outcomes by unlocking the true potential of superelastic SMA archwires. Patients love the option of an affordable premium treatment offering shorter treatment times, fewer wire changes, and reduced discomfort. You'll love knowing that SmartArch is based on scientifically calculated periodontal ligament stresses, ensuring the best outcome for your patients.

## Smart Technology

SmartArch wire is truly smart material. Using Multiple Memory Material™ technology, pinpoint control over wire stiffness is enabled while the constant force-displacement property of superelastic archwires is engaged. No other technology delivers the precision control that is achieved with SmartArch. Other multiforce archwires are typically limited to three gradually increasing stiffness regions from the anteriors to the posteriors. There are no limits with SmartArch; any number of stiffness regions can be programmed into a single archwire.

## Smart Science

SmartArch force profiles are based on biomechanics research. Finite element modeling shows that ideal force at each tooth is dependent upon several factors, including periodontal ligament root support and interbracket distance. The commonly held assumption that lower force is required in the anterior region, increasing into the posterior region, is an oversimplification. The scientifically-calculated ideal force profile requires pinpoint stiffness control which can only be achieved with SmartArch proprietary technology. No other archwire can deliver biomechanically optimized force for each tooth in a single wire.

http://www.smartarchortho.com/ | Go | JUN JUL **JAN**

**31 captures**
4 Jul 2015 - 18 Mar 2019

◀ **04** ▶

2014 2015 **2016**

▼ About this capture

SmartArch stiffness profiles are optimized for ideal forces using three-dimensional finite element analysis.

SmartArch optimized stiffness profiles are validated with biomechanics testing. Using an orthodontic simulator (OSIM), forces and moments on the entire arch are simultaneously and accurately measured.

Force-displacement curves comparing predicted and actual behaviour of SmartArch wire.

## Stay Updated On SmartArch

SmartArch will become available in the coming months. Join our mailing list or follow us on social media to receive updates on SmartArch features and availability. If you are a practitioner interested in participating in SmartArch trials, contact us at info@SmartArchOrtho.com, or complete the form below.

By clicking subscribe, you consent to receiving electronic communications from Smarter Alloys, you may unsubsribe at any time by clicking here

First Name

Last Name

Email Address

Subscribe

- Twitter Follow
- facebook Follow
- LinkedIn Follow
- Youtube Follow

## Contact Us

Name  Name

Email Address  Email Address

Message  Message

Submit

- Practice
- Patients
- Technology
- Science

SmartArch | Engineered Orthodontic Archwire

| http://www.smartarchortho.com/ | Go | JUN JUL **JAN** |
|---|---|---|
| **31 captures** | | ◀ **04** ▶ |
| 4 Jul 2015 - 18 Mar 2019 | | 2014 2015 **2016** |

Smarter Alloys Inc.
75 Bathurst Drive, Suite B
Waterloo, Ontario, N2V 1N2
Phone: 1-519-880-0100
Email Smarter Alloys

- Facebook
- Twitter

http://www.smartarchortho.com/                    Go      JAN  APR  JUN

31 captures                                              ◀ 02 ▶
4 Jul 2015 - 18 Mar 2019                                 2015  2016  2017     ▼ About this capture



≡

# SmartArch delivers smart smiles

Learn more

Available May 2016

"The smartest thing in orthodontics since the
superelastic archwire"

# Force Optimized Biomechanics

SmartArch | Engineered Orthodontic Archwire

http://www.smartarchortho.com/     Go     JAN  APR  JUN

**31 captures**
4 Jul 2015 - 18 Mar 2019

◄ **02** ►

2015  2016  **2017**

▼ About this capture

Introducing SmartArch, the only wire engineered with force optimized biomechanics across the entire arch.

It's the first archwire with a stiffness profile designed to express the ideal continuous forces required for optimal biological response. SmartArch is tuned for each tooth's root support and interbracket spacing.

When a single wire delivers the ideal force at every tooth, it's the only working wire you need.

Watch Video

Sorry, the Wayback Machine does not have this video (Fa1arwu6DEw) archived/indexed.

## Optimized Forces

Forces are optimized for the ideal physiological response of each tooth.

## Better Results

Optimized forces enable concurrent alignment, leveling, rotation and arch development.

3/19/2019                              SmartArch | Engineered Orthodontic Archwire

http://www.smartarchortho.com/                    Go      JAN  APR  JUN
31 captures                                              ◀  02  ▶
4 Jul 2015 - 18 Mar 2019                                 2015 2016 2017    ▼ About this capture

By combining multiple progressions, the          SmartArch wires are easier to engage in
number of wires in the sequence is               the bracket at room temperature with
reduced.                                         reduced propensity for bonding failure.

# Smart Technology



## Smart Material

SmartArch wire is truly smart material. Pinpoint control over wire stiffness is achieved
using Smarter Alloys'™ proprietary technology delivering precision that can't be matched.

http://www.smartarchortho.com/    Go

31 captures
4 Jul 2015 - 18 Mar 2019

JAN  APR  JUN
◀ 02 ▶
2015  2016  2017

About this capture

continuous forces to individual teeth.

Learn More

## Smart Science

SmartArch force profiles are based on biomechanics research and optimized for two major factors affecting the ideal force for physiological response: periodontal ligament root support and interbracket distance. No other archwire can deliver biomechanically optimized force for each tooth in a single wire.

Learn More



| http://www.smartarchortho.com/ | Go | JAN APR JUN |
|---|---|---|

**31 captures**
4 Jul 2015 - 18 Mar 2019

◀ **02** ▶

2015  2016  **2017**

About this capture

# Smart Practice

SmartArch engineered archwires make sense for your practice. A premium treatment without the premium investment.

- No special systems, equipment, or training required
- Fits within your current workflow and is compatible with most bracket and hook systems
- Requires no impressions, scans, fixtures, or off-site wire bending
- Replaces a range of wire sizes, dramatically reducing the number of SKUs in inventory
- Opens up chair time with increased treatment efficiency and fewer wire changes

Start improving your bottom line with SmartArch.

Learn More

## Available Soon

Expected availability in the United States in May 2016.





Maxillary 10 Pack

- Ships May 2016
- 10 Maxillary SmartArch wires
- SmartArch Universal profile
- Round .016" (.406 mm)
- Copper Ni-Ti
- Compare to Damon® archform

Learn More





## Mandibular 10 Pack

- Ships May 2016
- 10 Mandibular SmartArch wires
- SmartArch Universal profile
- Round .016" (.406 mm)
- Copper Ni-Ti
- Compare to Damon® archform

Learn More

3/19/2019                                   SmartArch | Engineered Orthodontic Archwire

http://www.smartarchortho.com/    [Go]    JAN  APR  JUN

**31 captures**                                              ◀  **02**  ▶
4 Jul 2015 - 18 Mar 2019                               2015  2016  2017    ▼ About this capture



## Combo 10 Pack

- Ships May 2016
- 5 Maxillary and 5 Mandibular wires
- SmartArch Universal profile
- Round .016" (.406 mm)
- Copper Ni-Ti
- Compare to Damon archform

[ Learn More ]

http://www.smartarchortho.com/                    Go    JAN   APR   JUN

**31 captures**                                            ◄  **02**  ►
4 Jul 2015 - 18 Mar 2019                             2015  2016  **2017**

## Stay Updated On SmartArch

SmartArch will become available in the coming months. Join our mailing list or follow us on social media to receive updates on SmartArch features and availability. If you are a practitioner interested in participating in SmartArch trials, contact us at info@SmartArchOrtho.com, or complete the form below.

By clicking subscribe, you consent to receiving electronic communications from Smarter Alloys, you may unsubsribe at any time by clicking **here**

First Name

Last Name

Email Address

Subscribe

🐦 Follow      f Follow      in Follow      ▶ Follow

## Contact Us

http://www.smartarchortho.com/                                                    Go    JAN  APR  JUN

**31 captures**                                                                          ◄ 02 ►
4 Jul 2015 - 18 Mar 2019                                                              2015  2016  2017

▼ About this capture

Email Address

Message

Submit

☰

alloys™
making smart materials smarter

Smarter Alloys Inc.
75 Bathurst Drive, Suite B
Waterloo, Ontario, N2V 1N2
Phone: 1-519-880-0100
Email Smarter Alloys



Designed by **Elegant Themes** | Powered by **WordPress**

http://www.smartarchortho.com/technology/ [Go]  APR  MAY  **JUN**

**13 captures**                                              ◄ **02** ►
3 Apr 2016 - 29 Jul 2018                                    2015  2016  **2017**    ▼ About this capture



☰

# Technology

SmartArch is a new way of thinking about orthodontic treatment planning. It's based on
the biomechanics of tooth movement and concepts of variable stiffness archwire
pioneered by Dr. Charles Burstone and developed by Dr. Rodrigo Viecilli.

## NEW Whitepaper: Introduction to the technological and clinical benefits of SmartArch

[ Read Now ]



The 3-bracket bend test accurately reflects the force that is delivered by the archwire by simulating a 3-tooth system. The loading/unloading curves correspond to the color coded section of the archire.

## Programmable Archwire

At the heart of SmartArch technology is the Smarter Alloys'™ process for programming the stiffness of superelastic wires. This proprietary technology enables complex stiffness profiles along the length of the wire. The result is an archwire which can express a range of continuous superelastic forces for similar activations. Using this technology, SmartArch wires are programmed with a stiffness profile that delivers the ideal forces to each tooth in the arch.

## Targeted Force Control

Other multiforce archwires are manufactured using selective heat-treating processes which can produce three stiffness regions gradually increasing anterior to posterior. Due to differences in interbracket distance and the effects of bending moment, these multiforce wires do not deliver ideal forces based on tooth support. With SmartArch, the wire stiffness can be programmed with sub-millimeter resolution, enabling each tooth to be targeted with biomechanically optimized force.

http://www.smartarchortho.com/technology/    Go    APR MAY JUN

13 captures
3 Apr 2016 - 29 Jul 2018                        ◀ 02 ▶

2015 2016 2017

About this capture

Tooth movement is the biological response to stresses in the cementum, periodontal ligament and bone resulting from forces applied by the archwire. At low stress levels, bone resorption is slow to occur and tooth movement is slow. At high stress levels, undesirable tissue changes (aseptic necrosis and hyalinization) result in delayed tooth movement. At optimum stress levels, maximum tooth movement and remodelling occurs. As stress is a function of the periodontal ligament root support, optimal tooth movement requires that the force expressed by the archwire be targeted. The SmartArch force profile is based on the finite element modelling work of Dr. Rodrigo Viecilli of the dentoalveolar complex to determine the ideal force for each tooth in the arch for movement and retention.

Ideal forces are related to interbracket distance and periodontal ligament root support.



http://www.smartarchortho.com/technology/     Go     APR   MAY   JUN

**13 captures**                                           ◀ **02** ▶
3 Apr 2016 - 29 Jul 2018                               2015   2016  **2017**

the ideal forces for each tooth based on typical interbracket spacing along the arch. Using the Copper Ni-Ti alloy system for low hysteresis, SmartArch Universal is a 0.016" (0.406 mm) round wire programmed to deliver between 80 gf and 200 gf in an archform comparable to Damon®. The SmartArch Universal profile consists of maxillary and mandibular archwires and is ideal for most cases.

## Smart Innovation

SmartArch is a quantum leap forward in orthodontic technology that will revolutionize the way you think about archwires in your treatment planning. From the use of the latest in superelastic materials, to the high precision programming process, to the advances in computer simulation and use of instrumented testing, SmartArch is the result of radical innovation in the state-of-the-art. The future of orthodontics is SmartArch.

SmartArch stiffness profiles are calculated using three-dimensional finite element analysis.

SmartArch wires are validated with using OSIM, three-bracket bend tests and industry standard procedures.



alloys.
making smart materials smarter

http://www.smartarchortho.com/technology/          Go      APR  MAY  JUN

**13 captures**                                              ◀ **02** ▶
3 Apr 2016 - 29 Jul 2018                                   2015  2016  **2017**

About this capture

Phone: 1-519-880-0100

Email Smarter Alloys



Designed by **Elegant Themes** | Powered by **WordPress**

http://www.smartarchortho.com/    Go   APR  JUN  JUL

**31 captures**
4 Jul 2015 - 18 Mar 2019                                ◀ **01** ▶

2015  2016  **2017**      ▼ About this capture



☰

# SmartArch delivers smart smiles

Learn more

Buy Now

"The smartest thing in orthodontics since the
superelastic archwire"

## Force Optimized Biomechanics

http://www.smartarchortho.com/                    Go    APR  JUN  JUL

31 captures                                              ◄ 01 ►
4 Jul 2015 - 18 Mar 2019                              2015  2016  2017       ▼ About this capture

Introducing SmartArch, the only wire engineered with force optimized biomechanics
across the entire arch.

It's the first archwire with a stiffness profile designed to express the ideal continuous
forces required for optimal biological response. SmartArch is tuned for each tooth's root
support and interbracket spacing.

When a single wire delivers the ideal force at every tooth, it's the only working wire you
need.


Watch Video


## Optimized Forces

Forces are optimized for the ideal
physiological response of each tooth.

## Better Results

Optimized forces enable concurrent
alignment, leveling, rotation and arch
development.

http://www.smartarchortho.com/          Go    APR  JUN  JUL

31 captures                                    ◄  01  ►
4 Jul 2015 - 18 Mar 2019                        2015 2016 2017     ▼ About this capture

By combining multiple progressions, the          SmartArch wires are easier to engage in
number of wires in the sequence is               the bracket at room temperature with
reduced.                                         reduced propensity for bonding failure.

# Smart Technology



## Smart Material

SmartArch wire is truly smart material. Pinpoint control over wire stiffness is achieved using Smarter Alloys'™ proprietary technology delivering precision that can't be matched.

http://www.smartarchortho.com/          Go    APR  JUN  JUL

31 captures                                    ◀ 01 ▶
4 Jul 2015 - 18 Mar 2019                        2015 2016 2017    ▼ About this capture

continuous forces to individual teeth.

Learn More

## Smart Science

SmartArch force profiles are based on biomechanics research and optimized for two major factors affecting the ideal force for physiological response: periodontal ligament root support and interbracket distance. No other archwire can deliver biomechanically optimized force for each tooth in a single wire.

Learn More



http://www.smartarchortho.com/    Go    APR JUN JUL

31 captures    ◀ 01 ▶

4 Jul 2015 - 18 Mar 2019    2015 2016 2017    ▼ About this capture

# Smart Practice

SmartArch engineered archwires make sense for your practice. A premium treatment without the premium investment.

- No special systems, equipment, or training required
- Fits within your current workflow and is compatible with most bracket and hook systems
- Requires no impressions, scans, fixtures, or off-site wire bending
- Replaces a range of wire sizes, dramatically reducing the number of SKUs in inventory
- Opens up chair time with increased treatment efficiency and fewer wire changes

Start improving your bottom line with SmartArch.

Learn More

## Available Now

SmartArch is now availabe in the United States. Order today!

http://www.smartarchortho.com/    Go    APR  JUN  JUL

31 captures                                          ◀  01  ▶

4 Jul 2015 - 18 Mar 2019                           2015  2016  2017    ▼ About this capture

- Round .016" (.406 mm)
- Copper Ni-Ti
- Compare to Damon® archform

Learn More

- 10 Mandibular SmartArch wires
- SmartArch Universal profile
- Round .016" (.406 mm)
- Copper Ni-Ti
- Compare to Damon® archform

Learn More

- 5 Maxillary and 5 Mandibular wires
- SmartArch Universal profile
- Round .016" (.406 mm)
- Copper Ni-Ti
- Compare to Damon® archform

Learn More

*This SmartArch wire has an engineered stiffness profile designed to express different forces along the arch. Some segments of this appliance activate near body temperature and may appear relaxed when not installed. Improper use may cause unexpected results. Use only as directed.

**Damon is a registered trademark of Ormco Corporation. Smarter Alloys implies no endorsement by Dr. Dwight Damon.

http://www.smartarchortho.com/                              Go    APR   JUN   JUL

**31 captures**                                                        ◀  **01**  ▶
4 Jul 2015 - 18 Mar 2019                                          2015   2016  **2017**

About this capture

# Stay Updated On SmartArch

SmartArch will become available in the coming months. Join our mailing list or follow us on social media to receive updates on SmartArch features and availability. If you are a practitioner interested in participating in SmartArch trials, contact us at info@SmartArchOrtho.com, or complete the form below.

By clicking subscribe, you consent to receiving electronic communications from Smarter Alloys, you may unsubscribe at any time by clicking here

First Name

Last Name

Email Address

Subscribe

Follow        Follow        Follow        Follow

Follow

# Contact Us

Name

Email Address



Submit

≡



Smarter Alloys Inc.
75 Bathurst Drive, Suite B
Waterloo, Ontario, N2V 1N2
Phone: 1-519-880-0100
Email Smarter Alloys



Designed by **Elegant Themes** | Powered by **WordPress**

http://www.smartarchortho.com/   Go    APR  JUL  SEP

31 captures                              ◄  **30**  ►
4 Jul 2015 - 18 Mar 2019              **2016** 2017 **2018**





# SmartArch delivers smart smiles

Learn more

Buy Now

"The smartest thing in orthodontics since the
superelastic archwire"

# Force Optimized Biomechanics

3/19/2019                                    SmartArch | Engineered Orthodontic Archwire

| http://www.smartarchortho.com/ | Go | APR JUL SEP |
|---|---|---|

31 captures
4 Jul 2015 - 18 Mar 2019

◀ 30 ▶

2016  2017  2018          ▼ About this capture

Introducing SmartArch, the only wire engineered with force optimized biomechanics
across the entire arch.

It's the first archwire with a stiffness profile designed to express the ideal continuous
forces required for optimal biological response. SmartArch is tuned for each tooth's root
support and interbracket spacing.

When a single wire delivers the ideal force at every tooth, it's the only working wire you
need.

Watch Video

Sorry, the Wayback Machine does not have this video (Fa1arwu6DEw) archived/indexed.

Optimized Forces

Forces are optimized for the ideal
physiological response of each tooth.

Better Results

Optimized forces enable concurrent
alignment, leveling, rotation and arch
development.

http://www.smartarchortho.com/                    Go    APR  JUL  SEP
31 captures                                              ◀ 30 ▶
4 Jul 2015 – 18 Mar 2019                           2016  2017 2018    ▼ About this capture

By combining multiple progressions, the
number of wires in the sequence is
reduced.

SmartArch wires are easier to engage in
the bracket at room temperature with
reduced propensity for bonding failure.

# Smart Technology



## Smart Material

SmartArch wire is truly smart material. Pinpoint control over wire stiffness is achieved
using Smarter Alloys'™ proprietary technology delivering precision that can't be matched.

http://www.smartarchortho.com/     Go   APR  JUL  SEP

31 captures                                        ◀ 30 ▶
4 Jul 2015 - 18 Mar 2019                          2016 2017 2018    ▼ About this capture

continuous forces to individual teeth.

Learn More

## Smart Science

SmartArch force profiles are based on biomechanics research and optimized for two major factors affecting the ideal force for physiological response: periodontal ligament root support and interbracket distance. No other archwire can deliver biomechanically optimized force for each tooth in a single wire.

Learn More



SmartArch | Engineered Orthodontic Archwire

| http://www.smartarchortho.com/ | Go | APR JUL SEP |
|---|---|---|

**31 captures**
4 Jul 2015 - 18 Mar 2019

◀ **30** ▶
**2016** 2017 **2018**

▼ About this capture

# Smart Practice

SmartArch engineered archwires make sense for your practice. A premium treatment without the premium investment.

- No special systems, equipment, or training required
- Fits within your current workflow and is compatible with most bracket and hook systems
- Requires no impressions, scans, fixtures, or off-site wire bending
- Replaces a range of wire sizes, dramatically reducing the number of SKUs in inventory
- Opens up chair time with increased treatment efficiency and fewer wire changes

Start improving your bottom line with SmartArch.

Learn More

## Available Now

SmartArch is now available in Canada and the United States. Order today!

http://www.smartarchortho.com/     Go     APR   JUL   SEP

**31 captures**                                    ◀  **30**  ▶
4 Jul 2015 - 18 Mar 2019                          **2016**  2017  **2018**

- Round .016" (.406 mm)
- Copper Ni-Ti
- Compare to Damon® archform

Learn More

- 10 Mandibular SmartArch wires
- SmartArch Universal profile
- Round .016" (.406 mm)
- Copper Ni-Ti
- Compare to Damon® archform

Learn More

*This SmartArch wire has an engineered stiffness profile designed to express different forces along the arch. Some segments of this appliance activate near body temperature and may appear relaxed when not installed. Improper use may cause unexpected results. Use only as directed.

**Damon is a registered trademark of Ormco Corporation. Smarter Alloys implies no endorsement by Dr. Dwight Damon.

# Sales Contact

SmartArch | Engineered Orthodontic Archwire





## Jim Gattis
### Sales Manager

Jim Gattis has over 12 years' experience in orthodontic and dental sales. He has cultivated many key accounts nationally and is considered a valued consultant by many thought leaders in the industry. Based in Austin Tx, Jim welcomes any question or concerns you might have and is available to assist your practice in becoming a top SmartArch provider.

Email: JimGattis@smartarchortho.com
Phone: 512-800-3447

# Contact Us

Name

Email Address

Message

Submit

http://www.smartarchortho.com/        [Go]   APR   JUL   SEP

**31 captures**                                              ◀ **30** ▶
4 Jul 2015 - 18 Mar 2019                                    **2016** 2017 **2018**    ▼ About this capture

## Stay Updated On SmartArch

SmartArch will become available in the coming months. Join our mailing list or follow us on social media to receive updates on SmartArch features and availability. If you are a practitioner interested in participating in SmartArch trials, contact us at info@SmartArchOrtho.com, or complete the form below.

By clicking subscribe, you consent to receiving electronic communications from Smarter Alloys, you may unsubsribe at any time by clicking here

First Name

Last Name

Email Address

Subscribe

🐦 Follow        f Follow        in Follow        ▶ Follow

📷 Follow

≡

**alloys**
making smart materials smarter

http://www.smartarchortho.com/    Go    APR   JUL   SEP

◀ **30** ▶

**31 captures**                                              2016  2017  2018
4 Jul 2015 - 18 Mar 2019                                              ▼ About this capture

75 Bathurst Drive, Suite B
Waterloo, Ontario, N2V 1N2
Phone: 1-519-880-0100
Email Smarter Alloys



Designed by **Elegant Themes** | Powered by **WordPress**





a

# SmartArch delivers smart smiles

Learn more

"The smartest thing in orthodontics since the superelastic archwire"

2

# Force Optimized Biomechanics

http://www.smartarchortho.com/                                    Go    APR   MAY   JUN

31 captures                                                              ◀ 09 ▶
4 Jul 2015 - 18 Mar 2019                                                 2017  2018  2019    ▼ About this capture

It's the first archwire with a stiffness profile designed to express the ideal continuous
forces required for optimal biological response. SmartArch is tuned for each tooth's root
support and interbracket spacing.

When a single wire delivers the ideal force at every tooth, it's the only working wire you
need.

Watch Video

Sorry, the Wayback Machine does not have this video (Fa1arwu6DEw) archived/indexed.

## Optimized Forces

Forces are optimized for the ideal
physiological response of each tooth.

## Better Results

Optimized forces enable concurrent
alignment, leveling, rotation and arch
development.

## Fewer Wires

## Increased Efficiency

2

http://www.smartarchortho.com/                    Go    APR  MAY  JUN

31 captures                                              ◀  09  ▶
4 Jul 2015 - 18 Mar 2019                          2017 2018 2019      ▼ About this capture

# Smart Technology



## Smart Material

SmartArch wire is truly smart material. Pinpoint control over wire stiffness is achieved using Smarter Alloys'™ proprietary technology delivering precision that can't be matched. Other multiforce archwires are limited to gradually increasing stiffness from the anteriors to the posteriors. There are no limits with SmartArch; any number of stiffness regions can

http://www.smartarchortho.com/    Go    APR  MAY  JUN        ⊕ ⊘ ⊗
31 captures                              ◀  09  ▶           f  y
4 Jul 2015 - 18 Mar 2019                 2017  2018  2019    ▼ About this capture

Learn More

## Smart Science

SmartArch force profiles are based on biomechanics research and optimized for two major factors affecting the ideal force for physiological response: periodontal ligament root support and interbracket distance. No other archwire can deliver biomechanically optimized force for each tooth in a single wire.

Learn More



2

| http://www.smartarchortho.com/ | Go | APR | MAY | JUN |
|---|---|---|---|---|

**31 captures**
4 Jul 2015 - 18 Mar 2019

◀ **09** ▶
**2017** 2018 2019

▼ About this capture

# Smart Practice

SmartArch engineered archwires make sense for your practice. A premium treatment without the premium investment.

- No special systems, equipment, or training required
- Fits within your current workflow and is compatible with most bracket and hook systems
- Requires no impressions, scans, fixtures, or off-site wire bending
- Replaces a range of wire sizes, dramatically reducing the number of SKUs in inventory
- Opens up chair time with increased treatment efficiency and fewer wire changes

Start improving your bottom line with SmartArch.

Learn More

## Stay Updated On SmartArch

SmartArch will become available in the coming months. Join our mailing list or follow us on social media to receive updates on SmartArch features and availability. If you are a practitioner interested in participating in SmartArch trials, contact us at info@SmartArchOrtho.com, or complete the form below.

By clicking subscribe, you consent to receiving electronic communications from Smarter Alloys, you may unsubscribe at any time by clicking here

2

Last Name

Email Address

Subscribe

☐  Follow        ☐  Follow        ☐  Follow        ☐  Follow

☐  Follow

a

alloys™

making smart materials smarter

Smarter Alloys Inc.
75 Bathurst Drive, Suite B
Waterloo, Ontario, N2V 1N2
Phone: 1-519-880-0100
Email Smarter Alloys

2

☐   ☐

Designed by **Elegant Themes** | Powered by **WordPress**

https://smartarchortho.com/    Go    JUN  AUG  JAN
**31 captures**                          ◀ **23** ▶
4 Jul 2015 - 18 Mar 2019                **2017** 2018 2019
                                         ▼ About this capture



a

# SmartArch delivers smart smiles

Learn more

"The smartest thing in orthodontics since the superelastic archwire"

2

3/19/2019                                        SmartArch | Engineered Orthodontic Archwire

https://smartarchortho.com/                    Go     JUN  AUG  JAN

31 captures                                              ◀ 23 ▶
4 Jul 2015 - 18 Mar 2019                              2017  2018  2019      ▼ About this capture

# Force Optimized Biomechanics

Introducing SmartArch, the only wire engineered with force optimized biomechanics across the entire arch.

It's the first archwire with a stiffness profile designed to express the ideal continuous forces required for optimal biological response. SmartArch is tuned for each tooth's root support and interbracket spacing.

When a single wire delivers the ideal force at every tooth, it's the only working wire you need.

Watch Video



2

3/19/2019                                SmartArch | Engineered Orthodontic Archwire

https://smartarchortho.com/                    Go    JUN  AUG  JAN
31 captures                                          ◀  23  ▶
4 Jul 2015 - 18 Mar 2019                            2017  2018  2019    ▼ About this capture

development.

## Fewer Wires

By combining multiple progressions, the number of wires in the sequence is reduced.

## Increased Efficiency

SmartArch wires are easier to engage in the bracket at room temperature with reduced propensity for bonding failure.

# Smart Technology

2



## Smart Material

SmartArch wire is truly smart material. Pinpoint control over wire stiffness is achieved using Smarter Alloys'™ proprietary technology delivering precision that can't be matched. Other multiforce archwires are limited to gradually increasing stiffness from the anteriors to the posteriors. There are no limits with SmartArch; any number of stiffness regions can be programmed into a single archwire. It's the only technology that expresses targeted continuous forces to individual teeth.

Learn More

## Smart Science

2

SmartArch force profiles are based on biomechanics research and optimized for two major factors affecting the ideal force for physiological response: periodontal ligament root support and interbracket distance. No other archwire can deliver biomechanically optimized force for each tooth in a single wire.

3/19/2019                                      SmartArch | Engineered Orthodontic Archwire

https://smartarchortho.com/                          Go        JUN  AUG  JAN
31 captures                                                ◀  23  ▶
4 Jul 2015 - 18 Mar 2019                                   2017 2018 2019     ▼ About this capture



# Smart Practice

SmartArch engineered archwires make sense for your practice. A premium treatment without the premium investment.

- No special systems, equipment, or training required
- Fits within your current workflow and is compatible with most bracket and hook systems
- Requires no impressions, scans, fixtures, or off-site wire bending
- Replaces a range of wire sizes, dramatically reducing the number of SKUs in inventory

*2*

| https://smartarchortho.com/ | Go | JUN AUG JAN |
|---|---|---|

**31 captures**
◀ **23** ▶
4 Jul 2015 - 18 Mar 2019
**2017** 2018 2019

▼ About this capture

Start improving your bottom line with SmartArch.

Learn More

## Stay Updated On SmartArch

SmartArch will become available in the coming months. Join our mailing list or follow us on social media to receive updates on SmartArch features and availability. If you are a practitioner interested in participating in SmartArch trials, contact us at **info@SmartArchOrtho.com**, or complete the form below.

By clicking subscribe, you consent to receiving electronic communications from Smarter Alloys, you may unsubscribe at any time by clicking **here**

First Name

Last Name

Email Address

Subscribe

☐ Follow     ☐ Follow     ☐ Follow     ☐ Follow

☐ Follow

2

https://smartarchortho.com/                                    Go    JUN  AUG  JAN

31 captures                                                         ◀ 23 ▶
4 Jul 2015 - 18 Mar 2019                                           2017 2018 2019

About this capture

# alloys™

making smart materials smarter

Smarter Alloys Inc.

75 Bathurst Drive, Suite B

Waterloo, Ontario, N2V 1N2

Phone: 1-519-880-0100

Email Smarter Alloys

Designed by **Elegant Themes** | Powered by **WordPress**

2

http://smartarchortho.com/ | Go | AUG JAN MAR

**31 captures**
4 Jul 2015 - 18 Mar 2019

◄ **05** ►
**2018** 2019 2020

▼ About this capture

 **Bunny**CDN          **Server Node:** CA1-381

# Hostname smartarchortho.com is suspended or not configured

It seems that the hostname smartarchortho.com has not been configured with BunnyCDN yet. If you just created the zone, please note that it can take up to 5 minutes for the updates to configure.

If you are the administrator and believe this is an error on our side, please check your BunnyCDN account configuration or contact customer support.

by BunnyCDN



                                                                    ≡

To report an adverse event for products sold prior to January 2019, please email
info@smartarchortho.com or call 1-519-880-0100

alloys™

making smart materials smarter

Smarter Alloys Inc.
75 Bathurst Drive, Suite B
Waterloo, Ontario, N2V 1N2
Phone: 1-519-880-0100
Email Smarter Alloys



Designed by **Elegant Themes** | Powered by **WordPress**