IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOMA LINDA UNIVERSITY,<br><br>                   Plaintiff,<br><br>    v.<br><br>SMARTER ALLOYS, INC.,<br><br>                   Defendant/<br>                   Third-Party Plaintiff,<br><br>    v.<br><br>RODRIGO VIECILLI,<br><br>                   Third-Party Defendant. | Civil Action No. 1:19-cv-00607-LJV |

NOTICE OF MOTION *IN LIMINE*
TO EXCLUDE PORTIONS OF THE ANTICIPATED TESTIMONY
OF PLAINTIFF'S EXPERT WITNESS JOANNE JOHNSON

| | |
|---|---|
| Moving Party: | Defendant / Third-Party Plaintiff Smarter Alloys, Inc. |
| Date, Time and Place of Hearing: | According to the Court's Pretrial Order (ECF No. 204 ¶ 2 at 5), if necessary, oral argument will be scheduled by the Court. |
| Supporting Papers: | Memorandum of law; Declaration of Steven P. Nonkes, Esq., dated May 28, 2024, with exhibits thereto. |
| Relief Requested: | Preclusion of the following evidence and testimony: Testimony by Plaintiff's damages expert witness that the "SmartArch" product was "developed using research conducted pursuant to the Consulting Agreement" as stated in the Expert Report of Joanne Johnson (the "Report"), the "Relevant Background" in sections 5.1 and 5.2 at pages 5-6 of the Report, the Market Overview at pages 15-21 of the Report, the Timeline of Events on page 22 of the Report, description of discovery requests from Loma Linda to Smarter Alloys and correspondence between counsel, including counsel's letter on pages 9 and 14 of the Report, and Summary of Critiques on pages 25-26 of the Report. |

1

| | |
|---|---|
| Grounds for Relief: | Federal Rules of Evidence 402, 403, and 702. |
| Responding Papers: | According to the Court's Pretrial Order (ECF No. 204 ¶ 2 at 4), Plaintiff and by Third-Party Defendant must respond by June 4, 2024. |
| Oral Argument: | According to the Court's Pretrial Order (ECF No. 204 ¶ 2 at 5), if necessary, oral argument will be scheduled by the Court. |

Dated: May 28, 2024

HARRIS BEACH PLLC

By:   */s/ Steven P. Nonkes*
James R. Muldoon
Harris Beach PLLC
333 W. Washington St., Suite 200
Syracuse, New York 13202
Telephone: (315) 214-2021
jmuldoon@harrisbeach.com

Laura W. Smalley
Steven P. Nonkes
Harris Beach PLLC
99 Garnsey Road
Pittsford, New York 14534
Telephone: (585) 419-8800
lsmalley@harrisbeach.com
snonkes@harrisbeach.com

*Attorneys for Defendant/Third-Party Plaintiff Smarter Alloys, Inc.*