

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

**LOMA LINDA UNIVERSITY**
**V.**
**SMARTER ALLOYS, INC.**

CASE NO. 1:19-cv-00607

---

**EXPERT REPORT OF JOANNE JOHNSON**

**March 26, 2024**

HIGHLY CONFIDENTIAL

1.  FIRM BACKGROUND AND QUALIFICATIONS...........................................................1

2.  ASSIGNMENT ........................................................................................................1

3.  SUMMARY OF OPINIONS .......................................................................................3

4.  RELEVANT PARTIES...............................................................................................3

   4.1  LOMA LINDA UNIVERSITY ("LLU")...................................................................3
   4.2  SMARTER ALLOYS ("SA")..................................................................................4
   4.3  ORMCO CORPORATION ("ORMCO").....................................................................4

5.  RELEVANT BACKGROUND .....................................................................................5

   5.1  THE CURRENT DISPUTE .....................................................................................5
   5.2  THE CONSULTING AGREEMENT ...........................................................................5
   5.3  MANUFACTURING PROCESS AGREEMENTS BETWEEN SMARTARCH INC. AND ORMCO.................6
   5.4  ORMCO'S SALES EXPECTATIONS .........................................................................8

6.  RELEVANT PRODUCTS...........................................................................................10

7.  MARKET OVERVIEW ...............................................................................................15

   7.1  ORTHODONTICS MARKET ...................................................................................15
   7.2  ORTHODONTICS SUPPLIES MARKET .....................................................................17
   7.3  ARCHWIRE MARKET..........................................................................................18
   7.4  MULTI-FORCE, OR VARIABLE STIFFNESS, ARCHWIRE MARKET................................19

8.  TIMELINE OF EVENTS ...........................................................................................22

9.  CALCULATION OF DAMAGES ................................................................................23

10. SUMMARY OF CRITIQUES.....................................................................................26

   10.1 CRITIQUE OF THE KUNTZ REPORT ......................................................................26
   10.2 CRITIQUE OF THE BAIN REPORT .........................................................................27

11. ATTORNEY FEES, EXPERT FEES, AND COSTS ....................................................28

12. PREJUDGMENT INTEREST ...................................................................................28

13. SIGNATURE .........................................................................................................29

## 1.    FIRM BACKGROUND AND QUALIFICATIONS

My name is Joanne Johnson, and I am a Managing Director of Ocean Tomo, LLC ("Ocean Tomo"), a part of J.S. Held.  J.S. Held's practice offerings address economic damage calculations and testimony; accounting investigations and financial forensics; technology and intangible asset valuation; strategy and risk management consulting; mergers and acquisitions; debt and equity private placement; and IP brokerage.  With more than 100 offices globally, J.S. Held assists clients – corporations, insurers, law firms, governments, and institutional investors – on complex technical, scientific, and financial matters across all assets and value at risk.

I work in J.S. Held's Financial Investigations group. My efforts are concentrated on quantifying economic damages.  I have consulted on various engagements involving the determination of economic damages for patent, trademark, and trade dress infringement as well as trade secret misappropriation and breach of contract and royalty audit matters.  While specific issues vary by engagement, my work has included evaluation and analysis of financial and business data for the quantification of lost profits, royalties, price erosion, unjust enrichment, and corrective advertising.  Outside of a litigation context, I have provided analytical support to clients engaged in licensing negotiations.

My experience spans several industries including business services, industrial products, recreational boating, travel services, pharmaceuticals, consumer products, internet/ecommerce, consumer electronics, smartphones, entertainment, personal care products and packaging, clothing, software, lighting products, automotive products, medical devices, semiconductors, and carpeting products, among others.

I hold dual Bachelor of Science degrees in Accountancy and Finance from the College of Business at the University of Illinois, Urbana-Champaign, both earned with High Honors.  I am a registered Certified Public Accountant (CPA) in the State of Illinois[1] and a Certified Licensing Professional (CLP).[2] I am also a member of AICPA, a professional organization for CPAs in the U.S, which provides its members technical insights and continuing professional education to maintain their competency and skill sets as professional service providers.

Ocean Tomo is presently being compensated for my work in this matter at a rate of $575 per hour. Other Ocean Tomo consultants are assisting me in this engagement and with rates under $575 per hour. No part of my compensation depends on the outcome of this litigation.

## 2.    ASSIGNMENT

Ocean Tomo was retained by Womble Bond Dickinson (US) LLP ("Counsel"), counsel for plaintiff, Loma Linda University ("LLU" or "Plaintiff"), in connection with this matter.  Ocean Tomo was initially asked to analyze certain accounting, financial, marketing, and other business data in order to identify the compensation that would be appropriate for LLU to receive from LLU's claims of breach of contract, quiet title to inventions, and rescission of invention assignments against Smarter Alloys, Inc. ("SA" or

---

[1] The CPA designation is a third-party endorsement of a professional's accounting competency and expertise. The CPA license is provided by the Board of Accountancy for each state with the American Institute of Certified Public Accountants (AICPA) providing resources on obtaining the license.

[2] The CLP program is a professional designation that provides a third-party endorsement of a licensing professional's demonstrated experience and qualifications as well as the proficiency, knowledge, and exposure to licensing and commercialization of IP through active involvement of IP law and valuation, among other focus areas.  The program was started as an initiative of The Licensing Executive Society, LES, (USA and Canada) and is now managed by a separately incorporated entity, Certified Licensing Professionals, Inc. (CLP, Inc.)

HIGHLY CONFIDENTIAL

"Defendant"). I assisted my colleague Andrew Carter who submitted expert reports on March 31, 2021 and May 12, 2021 addressing these claims. Since that time, Mr. Carter has retired. As a result of the Summary Judgment Order and given Mr. Carter's retirement, I have been asked to address LLU's claim of breach of contract and related damages.[3]

In order to accurately assess the damages that may be recoverable if liability is found, I have relied upon the following types of documents and information. A detailed listing of all the information considered in connection with this litigation is attached as Exhibit 2.

- Legal filings and proceedings related to the case;

- Documents produced by LLU and SA relating to damages, including but not limited to, financial records, license agreements, marketing and promotional materials, and various written communications;

- Deposition testimony of the following LLU representatives:

  – Michael Samardzija, Associate Vice President of Research Affairs;[4]

  – Anthony Zuccarelli, Professor of Microbiology and Associate Vice President of Research Affairs;[5]

  – Carol Grande, Director of Technology Transfer.[6]

- Deposition testimony of the following SA representatives:

  – Michael Kuntz, Vice President of Operations;[7]

  – Michael Bain, Chief Financial Officer;[8]

  – Ibraheem Khan, Chief Executive Officer;[9]

  – Andrew Pequegnat, Director of Engineering.[10]

- Deposition testimony of the Counterclaim Defendant:

  – Rodrigo Viecilli, faculty member at LLU, currently employed as an orthodontist at Dental One Partners and Mid-Atlantic Dental Partners.[11]

- Information prepared and produced by other experts:

  – Opening Expert Report of Ruedger Rubbert, March 31, 2021.

- Discussions with the following individuals:

  – Ruedger Rubbert;

  – Michael Samardzija.

- Publicly available information including, but not limited to, company websites, industry and technology research, and relevant product websites.

---

[3] Decision and Order, dated March 16, 2023.
[4] Deposition of Michael Samardzija, January 7, 2021, p. 21.
[5] Deposition of Anthony Zuccarelli, January 14, 2021, pp. 16-18.
[6] Deposition of Carol Grande, February 19, 2021, p. 10.
[7] Deposition of Michael Kuntz, February 10, 2021, p. 39.
[8] Deposition of Michael Kuntz, February 10, 2021, p. 213.
[9] Deposition of Ibraheem Khan, February 25, 2021, pp. 105-106.
[10] Deposition of Andrew Pequegnat, February 26, 2021, p. 17.
[11] Deposition of Rodrigo Viecilli, March 1, 2021, pp. 12-13, 36-37.

HIGHLY CONFIDENTIAL

References to documents and testimony herein are meant to provide examples of supporting information, but are not intended to be a comprehensive or exhaustive list of all known support. In addition to this report, I may rely on excerpts taken from depositions and/or demonstrative exhibits that illustrate the concepts and conclusions contained in this report. Such excerpts and/or demonstratives have not yet been prepared.

The opinions discussed throughout this report are based on my current understanding of the facts and circumstances surrounding this matter, my review of the produced documentation, testimony, third party information available to date and any underlying assumptions upon which I have relied. As such, the analyses and opinions described herein are subject to change based upon additional discovery or any other relevant development. I reserve the right to submit a supplemental report if both necessary and allowed by the Court.

## 3.   SUMMARY OF OPINIONS

If SA is found to have breached its contract with LLU, it is my opinion that LLU has suffered lost royalty revenue from SA. Based on the totality of the circumstances in this case and the information available to me at this time, I have concluded that the appropriate amount of lost royalties owed LLU is between $24,442 and $60,732 from sales of SmartArch, a product developed using research conducted pursuant to the Consulting Agreement.[12]

### Figure 1:  Summary of Damages[13]

|  | FY 2016 – 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | *Dec - Feb* FY 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Gross Margin of 36.3% | $  51 | $   - | $ 7,894 | $3,450 | $ 6,621 | $ 4,646 | $1,591 | $  188 | $24,442 |
| Gross Margin of 90.3% | $  128 | $   - | $19,615 | $ 8,573 | $16,453 | $11,543 | $ 3,953 | $  468 | $60,732 |

## 4.   RELEVANT PARTIES

### 4.1   Loma Linda University ("LLU")

LLU is a domestic non-profit university organized as a corporation under the laws of the State of California with its principal place of business in California.[14] LLU offers a number of health-based programs for students, including the School of Allied Health Professions, School of Behavioral Health, School of Dentistry, School of Medicine, School of Nursing, School of Pharmacy, School of Public Health, and School of Religion.[15]

The School of Dentistry at LLU was founded in 1953 and offers the doctor of dental surgery degree; a bachelor of science degree in dental hygiene; and master of science degrees and certifications in advanced specialty programs.[16]  Rodrigo Viecilli, DDS, Ph.D., is an adjunct Associate Professor within the

---

[12] Exhibit 3.0.
[13] Exhibit 3.0.
[14] Complaint and Demand for Jury Trial, dated May 10, 2019, p. 1.
[15] "Home," *Loma Linda University*, https://home.llu.edu/.
[16] "School of Dentistry," *Loma Linda University*, https://dentistry.llu.edu/.

HIGHLY CONFIDENTIAL

Orthodontics department at LLU.[17]  Dr. Viecilli has been recognized as an acclaimed professor and research scientist in the field of dentistry and orthodontia. In 2013, Dr. Viecilli sought to calculate the ideal force to be exerted on each tooth with respect to the periodontal ligament ("PDL"), the connective tissue that anchors the teeth to the jaw and skull, in a human mouth.  Prior to Dr. Viecilli's research, ideal forces were only known for select teeth, but comprehensive calculations for all teeth had not yet been performed.[18]

## 4.2     Smarter Alloys ("SA")

Founded in 2009 and based in Toronto, Canada, SA manufactures shape memory alloys with multiple memory material technology for applications in orthodontics, automotive, oil and gas, medical devices, and actuators markets.[19]  SA describes itself as an innovator in shape memory materials that is at the forefront of the smart materials revolution.  SA is a privately controlled corporation.[20]  The company was formerly known as Innovative Processing Technologies Incorporation.[21]

SA and SmartArch, Inc. (a subsidiary of SA[22]) are involved in the sale and processing of the archwires at issue in this matter.  While SmartArch, Inc. has a contract with Ormco to process the archwires at issue, I understand that SA does the archwire processing.[23]

## 4.3     Ormco Corporation ("Ormco")

Ormco manufactures and supplies orthodontic technology products and solutions.  Ormco provides twin brackets, aligners, arch wires, tubes and bands, digital orthodontic solutions, lab products, infection prevention products, auxiliary products, adhesives, and aesthetic products.[24]  Relevant to this dispute, Ormco sells the SmartArch products at issue.[25]

The company, which operates as a subsidiary of Envista Holdings Corporation, was founded in 1960 and is based in Brea, California.[26]  Ormco employs nearly 600 people across its offices in California as well as the company's additional offices in Mexico and Europe.[27]

Ormco mission statement is to "build trusted relationships with orthodontists to help achieve practice management objectives and excellent clinical results."[28]  On its website, Ormco touts its strong partnership with clinicians to innovate and educate noting that it has close collaboration with 600+

---

[17] "Faculty Directory," *Loma Linda University*, http://www.llu.edu/pages/faculty/directory/faculty.html?eid=1a6936a.
[18] Complaint and Demand for Jury Trial, dated May 10, 2019, pp. 2-4.
[19] "Smarter Alloys Private Company Profile," *S&P Capital IQ*,
    https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=182659475.
[20] "About," *Smarter Alloys*, https://www.smarteralloys.com/about/.
[21] "Smarter Alloys Private Company Profile," *S&P Capital IQ*,
    https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=182659475.
[22] Deposition of Michael Kuntz, February 10, 2021, p. 42.
[23] Deposition of Michael Kuntz, February 10, 2021, p. 44.
[24] "Ormco Corporation Private Company Profile," *S&P Capital IQ*,
    https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=4944421&fromSearchProfiles=true.
[25] "SmartArch," *Ormco*, https://ormco.com/products/smartarch/.
[26] "Ormco Corporation Private Company Profile," *S&P Capital IQ*,
    https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=4944421&fromSearchProfiles=true.
[27] "Ormco Corporation Private Company Profile," *S&P Capital IQ*,
    https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=4944421&fromSearchProfiles=true.
[28] "About," *Ormco*, https://ormco.com/about/.

HIGHLY CONFIDENTIAL

clinical experts, across 29 countries and regions worldwide.[29] Ormco also promotes its strong track record as a winner of over 30 industry awards from 2013-2020.[30] Ormco is a dominate player in the global orthodontics market.[31] Ormco's significant market share is credited, in part, to its distribution networks, deeper penetration, and strategic collaborations.[32]

## 5.    RELEVANT BACKGROUND

### 5.1      The Current Dispute

On May 10, 2019, LLU brought a suit against SA for breach of contract, quiet title to inventions, and rescission of invention assignments.[33]  On March 16, 2023, the Court granted SA's motion for summary judgment regarding LLU's claims for breach of the covenant of good faith and fair dealing, to quiet title, for recission, and quasi-contract relief.[34]  The Court denied SA's motion for summary judgment regarding LLU's breach of contract claim, which remains in dispute and is proceeding to trial.[35]

LLU alleged that SA has breached explicit or implied terms of a Consulting Agreement between the parties (discussed in Section 5.2).[36]  Under the Consulting Agreement, SA is obligated to pay LLU either royalty fees or a one-time buyout upon commercialization of a product as defined in the Consulting Agreement.  As SA has failed to pay LLU either royalties or the buyout upon commercialization of the SmartArch product, LLU has suffered and will continue to suffer damages as a result of that failure to pay.[37]  In addition to damages, LLU is entitled to recover from SA reimbursement for reasonable attorneys' fees, expert witness fees, legal expenses, and costs incurred to enforce or interpret the Consulting Agreement.[38]

### 5.2      The Consulting Agreement

Executed on June 17, 2015 and effective as of December 10, 2014, SA and LLU entered into a Consulting Agreement.[39]  Under the agreement, SA desired to retain LLU for consulting services and LLU desired to conduct research and consult with SA.[40]

SA agreed to fund research and development activities to be performed by the Principal Investigator, Dr. Viecilli, as a faculty member and employee of LLU.  The research and development activities were

---

[29] "About," *Ormco*, https://ormco.com/about/.

[30] "Awards," *Ormco*, https://ormco.com/about/awards/.

[31] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*, https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

[32] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*, https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

[33] Complaint and Demand for Jury Trial, May 10, 2019, pp. 1, 19. On February 4, 2021, LLU moved to file an amended complaint which pleads an unjust enrichment claim.  LLU's unjust enrichment claim is pleaded in the alternative to LLU's breach of contract claim.  *See* Plaintiff's Memorandum of Law in Support of its Motion for Leave to File its First Amended Complaint, February 4, 2021, p. 1.  I understand that SA opposed the motion and that the judge has not yet ruled on the motions.  I note that my opinion on breach of contract damages would apply equally to the unjust enrichment claim.  I also reserve my rights to supplement my opinion depending on the Court's ruling.

[34] Decision and Order, March 16, 2023, p. 24.

[35] Decision and Order, March 16, 2023, p. 24.

[36] Complaint and Demand for Jury Trial, May 10, 2019, p. 1.

[37] Complaint and Demand for Jury Trial, May 10, 2019, pp. 12-13.

[38] Complaint and Demand for Jury Trial, May 10, 2019, p. 13.

[39] LLU0000984-993 at 984, 993.

[40] LLU0000984-993 at 984.

directed to multi-force archwire prescriptions targeting specific classes of commonly observed malocclusions.[41] Dr. Viecilli was to start "by exploring the issue of severely displaced canines (a common clinical solution) while initializing investigations on rotated premolars and tilted lateral incisors" with the aim to calculate possible wire stiffness changes that may keep force and movement levels within reasonable, desirable, or predetermined levels.[42]  The Consulting Agreement also set forth three deliverables.[43]  In compensation for the services to be performed, SA agreed to pay a total of $15,000 to LLU and $16,000 directly to Dr. Viecilli, payable in installments.[44]

The term of the agreement spanned from the Effective Date of December 10, 2014 through December 31, 2015, unless terminated sooner in accordance with the terms and provisions of the agreement.[45]

In addition to the compensation agreed upon for services, SA agreed to pay a 4% royalty rate on the gross profits earned on the sale of any products, should SA commercialize a Product.[46]  The Product was defined as "an archwire that uses the force prescriptions targeting the three malocclusions Section 5 of Exhibit A, Research Plan."[47]  The agreement also contained a Buyout provision, in which SA, at its option, could elect at any time to terminate any future royalty payments with a one-time royalty buyout of $1,500,000 US less any royalties already paid.[48]  I note LLU and SA dispute whether the SmartArch Universal archwire is a covered product under this agreement.

### 5.3    Manufacturing Process Agreements Between SmartArch Inc. and Ormco

On April 25, 2018, SmartArch and Ormco entered into a Manufacturing Process Agreement ("Original Manufacturing Process Agreement"), and on November 5, 2018, the parties entered into the First Amended and Restated Manufacturing Process Agreement ("Amended Manufacturing Process Agreement").[49]  Under the terms of the agreement, the following was agreed:[50]

- *SmartArch owns and controls a process for modifying the composition of orthodontic archwires to create variable forces along the length of the archwires as more fully claimed in U.S. Patent No. 9,186,853 (the "Proprietary Process");*

- *SmartArch is the owner of certain intellectual property rights in respect of the Proprietary Process including technological knowledge, trade names, trademarks and applications therefore, and patents and applications therefore, all as set out in this Agreement;*

- *Ormco desires to distribute and sell archwires processed by SmartArch using its Proprietary Process and in connection therewith desires to provide archwires to SmartArch for processing, in each case on the terms and subject to the conditions set forth in this Agreement; and*

---

[41] Generally, the upper teeth should fit slightly over the lower teeth, and the points of the molars should fit the grooves of the opposite molar. When the teeth are not aligned properly, as described, it is known as malocclusion. *See* "Malocclusion of Teeth," *U.S. National Library of Medicine*, https://medlineplus.gov/ency/article/001058.htm; LLU0000984-993 at 989.

[42] LLU0000984-993 at 989.

[43] LLU0000984-993 at 990.

[44] LLU0000984-993 at 991.

[45] LLU0000984-993 at 985.

[46] LLU0000984-993 at 991.

[47] LLU0000984-993 at 991.

[48] LLU0000984-993 at 991.

[49] SA_005034-066 at 034 and 058; SA_005085-113 at 085.

[50] SA_005034-066 at 034.

HIGHLY CONFIDENTIAL

- *SmartArch and Ormco desire to define the terms, conditions, rights, and obligations of the Parties with respect to the processing by SmartArch, using its Proprietary Process, of archwires supplied by Ormco and the transactions contemplated by this Agreement.*

Also outlined in the terms of the Manufacturing Process Agreement, SmartArch was required to apply its proprietary process to the Ormco archwires, add stops to those processed Ormco archwires when requested, and package the processed Ormco archwires and/or processed Ormco archwires with stops, as directed by Ormco, in either the Bulk Packaging or the Ten Pak Packaging.[51]

Under the terms of the original agreement, Ormco agreed to pay SmartArch $3.20 for each Ormco Archwire processed by SmartArch during the first 42 months of the agreement.[52] The payment structure was modified in the amended agreement. For the first 42 months of the term of the amended agreement, Ormco was to pay SmartArch $3.70 for each Processed Ormco Archwire with Stops in the Ten Pak Packaging, $3.54 for each Processed Ormco Archwire without Stops in the Ten Pack Packaging, $3.61 for each Processed Ormco Archwire with Stops in the Bulk Packaging, and $3.20 for each Processed Ormco Archwire without Stops in the Bulk Packaging. Additionally, for every 1% that Ormco increased its list price for the Packaged Ormco Archwires, SmartArch could increase the packaged prices by a maximum of 0.15%.[53]

In the Original Manufacturing Process Agreement, it was agreed that Ormco's first purchase order shall be for no less than 30,000 packaged processed Ormco Archwires and shall be issued no later than June 15, 2018.[54] In the amended agreement, the first purchase order of no less than 30,000 processed Ormco Archwires was to be issued no later than October 29, 2018.[55]

Both agreements set forth the minimum number of processed Ormco Archwires of 184,498 to be ordered in the first 18 months commencing with the first purchase order; 239,847 archwires in the next 12 months, 359,770 archwires in the next 12 months, and five percent more archwires than were purchased in the prior twelve-month period for each 12-month period thereafter.[56] If Ormco failed to meet the minimum number of archwires as set forth above, SmartArch would have the right to terminate the exclusive supply requirements.[57]

The parties acknowledged that there is some disagreement between them as to the development and ownership of intellectual property related to orthodontic archwires having different force levels along the length of the wire. However, the parties wished to postpone or avoid possible litigation with respect to the potential dispute, while fully preserving the rights of the parties that existed as of January 1, 2015 (the date negotiation of this agreement commenced).[58]

The First Amended Manufacturing Process Agreement shall be effective as of the Effective Date, November 5, 2018, and remain in effect until the seventh annual anniversary of the Effective Date, unless terminated early pursuant to the provisions agreed upon by the parties.[59]

---

[51] SA_005034-066 at 037-038.
[52] SA_005085-113 at 093.
[53] SA_005034-066 at 043.
[54] SA_005085-113 at 089.
[55] SA_005034-066 at 038.
[56] SA_005085-113 at 095-096; SA_005034-066 at 046.
[57] SA_005034-066 at 045.
[58] SA_005034-066 at 048.
[59] SA_005034-066 at 034, 046, 058.

HIGHLY CONFIDENTIAL

### 5.4    Ormco's Sales Expectations

I am aware of the following projections of Ormco's sales of the products at issue:

- In a June 2017 email from Steve Tomassi at Kavo Kerr[60] that was forwarded to SA personnel, given an ASP of $12.8 per archwire, Ormco expected to sell 200,421 wires in the first 18 months, 300,632 wires in the next 12 months, and 400,843 wires in the next 12 months in the U.S./Canada.  After the initial 18-month period, Ormco expected to sell in the rest of the world an additional 142,989 wires in a 12-month period, and 285,978 in the next 12 months.[61]

- In a July 25, 2017 email, Ibraheem Khan from SA sent a file titled "Copy of Business Case - Ormco.xlsx" that was noted as containing "our [SA] calculations" to Sam Alauddin.[62]   In this file, SA forecasted that Ormco would sell 325,000 SmartArch wires in 2018 at an ASP of $12.8, 650,000 SmartArch units in 2019 at an ASP of $13.50, and 1,300,000 SmartArch wires in 2020 at an ASP of $15.00.[63] SA also forecasted that Ormco would realize 68.0% gross margin for SmartArch wires in 2018, 69.6% in 2019, and 72.7% in 2020.[64] SA forecasted that Ormco would achieve net margins of 18% in 2018, 21% in 2019, and 29% in 2020.[65]

- In an August 1, 2017 email from Steve Tomassi at Kavo Kerr to personnel at SA, Mr. Tomassi includes the following forecast of unit sales for Ormco sales of SmartArch wires given ASP ranging from $12.80 to $17.00: [66]

#### Figure 2:  Ormco Forecasted Unit Volume, as of August 2017[67]

| | | | Unit Volume | | |
|---|---|---|---|---|---|
| SM Charge | | 1st 18mns | 2nd Yr | 3rd Yr | Total |
| 1.40 | 12.80 | 387,600 | 503,880 | 755,820 | 1,647,313 |
| 2.25 | 15.00 | 329,460 | 428,298 | 642,447 | 1,400,220 |
| 2.50 | 16.00 | 263,568 | 342,638 | 513,958 | 1,120,180 |
| 3.20 | 17.00 | 184,498 | 239,847 | 359,770 | 784,132 |

(ASP column label appears vertically between SM Charge and the unit volume values.)

- In a SA document labeled "Forecast-Assumptions", it's noted that "Ormco production Feb to Nov 2020 forecasted to be approx. 300,000 wires at $3.70/wire" and that the "[p]lan is to produce 500,000 wires for 2021 and 700,000 wires for 2022."[68]  These assumptions appear to form the basis of SA's forecasted SmartArch 2020-2022 income statement as SmartArch sales

---

[60] KaVo Kerr was a former subsidiary of Danaher and the parent company of Ormco.  Now KaVo Kerr is a subsidiary of Envista and a sister company to Ormco.  Deposition of Michael Kuntz, February 10, 2021, pp. 168-169.
[61] SA_031090-093 at 091-093.
[62] SA_031139.
[63] SA_031140.
[64] SA_031140; Exhibit 8.1.
[65] SA_031140; Exhibit 8.1.
[66] SA_012127-129 at 129.
[67] SA_012127-129 at 129.
[68] SA_034174.

HIGHLY CONFIDENTIAL

were projected to total $1,559,426 CAD in 2020[69], $2,405,000 CAD in 2021,[70] and $3,367,000 in 2022[71],[72]

While SA's latest forecast projected that it would process 300,000 archwires for Ormco in FY2020, the actual number SA processed was 64,140 archwires.[73]  Mr. Bain testified that SA's 2020 actual sales in comparison to its projections were "absolutely horrible" due to COVID:[74]

> *Q.  Do you know how Smarter Alloys, Inc. performed with respect to the projections for the remainder of the fiscal 2020 year?*
>
> *A.  I believe absolutely horrible, due to COVID.[75]*

Indeed, SA's December 2019-November 2020 unit sales of SmartArch Universal archwires were approximately 44% of the volumes realized from March 2019-December 2019.

I understand that LLU has requested SA produce additional forecasts to supplement its production[76] but SA has not provided any additional forecasts to date.

Based on the Ormco SmartArch Archwire sales data provided by SA, I have estimated SA's unit sales to Ormco, as shown in the figure below.  I understand that LLU has requested SA produce additional unit sales and unit pricing to supplement its production[77] but SA has not provided such information to date. Given that SA has only provided revenue data for Fiscal Year 2021 through February 2024, and did not provide updated unit sales or pricing data, I have estimated the units sold to Ormco in Fiscal Year 2021 through Feb 2024 using the March 2019 to 2020 average sales price.[78]

---

[69] $1,559,426 CAD /3.7 price per wire /1.3 USD to CAD exchange rate = 324,205.

[70] $2,405,000 CAD /3.7 price per wire /1.3 USD to CAD exchange rate = 500,000.

[71] $3,367,000 CAD /3.7 price per wire /1.3 USD to CAD exchange rate = 700,000.

[72] SA_034224 at tab "SA_is."  I note this income statement contains actual data through January 2020.

[73] SA_035999.

[74] Deposition of Michael Bain, March 2, 2021, p. 54.

[75] Deposition of Michael Bain, March 2, 2021, p. 54.

[76] Letter to J. Muldoon, dated May 31, 2023, ("LLU and Dr. Viecilli request that Smarter Alloys supplement its responses to at least the following interrogatories and produce additional documents to at least the following document requests: Interrogatories Nos. 8, 14-17, 20; […]"); Letter to J. Muldoon, dated July 21, 2023, ("Please provide a supplemental response to Interrogatory No. 15 […]"); Smarter Alloys' Answers to Loma Linda University's Second Set of Interrogatories, February 24, 2021, p. 12 ("Interrogatory No. 15: Identify and fully describe all projected, forecasted, and/or budgeted revenues, unit sales, and units of archwires to be processed by Smarter Alloys relating to SmartArch or any related product or technology, including without limitation with respect to  annual projections, forecasts, or budgets for any services to be provided by Smarter Alloys relating to SmartArch or any related product or technology.")

[77] Letter to J. Muldoon, dated May 31, 2023, ("LLU and Dr. Viecilli request that Smarter Alloys supplement its responses to at least the following interrogatories […]: Interrogatories Nos. 8, 14-17, 20; […]");  Letter to J. Muldoon, dated July 21, 2023, ("LLU and Dr. Viecilli request that Smarter Alloys provide supplemental responses for Interrogatory Nos. 14 and 16, or in the alternative, stipulate that the information as it relates to Interrogatories 14 and 16 has not changed."); Smarter Alloys' Answers to Loma Linda University's Second Set of Interrogatories, February 24, 2021, pp. 9-10 ("Interrogatory No. 14: Identify and fully describe, on a monthly, quarterly, and annual basis from January 1, 2013 to present, the unit sales of archwires, units of archwires processed by Smarter Alloys, unit pricing, […] relating to SmartArch or any related product or technology[…].")

[78] Exhibit 5.3.

HIGHLY CONFIDENTIAL

**Figure 3:  Estimate of SmartArch Archwire Unit Sales to Ormco, FY 2019 – February 2024**[79]

|  | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | *Dec - Feb*<br>FY 2024 | Total |
|---|---|---|---|---|---|---|---|
| Estimated Units Sold | 146,760 | 64,140 | 123,095 | 86,364 | 29,576 | 3,500 | 453,435 |

## 6.    RELEVANT PRODUCTS

There are two archwire products relevant to this dispute: the SmartArch Universal and the SmartArch Focus.

In SA's 2016 White Paper titled, "Introduction to the technological and clinical benefits of SmartArch", the SmartArch Universal is described as "a revolutionary new archwire that is programmed to express the biomechanically optimized force at each individual tooth."[80]  The archwire is laser processed in every interbracket region to change the overall super elastic stiffness of the wire, which allows each tooth to be targeted with the optimal force.[81]  SA notes that the "optimized biomechanics for tooth movement and retention were determined by modelling the dentoalveolar[82] complex[83]" further noting that "Drs. Charles Burstone and Rodrigo Viecilli implemented the finite element method to simulate the dentition of a typical typodont."[84]  The results were used to develop archwire stiffness profiles that are able to deliver ideal individual targeted forces when interbracket spacing is considered, as illustrated below:[85]

---

[79] Exhibit 5.3.

[80] SA_030798-801 at 798; Deposition of Michael Kuntz, February 10, 2021, pp. 127-128.

[81] SA_030798-801 at 798, 799; Deposition of Michael Kuntz, February 10, 2021, pp. 127-128.

[82] The term dentoalveolar refers to the teeth and the alveolar bone that supports the teeth.  *See* "Dentoalveolar Surgery," *Ridgefield,* https://www.ridgefieldoralsurgery.com/oral-surgery-procedures/dentoalveolar-surgery/#:~:text=The%20term%20dentoalveolar%20refers%20to,to%20much%20more%20complex%20procedures.

[83] The term dentoalveolar complex consists of five tissue compartments and "is a very specialized area that allows the emergence of the dentition from the alveolar bone and consists of unique and specialized cells and tissues." *See* "Oral and Dentoalveolar Trauma: Pathophysiology, Diagnosis, and Emergent Care," *Pocket Dentistry,* https://pocketdentistry.com/oral-and-dentoalveolar-trauma-pathophysiology-diagnosis-and-emergent-care/, Section 3.1.1.

[84] SA_030798-801 at 799.

[85] SA_030798-801 at 799.

HIGHLY CONFIDENTIAL

**Figure 4: Illustration of SmartArch Archwires Optimal Force Profile**[86]



On its webpage from 2021 and its current website, Ormco advertises the SmartArch product as an archwire that offers fewer wire changes and has ideal force for each tooth.[87]

**Figure 5: Ormco's 2021 SmartArch Website**[88]



---

[86] SA_030798-801 at 799.

[87] "SmartArch," *Ormco*, https://ormco.com/products/smartarch/, accessed March 2021; "SmartArch," *Ormco*, https://ormco.com/products/smartarch/, accessed March 2024.

[88] "SmartArch," *Ormco*, https://ormco.com/products/smartarch/, accessed March 2021.

HIGHLY CONFIDENTIAL

**Figure 6: Ormco's Current SmartArch Website**[89]



Ormco also has continued to highlight the work of Drs. Viecilli Burstone in the science behind the SmartArch products.[90]

**Figure 7: Ormco's 2021 SmartArch Website, Science Behind SmartArch**[91]



---

[89] "SmartArch," *Ormco*, https://ormco.com/products/smartarch/, accessed March 2024.
[90] "SmartArch," *Ormco*, https://ormco.com/products/smartarch/.
[91] "SmartArch," *Ormco*, https://ormco.com/products/smartarch/, accessed March 2021.

**Figure 8: Ormco's Current SmartArch Website, Science Behind SmartArch[92]**




SmartArch™ CuNiTi
200x

Standard CuNiTi
200x

**The Science Behind SmartArch**
™

A patented, pulsating laser programs SmartArch™ to deliver forces closely matching Drs. Viecilli and Burstone's established ideals. By applying ideal forces SmartArch™ promotes efficient tooth movement and may reduce overall treatment time.

On its 2021 website and its current website, Ormco positions the SmartArch as being "significantly more efficient than conventional CuNiTi archwires."[93] Ormco's website also features doctors' opinions of the product. One doctor notes that "one of the most exciting aspects of SmartArch is the realization that there is nothing additive to treatment that we need to build in—it's all in the wire, and we've been using wires since day one."[94]

From 2016 through 2017, SA manufactured and sold SmartArch Universal archwires.[95] SA's first offer for sale and first sale of the SmartArch Universal archwire occurred in 2016, around the same time as the AAO (American Association of Orthodontist) annual meeting.[96]

Thereafter, in or around March 2019, Ormco took over the sales of the SmartArch Universal archwires while SA continued to process the archwires. Under this arrangement, SA receives the archwires on consignment from Ormco and treats them using SA's "proprietary MMM[97] process".[98]

---

[92] "SmartArch," *Ormco*, https://ormco.com/products/smartarch/, accessed March 2024.

[93] "What Doctors are Saying About SmartArch," *Ormco*, https://ormco.com/products/smartarch/doctors/#success-stories, accessed March 2021.

[94] "What Doctors are Saying About SmartArch," *Ormco*, https://ormco.com/products/smartarch/doctors/#success-stories, accessed March 2024.

[95] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 18.

[96] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 10.

[97] MMM stands for Multiple Memory Material, *see* LLU0000984-993 at 989.

[98] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 18.

HIGHLY CONFIDENTIAL

**Figure 9: SmartArch Universal Sales, Fiscal 2016 - 2020[99]**

| | 2016 - 2017 | | | | March 2019 - 2020 | |
|---|---|---|---|---|---|---|
| *SA SmartArch Production* | **Quantity** | **Revenue (USD)** | | *Ormco SmartArch Consignment Production* | **Quantity** | **Revenue (USD)** |
| Ormco (Samples) | 1,500 | - | | Ormco | 210,900 | $  780,330 |
| Patterson Dental | 100 | $  1,650 | | Sonia Palleck (Samples) | 1,305 | - |
| Dentsply Sirona (Samples) | 32 | - | | | | |
| Sales Demo (Samples) | 354 | - | | **Total** | **212,205** | **$  780,330** |
| Direct Sales | 162 | 1,880 | | | | |
| Direct Samples | 2,261 | - | | **Total Excl. Samples** | **210,900** | **$  780,330** |
| Rodrigo Viecilli (Donation) | 720 | - | | | | |
| **Total** | **5,129** | **$  3,530** | | **Average Sales Price** | | **$  3.70** |
| **Total Excluding Samples/Donations** | **262** | **$  3,530** | | | | |
| **Average Sales Price** | | **$  13.47** | | | | |

As discussed, I understand that while LLU has requested SA produce additional unit sales and unit pricing to supplement its production,[100] SA has not provided such information to date. As such, given the available revenue data, I have estimated the units sold in Fiscal Year 2021 through Feb 2024 using the March 2019 to 2020 average sales price.

**Figure 10: SmartArch Sales, Fiscal 2021 - February 2024[101]**

| | **FY 2021** | **FY 2022** | **FY 2023** | *Dec - Feb* **FY 2024** |
|---|---|---|---|---|
| Estimated Units Sold | 123,095 | 86,364 | 29,576 | 3,500 |
| Estimated Price per Unit (USD) | $  3.70 | $  3.70 | $  3.70 | $  3.70 |
| Total Revenue | $ 455,453 | $ 319,545 | $ 109,430 | $ 12,950 |

SA conducted research and development work related to the SmartArch Focus, an archwire targeted to the specific malocclusion of a high canine, between December 2014 and May 2015.[102] SA introduced the concept of the SmartArch Focus during the AAO annual meeting in May 2015.[103] However, as of

---

[99] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 18-19.

[100] Letter to J. Muldoon, dated May 31, 2023, ("LLU and Dr. Viecilli request that Smarter Alloys supplement its responses to at least the following interrogatories […]: Interrogatories Nos. 8, 14-17, 20; […]"); Letter to J. Muldoon, dated July 21, 2023, ("LLU and Dr. Viecilli request that Smarter Alloys provide supplemental responses for Interrogatory Nos. 14 and 16, or in the alternative, stipulate that the information as it relates to Interrogatories 14 and 16 has not changed."); Smarter Alloys' Answers to Loma Linda University's Second Set of Interrogatories, February 24, 2021, pp. 9-10 ("Interrogatory No. 14: Identify and fully describe, on a monthly, quarterly, and annual basis from January 1, 2013 to present, the unit sales of archwires, units of archwires processed by Smarter Alloys, unit pricing, […] relating to SmartArch or any related product or technology[…].")

[101] Exhibit 5.3.

[102] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 12.

[103] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 12.

February 2021, SA had not sold any SmartArch Focus archwires.[104]  I understand that this remains true as of the date of this report.

## 7.    MARKET OVERVIEW

### 7.1    Orthodontics Market

According to Fortune Business Insights, a market research firm,[105] the global orthodontics market size was valued at $4.06 billion USD in 2018 and was projected to reach $9.72 billion USD by 2026, exhibiting a compound annual growth rate ("CAGR") of 11.6% from 2019 through 2026.[106]  The North American orthodontic market generated $1.84 billion USD in revenue in 2018 and was projected to dominate the global market into the future.   According to the American Dental Association, there were 10,658 orthodontists practicing in the United States as of 2017, which is expected to further increase the demand for orthodontic products domestically.[107]

**Figure 11: North America Orthodontics Market Size, 2015-2016 (USD Billion)**[108]



Demand for orthodontic treatments is increasing rapidly due to several factors, including various clinical and aesthetic benefits, a rising prevalence of dental malocclusion around the world, the presence of advanced diagnostic tools that assist in early detection of malocclusion, a larger importance placed in preventative oral care, increased concern for hygiene of the equipment used, and favorable healthcare reimbursement policies related to the treatment of dental malocclusion.  These factors are expected to fuel the continued growth of the orthodontic industry in the coming years.[109]

The COVID-19 pandemic negatively impacted the orthodontic market in 2020.  For example, publicly available market research indicates that the COVID-19 pandemic led to a sharp decline of the national

---

[104] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 13.

[105] "About Fortune Business Insights," *Fortune Business Insights*, https://www.fortunebusinessinsights.com/aboutus.

[106] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*,
https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

[107] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*,
https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

[108] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*,
https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

[109] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*,
https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

cumulative spending in the broader dental services market.  The national cumulative spending was down approximately 65% in April 2020, however by October 2020, cumulative spending was down by 16.8%, as illustrated by the purple dotted line in the figure below.[110]

**Figure 12:  Cumulative Spending Growth since February 2020, National Health Spending[111]**



*Note: Percent differences between February and October are shown in the data labels.*

According to ResearchandMarket.com, while the COVID-19 pandemic caused a decline in the global orthodontics market in 2020, the "impact of the pandemic is anticipated to be short-term", projecting that the global orthodontics market will recover from 2021.[112]  ResearchandMarket.com projects that the global orthodontics market will grow at a CAGR of 6.17% from 2021 to 2030.[113]

The global orthodontics market is consolidated, with a small number of players dominating the overall market share.  The main players in the market include Align Technology, Ormco Corporation, 3M, and Institut Straumann AG.  Of the main players, Align Technology accounts for the largest share of the market due to the commercial success of its Invisalign products.  Fortune Business Insights identifies the improved distribution networks, deeper penetration, and strategic collaborations as important factors for both Ormco's and Institut Straumann AG's prominent market share.[114]

---

[110] "COVID-19 and Its Effect on Dentistry: Predictions, Recommendations," *DentistryIQ*, https://www.dentistryiq.com/dentistry/article/14189818/covid19-and-its-effect-on-dentistry-predictions-recommendations.

[111] "COVID-19 Shocks The US Health Sector: A Review Of Early Economic Impacts," *HealthAffairs.org,* December 16, 2020, https://www.healthaffairs.org/do/10.1377/hblog20201214.543463/full/.

[112] "Insights on the Orthodontics Global Market to 2030 - Analysis and Forecast - ResearchAndMarkets.com," *Business Wire,* November 25, 2020, https://www.businesswire.com/news/home/20201125005735/en/Insights-on-the-Orthodontics-Global-Market-to-2030---Analysis-and-Forecast---ResearchAndMarkets.com.

[113] "Insights on the Orthodontics Global Market to 2030 - Analysis and Forecast - ResearchAndMarkets.com," *Business Wire,* November 25, 2020, https://www.businesswire.com/news/home/20201125005735/en/Insights-on-the-Orthodontics-Global-Market-to-2030---Analysis-and-Forecast---ResearchAndMarkets.com.

[114] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*, https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

HIGHLY CONFIDENTIAL

## 7.2    Orthodontics Supplies Market

The orthodontic market can be further segmented by product type into supplies and instruments.[115]  The supply segment of the market consists of fixed supplies (such as brackets, bands & buccal tubes, archwires, and others) and removable supplies (such as aligners, retainers, and others).[116]

As summarized in a March 1, 2021 press release, the global orthodontic supplies market size was projected to grow from $3.07 billion USD in 2021 to $4.02 billion USD by 2026, a CAGR of 4.6%.[117] The global leading players in the orthodontic supplies market are Align Technology, Danaher (a company related to Ormco)[118] and 3M Unitek.  These firms account for 49.16% of total production value.[119]

AFG, a research firm contracted by SA in 2015, reported that the most frequently used conventional metal or cosmetic bracket system manufacturers are American Orthodontics (46%), 3M Unitek (45%), GAC Dentsply (28%) and Ormco (23%).[120]

---

[115] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*,
https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

[116] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*,
https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

[117] "Orthodontic Supplies Market Size 2021 Industry Share, Demand, Top Players, Industry Size, Future Growth by 2026,"
*MarketWatch News Department*, https://www.marketwatch.com/press-release/orthodontic-supplies-market-size-2021-
industry-share-demand-top-players-industry-size-future-growth-by-2026-2021-03-01.

[118] In 2019, Danaher spun off a separate company, Envista Holding Corporation, which is comprised of three operating
companies: Ormco, KaVo Kerr, and Boebl Biocare Systems. *See* "Danaher Announces New Dental Company to Be Named
Envista Holdings Corporation," *Danaher,* June 27, 2019, http://investors.danaher.com/2019-06-27-Danaher-Announces-
New-Dental-Company-To-Be-Named-Envista-Holdings-Corporation. Prior to that KaVo Kerr was a former subsidiary of
Danaher and the parent company of Ormco. *See* Deposition of Michael Kuntz, February 10, 2021, pp. 168-169.

[119] "Orthodontic Supplies Market Size 2021 Industry Share, Demand, Top Players, Industry Size, Future Growth by 2026,"
*MarketWatch News Department*, https://www.marketwatch.com/press-release/orthodontic-supplies-market-size-2021-
industry-share-demand-top-players-industry-size-future-growth-by-2026-2021-03-01.

[120] SA_010465 at 7, 22.

HIGHLY CONFIDENTIAL

**Figure 13: Orthodontic Manufacturer Usage – Conventional Metal or Cosmetic Brackets[121]**



AFG also reported that GAC Dentsply (23%), Ormco (20%), American Orthodontics (20%) and 3M Unitek (14%) are the most frequently used self-ligating metal or cosmetic bracket system manufacturers.[122]

### 7.3    Archwire Market

Within the orthodontic supplies market, archwire products can be further segmented into monolithic archwires (a wire that has uniform stiffness along its length), multi-force archwires (a wire that has different properties and stiffness along its length), and shaped archwires (a wire that is bent to fit to a dentition).[123]  Mr. Kuntz testified that the monolithic archwire market is "much larger than the multi-force market".[124]  Mr. Kuntz believes that the global multi-force archwire market in the 2017-2018 time frame was about 1.6 million wires.[125]  He guessed that the 1.6 million wire multi-force market comprised 1 to 2 percent of the overall archwire market in 2017-2018.[126]

---

[121] SA_010465 at 22.
[122] SA_010465 at 23.
[123] Deposition of Michael Kuntz, February 10, 2021, pp. 206-208.
[124] Deposition of Michael Kuntz, February 10, 2021, p. 208.
[125] Deposition of Michael Kuntz, February 10, 2021, pp. 207-208.
[126] Deposition of Michael Kuntz, February 10, 2021, pp. 208-209.

HIGHLY CONFIDENTIAL

According to a *Markets and Research* summary published in November 2020, over the next five years, the archwire market is forecasted to achieve a 4.8% CAGR in terms of revenue with the global market size growing from $95 million in 2019 to $113.9 million by 2025.[127]

### 7.4    Multi-force, or Variable Stiffness, Archwire Market

In 2015, SA commissioned AFG Research to conduct a Survey of U.S. Orthodontics Professionals on their Attitudes Towards a Variable Stiffness Archwire System (VSAS).[128]  The main purpose of the research study was to assess the market potential for a new Variable Stiffness Archwire System (VSAS).[129]

AFG found that the Unique Target Price ("UTP") for the standard configuration VSAS is $12.8 per archwire, noting that most orthodontists consider a price point of more than $17 to be "getting expensive" but still worthy of consideration.[130]  At a price of $12.8 per archwire, orthodontists would use VSAS in approximately 88 of their case starts per year.[131]  As illustrated below, at a standard malocclusion configuration unit price of $12.8 per archwire, the sales potential in the United States was estimated to be approximately 907,000 units.[132]

---

[127] "Global Archwire Market Growth 2020-2025," *Markets and Research.Biz,* November 2020,
 https://www.marketsandresearch.biz/report/61716/global-archwire-market-growth-2020-2025.
[128] SA_010465.
[129] SA_010465 at 5.
[130] SA_010465 at 8, 45.
[131] SA_010465 at 8.
[132] SA_010465 at 50; SA_010587, column N.

HIGHLY CONFIDENTIAL

**Figure 14: VSAS Unit/Revenue Forecast – Standard Malocclusion Configuration[133]**



In addition to analyzing the standard malocclusion segment of the market, VFG also surveyed the market landscape for custom prescriptions. AFG found that the UTP for the custom prescription VSAS is $30.8 per archwire, noting that most orthodontists consider a price point of more than $38 to be "getting expensive" but still worthy of consideration.[134] At a price of $30.8 per archwire, orthodontists would use custom VSAS in approximately 57 of their case starts per year.[135] As illustrated below, at a custom prescription unit price of $30.8 per archwire, the sales potential in the United States was estimated to be approximately 587,000 units.[136]

---

[133] SA_010465 at 50.
[134] SA_010465 at 8, 51.
[135] SA_010465 at 8.
[136] SA_010465 at 59; SA_010587, column O.

HIGHLY CONFIDENTIAL

**Figure 15: VSAS Unit/Revenue Forecast – Custom Prescription[137]**



Given the recommended price points for both product configurations, VFG estimated the U.S. market to be approximately 1.5 million archwires.[138] This market estimate is consistent with the testimony of Mr. Kuntz who believes that the multi-force archwire market in the 2017-2018 time frame was about 1.6 million wires.[139]

Mr. Kuntz testified that SmartArch Universal's competitors historically included Dentsply (the former market leader with Bioforce who is not in the game anymore) and other companies like G&H and PreviDent who have multi-force offerings.[140]

---

[137] SA_010465 at 59.
[138] SA_010465 at 50, 59; SA_010587, columns N, O.
[139] Deposition of Michael Kuntz, February 10, 2021, pp. 207-208.
[140] Deposition of Michael Kuntz, February 10, 2021, p. 211.

HIGHLY CONFIDENTIAL

8.    **TIMELINE OF EVENTS**

The following is a timeline of certain events, provided for convenience:

- December 10, 2014      Effective date of the SA-LLU Consulting Agreement.[141]

- June 17, 2015      SA and LLU execute the Consulting Agreement.[142]

- 2016-2017      SA manufactures and sells SmartArch Universal archwires.[143]

- April 25, 2018      SmartArch and Ormco enter into the Manufacturing Process Agreement.[144]

- November 5, 2018      SmartArch and Ormco enter into the First Amended and Restated Manufacturing Process Agreement.[145]

- March 2019      Ormco takes over the sales of the SmartArch Universal archwires while SA continues to process the archwires for Ormco.[146]

- May 10, 2019      LLU files suit against SA for breach of contract, quiet title to inventions, and rescission of invention assignments.[147]

- April 19, 2021      SA filed motion for summary judgment[148]

- June 16, 2021      LLU filed opposition to SA's motion for summary judgment[149]

- June 30, 2021      SA filed reply in support of motion for summary judgment[150]

- March 25, 2022      Report and recommendation regarding SA's motion for summary judgment[151]

- April 29, 2022      Parties filed objections to report and recommendation[152]

- May 20, 2022      Parties filed responses to objections to report and recommendation[153]

- March 16, 2023      Decision and order regarding SA's motion for summary judgment[154]

- October 11, 2023      Case set for trial for June 24, 2024[155]

---

[141] LLU0000984-993 at 984.
[142] LLU0000984-993 at 993.
[143] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 18.
[144] SA_005085-113 at 085; SA_005034-066 at 034.
[145] SA_005034-066 at 057-058.
[146] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 18.
[147] Complaint and Demand for Jury Trial, May 10, 2019, p. 1.
[148] Defendant Smarter Alloys Inc.'s Memorandum of Law in Support of its Motion for Summary Judgement, April 19, 2021.
[149] Loma Linda University and Rodrigo Viecilli's Brief in Opposition to Smarter Alloys, Inc.'s Motion for Summary Judgement, June 16, 2021.
[150] Reply Declaration of Steven P. Nonkes in Further Support of Smarter Alloys Inc.'s Motion for Summary Judgment, June 30, 2021.
[151] Report and Recommendation, March 25, 2022.
[152] Defendant Smarter Alloys Inc.'s Limited Objection to Report and Recommendation, April 29, 2022; Loma Linda University and Rodrigo Viecilli's Objections to the March 25, 2022 Report and Recommendation, April 29, 2022.
[153] Defendant Smarter Alloys Inc.'s Response to Loma Linda's Objections to the Report and Recommendation, May 20, 2022; Loma Linda University and Rodrigo Viecilli's Response to Defendant/Counterclaimant Smarter Alloys Inc.'s Objections to the March 25, 2022 Report and Recommendation, May 20, 2022.
[154] Decision & Order, March 16, 2023.
[155] U.S. District Court, Western District of New York (Buffalo), Civil Docket for Case #: 1:19-cv-00607-LJV-MJR.

HIGHLY CONFIDENTIAL

9.    **CALCULATION OF DAMAGES**

As a result of SA's alleged breach of contract, LLU has lost certain royalty revenue from SA.  Under the terms of the Consulting Agreement, SA agreed to pay a 4% royalty rate on the gross profits earned on the sale of any covered products.[156]  Per my interview with Michael Samardzija, I understand that SA has not paid any royalties to date to LLU.[157]  To calculate the gross profits earned on the sale of SmartArch Universal archwires, I relied on SA's interrogatory responses, SA_035999 (a litigation created document), the deposition testimony of Mr. Michael Bain (SA's CFO[158]), and other SA produced documents created during the ordinary course of business.

To calculate the gross profits earned on the sale of the products at issue, I first quantified SA's revenues for its SmartArch Universal archwires.  In its interrogatory response, SA set forth the following SmartArch Universal unit sales and revenue for two time frames: 2016-2017 and March 2019-2020.

**Figure 16: SmartArch Universal Unit Sales & Revenue[159]**

| SA SmartArch Production | 2016 - 2017 | | Ormco SmartArch Consignment Production | March 2019 - 2020 | |
|---|---|---|---|---|---|
| | Quantity | Revenue (USD) | | Quantity | Revenue (USD) |
| Ormco (Samples) | 1,500 | - | Ormco | 210,900 | $ 780,330 |
| Patterson Dental | 100 | $ 1,650 | Sonia Palleck (Samples) | 1,305 | - |
| Dentsply Sirona (Samples) | 32 | - | | | |
| Sales Demo (Samples) | 354 | - | Total | 212,205 | $ 780,330 |
| Direct Sales | 162 | 1,880 | | | |
| Direct Samples | 2,261 | - | Total Excl. Samples | 210,900 | $ 780,330 |
| Rodrigo Viecilli (Donation) | 720 | - | | | |
| Total | 5,129 | $ 3,530 | Average Sales Price | | $ 3.70 |
| Total Excluding Samples/Donations | 262 | $ 3,530 | | | |
| Average Sales Price | | $ 13.47 | | | |

In order to display the March 2019-2020 unit sales and revenue on a yearly basis, I relied on SA_035999 which reports that SA produced 64,140 archwires in fiscal year 2020 at a per unit sales price of $3.70 USD.[160]  I note that SA's 2020 fiscal year spans from December 1, 2019 through November 30, 2020.[161]  As SA's interrogatory response did not specify the ending  period associated with its "March 2019-2020" data, I have made the assumption that SA's interrogatory response includes sales through November 30, 2020 (the end of SA's 2020 fiscal year).  Given this assumption, I was able to calculate the unit sales of

[156] LLU0000984-993 at 991.
[157] Interview with Mr. Michael Samardzija.
[158] Deposition of Michael Kuntz, February 10, 2021, p. 213.
[159] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 18-19; Exhibit 5.1.
[160] SA_035999.
[161] Deposition of Michael Bain, March 2, 2021, pp. 44-45.

archwires produced in FY 2019 and FY 2020.[162]  Applying SA's average selling price of $3.70 USD per unit, I calculated SmartArch revenue in fiscal year 2019 and fiscal year 2020.[163]

For fiscal years 2021 through 2023, I relied on SA_036046, which has the native file title of "ORMCO Archwire Revenue to Feb 29_24" and which reports monthly SmartArch Archwire revenue from December 1, 2020 to February 29, 2024.

**Figure 17: SmartArch Universal Unit Sales & Revenue, by Fiscal Year[164]**

| | FY 2016 - 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | *Dec - Feb* FY 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Units Sold | 262 | n/a | 146,760 | 64,140 | 123,095 | 86,364 | 29,576 | 3,500 | 453,697 |
| Price per Unit (USD) | $ 13.47 | n/a | $ 3.70 | $ 3.70 | $ 3.70 | $ 3.70 | $ 3.70 | $ 3.70 | $ 3.70 |
| Revenue | $ 3,530 | $ - | $ 543,012 | $ 237,318 | $ 455,453 | $ 319,545 | $ 109,430 | $ 12,950 | $1,681,238 |

I understand per SA_036045, which has the native file title of "G&H Archwire Revenue to Feb 29_24" and reports monthly G&H Archwire revenue from December 1, 2020 to February 29, 2024, reports sales of $11,186 in April 2023.[165]  I have not included these sales in my calculations.[166]

According to Mr. Bain, SA does not track the cost of goods sold ("COGS") in its accounting system.[167] Indeed, SA's income statements that purportedly breakout the revenue and COGS for its various verticals (including the SmartArch vertical) largely have zero dollars reported for COGS.[168]  For example, in its 2016, 2017, 2018 and 2020 income statements, SA reports zero COGS for its SmartArch vertical which would indicate a gross margin of 100%.[169]  In its 2019 income statement, SA reports $124,611 CAD in COGS for its SmartArch vertical which results in a gross margin of 84.3%.[170]  Mr. Bain testified that he "spent about a week working through cost of goods sold calculations, had discussions with Ibraheem Khan the COO and Michael Kuntz, the CEO and our lead counsel" in an effort to calculate the COGS for the products at issue.[171]  Mr. Bain's conclusionary COGS calculations for FY 2020 are reflected in SA_035999.[172]  Given Mr. Bain's COGS calculation of $3.17 CAD per unit (approximately $2.36 USD per unit[173]), SA realized a gross margin of 36.3% for the fiscal year 2020.[174]  I have not seen any similar COGS calculations for SA's 2016-2017, 2019, or 2021-2024 sales of SmartArch Universal archwires.  Nor am I aware of any SA gross margin data for sales generated outside of fiscal year 2020.  I understand that

[162] Exhibit 5.2.

[163] SA_035999.  This price is consistent with the negotiated price presented in the First Amended and Restated Manufacturing Process Agreement between SmartArch Inc. and Ormco Corporation. *See* Section 5.3.

[164] Exhibits 5.1, 5.3.  As SA did not provide units sales and average pricing for fiscal year 2021 through February 2024, I have estimated unit sales by utilizing the last known average price of $3.70 per unit.

[165] I note that Smarter Alloys did not produce any SmartArch unit sales information after FY 2020.

[166] I note that Smarter Alloys did not produce any SmartArch unit sales information after FY 2020.

[167] Deposition of Michael Bain, March 2, 2021, p. 41.

[168] Deposition of Michael Bain, March 2, 2021, p. 40; Exhibit 7.1.

[169] Exhibit 7.1.

[170] Exhibit 7.1.

[171] Deposition of Michael Bain, March 2, 2021, p. 14.

[172] Deposition of Michael Bain, March 2, 2021, pp. 43-44.

[173] Exhibit 6.1.

[174] Exhibit 6.1.

HIGHLY CONFIDENTIAL

Page  24

LLU has requested updated cost and profitability data from SA,[175] but it has not received such data from the Defendant.

Given this lack of data, I have estimated SmartArch Universal gross profits using two different methodologies. Under the first method, I estimated SmartArch Universal gross profits earned on the sale of the SmartArch Universal from 2016 through February 2024 by applying the FY 2020 gross margin of 36.3% for this entire period. I note that given the impact of COVID on 2020 financials (discussed in Section 7.1), utilizing the FY 2020 gross margin for the entire period is likely to understate the gross profits SA earned on the SmartArch Universal archwires. Applying the 4% royalty rate that was negotiated in the Consulting Agreement to the SmartArch Universal gross profits results in the following royalty revenue due to LLU.

**Figure 18:  LLU Lost Royalty Revenues from SA, Gross Margin of 36.3%[176]**

| | FY 2016 - 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | *Dec - Feb* FY 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Revenue | $   3,530 | $     - | $ 543,012 | $ 237,318 | $ 455,453 | $ 319,545 | $ 109,430 | $  12,950 | $1,681,238 |
| Gross Margin | 36.3% | 36.3% | 36.3% | 36.3% | 36.3% | 36.3% | 36.3% | 36.3% | 36.3% |
| Gross Profit | $   1,283 | $     - | $ 197,360 | $  86,254 | $ 165,536 | $ 116,140 | $  39,773 | $   4,707 | $  611,052 |
| Royalty Rate | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| Total Damages | $      51 | $     - | $   7,894 | $   3,450 | $   6,621 | $   4,646 | $   1,591 | $     188 | $   24,442 |

While the litigation created document provides a gross margin of 36.3% for FY 2020, other produced documents created in the ordinary course of business reflected a lower COGS and therefore, a higher gross margin. For example, in an August 1, 2017 email, Dr. Ibraheem Khan states that SA's "costs are roughly $0.45/wire" in USD.[177] Given the contemplated price of $3.20/wire USD, this results in a gross margin of 85.9%.[178] In a November 2017 email, Dr. Khan states that SA's "processing costs per wire is about $0.40 CDN for year 1, going down to $0.27 CDN when reaching 500k units."[179] Given the contemplated price of $3.20/wire USD and a COGS of $0.40/wire CAD results in a gross margin of 90.3%.[180] As such, under the second scenario, I estimated SA's gross profits by utilizing the 90.3% gross margin figure and applied the 4% royalty rate that was negotiated in the Consulting Agreement to arrive at lost royalty revenue. The resulting calculation is summarized in the following figure.

---

[175] Letter to J. Muldoon, dated May 31, 2023, ("LLU and Dr. Viecilli request that Smarter Alloys supplement its responses to at least the following interrogatories […]: Interrogatories Nos. 8, 14-17, 20; […]");  Letter to J. Muldoon, dated July 21, 2023, ("LLU and Dr. Viecilli request that Smarter Alloys provide supplemental responses for Interrogatory Nos. 14 and 16, or in the alternative, stipulate that the information as it relates to Interrogatories 14 and 16 has not changed."); Smarter Alloys' Answers to Loma Linda University's Second Set of Interrogatories, February 24, 2021, pp. 9-10 ("Interrogatory No. 14: Identify and fully describe, on a monthly, quarterly, and annual basis from January 1, 2013 to present, the […] gross profit […], costs (including but not limited to direct and indirect costs, standard costs, research and development costs, material and component costs, selling costs, marketing costs, general and administrative costs, per unit costs, and operating costs) […] relating to SmartArch or any related product or technology[…]."), p. 14 (" Interrogatory No. 16: Identify and fully describe the direct, indirect, fixed, and/or variable costs that Smarter Alloys uses to calculate costs and/or margins relating to SmartArch or any related product or technology.")

[176] Exhibit 4.1.

[177] SA_031224-226 at 224-225.

[178] SA_031224-226 at 224-225; Exhibit 6.2.

[179] SA_031573-576 at 573.

[180] SA_031573-576 at 573; Exhibit 6.2.

HIGHLY CONFIDENTIAL

**Figure 19: LLU Lost Royalty Revenues from SA, Gross Margin of 90.3%**[181]

| | FY 2016 - 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | *Dec - Feb* FY 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 3,530 | $ - | $ 543,012 | $ 237,318 | $ 455,453 | $ 319,545 | $ 109,430 | $ 12,950 | $ 1,681,238 |
| Gross Margin | 90.3% | 90.3% | 90.3% | 90.3% | 90.3% | 90.3% | 90.3% | 90.3% | 90.3% |
| Gross Profit | $ 3,188 | $ - | $ 490,387 | $ 214,319 | $ 411,314 | $ 288,577 | $ 98,825 | $ 11,695 | $ 1,518,305 |
| Royalty Rate | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| Total Damages | $ 128 | $ - | $ 19,615 | $ 8,573 | $ 16,453 | $ 11,543 | $ 3,953 | $ 468 | $ 60,732 |

Based on the totality of the circumstances in this case and the information available to me at this time, I have calculated damages owed to LLU for the royalties payable from SA to LLU under the terms of the Consulting Agreement. My opinions and the bases therefore are more fully described in the sections above; however, I have provided a summary of my damages calculations in the following figure.

**Figure 20: Summary of Damages Calculations**[182]

| | FY 2016 - 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | *Dec - Feb* FY 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Gross Margin of 36.3% | $ 51 | $ - | $ 7,894 | $3,450 | $ 6,621 | $ 4,646 | $1,591 | $ 188 | $24,442 |
| Gross Margin of 90.3% | $ 128 | $ - | $19,615 | $8,573 | $16,453 | $11,543 | $3,953 | $ 468 | $60,732 |

## 10. SUMMARY OF CRITIQUES

In addition to providing a damages opinion, I have been asked to review and comment on the Disclosure of Dr. Michael Kuntz, dated April 28, 2021, ("Kuntz Report") and the Disclosure of Michael Bain, dated April 28, 2021, ("Bain Report").

It is my opinion that Mr. Kuntz and Mr. Bain fail to adequately disclose their expert opinions by failing to disclose the principles and methods utilized as well as the facts or data that form the basis for their expert opinions. Without these disclosures, it is impossible to determine whether Mr. Kuntz and Mr. Bain have applied reliable principles and methods to the facts of the case. Without these disclosures, it is my opinion that Mr. Kuntz's and Mr. Bain's opinions are speculative and unreliable.

### 10.1 Critique of The Kuntz Report

Mr. Kuntz states that he is intending to provide expert testimony on several subjects, including the harm to Smarter Alloys caused by Viecilli and Loma Linda's actions.[183] While the Kuntz Report includes the heading "Harm from Not Having 2019 Paper Published," in the subsequent paragraphs Mr. Kuntz does not discuss qualitatively any harm suffered by Smarter Alloys from not having the 2019 Paper published, nor does he assign any quantitative value to the harm, nor

---

[181] Exhibit 4.2.
[182] Exhibit 3.0.
[183] Kuntz Report, ¶ 2.

HIGHLY CONFIDENTIAL

does he put forth any type of financial analysis.[184]  Without these disclosures, it is my opinion that Mr. Kuntz's opinion that SA was harmed from not having the 2019 Paper published is not based on sufficient facts or data and, as such, is speculative and unreliable.

Similarly, under the heading "The 2019 Paper," Mr. Kuntz writes "Ormco wanted to use [the 2019 Paper] to promote sales of the SmartArch Universal archwires" as "[t]hat was one of the intended benefits to Smarter Alloys from the Consulting Agreement."[185]  However, Mr. Kuntz does not quantify the intended benefit to SA, nor does he disclose the principles or methods that would be employed to quantify the intended benefit, nor does he disclose the facts or data that would be required to quantify the intended benefit.

## 10.2    Critique of The Bain Report

Mr. Bain states that he is intending to provide expert testimony on several subjects, including:

- Financial accounting methods;

- Smarter Alloys' financial accounting;

- Smarter Alloys' revenues from the SmartArch Universal profile archwire;

- Smarter Alloys' cost of goods sold (COGS) for the SmartArch Universal profile archwire;

- Smarter Alloys' gross profits relating to the Smart Arch Universal profile archwire;

- Royalty calculations that I have performed.[186]

I discuss my criticisms of Mr. Bains's opinions in the sections below.

### 10.2.1    Smarter Alloys General Financial Information

In reference to four Smarter Alloy financial documents--Statement of Income for the period ending November 30, 2020,[187] Archwires Profit Margin for Fiscal 2020,[188] Archwires Profit Margin for Fiscal 2020,[189] and a spreadsheet that was produced in native format[190]-- Mr. Bain states:

> *"I intend to testify about the information reflected in that document, how I prepared it, and what it means. I am also familiar with Smarter Alloys' [financial records] from prior periods and may give fact and opinion testimony about those as well."[191]*

However, Mr. Bain does not disclose the substance, the details, nor the factual underpinnings of his intended expert opinion testimony regarding Smarter Alloys' financial records.  Without

---

[184] Kuntz Report, p. 37 (Heading: Harm From Not Having 2019 Paper Published), ¶¶ 250-252.  These paragraphs disclose Mr.
 Kuntz's interactions with Dr. Michael Smardzija of LLU and are unrelated to the 2019 Paper.
[185] Kuntz Report, p. 31 (Heading: The 2019 Paper), ¶ 229.
[186] Bain Report, ¶ 2.
[187] SA_035998.
[188] SA_035999.
[189] SA_036000.
[190] SA_034224.
[191] Bain Report, ¶¶ 7-10.

these disclosures, I am unable to assess the reliability of these future undefined opinions that Mr. Bain intends to testify to at trial.

### 10.2.2    Smarter Alloys Gross Margin

Mr. Bain states:

> *"Based on my calculation of COGS, Smarter Alloys, in this period, had a per-unit gross margin of $1.81 CDN on a per-unit revenue of $4.98 CDN ($3.70 US as shown on 34_035999), which is 36.3%. Based on my understanding of Smarter Alloys' costs and cost structure, as well as that start-up costs are typically higher than in subsequent periods, I believe the gross margin would have been even lower, but I believe 36.3% is a reasonable estimate for gross margin for all of Smarter Alloys, revenues for treatment of SmartArch Universal profile archwires on consignment from Ormco."[192]*

Mr. Bain does not disclose any documents or data to support his opinion that "the gross margin would have been even lower." Without being able to review the facts or data that underpin Mr. Bain's opinion, I am unable to assess the reliability of his opinion.

## 11.    ATTORNEY FEES, EXPERT FEES, AND COSTS

The Consulting Agreement states "[i]n the event that any legal action becomes necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled, in addition to its court costs, to such reasonable attorneys' fees, expert witness fees and legal expenses as shall be fixed by a court of competent jurisdiction."[193]

I understand legal fees, expert fees, and costs are ongoing. As such, it is not timely to evaluate this measure of damages until the litigation is substantially completed (*i.e.,* after a jury returns a verdict or the Court disposes of the case in some other manner). I reserve the right to provide an accounting of these fees and costs at the appropriate time.

## 12.    PREJUDGMENT INTEREST

From an economic analysis standpoint, a time-value-of-money award would be necessary to compensate Plaintiff for the loss of use of funds during the damages period. However, I understand that an award of prejudgment interest is a legal matter and that the Court has substantial discretion in determining the interest rate and compounding method to be awarded. I have not prepared any prejudgment interest calculations as of this date, but I am prepared to do so if requested by the Court.

---

[192] Bain Report, ¶ 20.
[193] LLU0000984-993 at 986.

HIGHLY CONFIDENTIAL

**13.    SIGNATURE**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,


_____                    ___March 26, 2024___

Joanne Johnson                                              Date



200 West Madison, 10th Floor
Chicago, Illinois 60606
(312) 327-4400 Ph
(312) 327-4401 Fx
www.oceantomo.com

HIGHLY CONFIDENTIAL

# JOANNE JOHNSON



MANAGING DIRECTOR *and* TESTIFYING EXPERT



### KEY EXPERTISE

- Intellectual Property Damages Analysis
- Expert Testimony in Federal Court
- 15 Years IP Experience

---

### EDUCATION

B.S. Accountancy
University of Illinois
College of Business

B.S. Finance
University of Illinois
College of Business

---

### CREDENTIALS

Certified Public Accountant (CPA)
in the State of Illinois
License No. 239.023218

Certified Licensing
Professional (CLP)
Certification Number 3176

---

### CONTACT

Joanne Johnson
+1 312 327 8161
joanne.johnson@jsheld.com

Ocean Tomo, LLC
200 West Madison Street
Suite 1020
Chicago, IL 60606

## PROFESSIONAL SUMMARY

Joanne Johnson is a Managing Director and Testifying Expert of Ocean Tomo, LLC, a part of J.S. Held. Ocean Tomo provides Financial Expert, Management Consulting, and Advisory services related to intellectual property (IP) and other intangible assets; corporate accounting investigations; regulatory and reporting obligations; solvency and restructuring; and contractual or competition disputes. Practice offerings address economic damage calculations and testimony; accounting investigations and financial forensics; technology and intangible asset valuation; strategy and risk management consulting; mergers and acquisitions; debt and equity private placement; and IP brokerage. With more than 100 offices globally, J.S. Held assists clients – corporations, insurers, law firms, governments, and institutional investors – on complex technical, scientific, and financial matters across all assets and value at risk.

Ms. Johnson has fifteen years of professional experience in quantifying economic damages arising from intellectual property disputes and providing general litigation support. Ms. Johnson has provided expert testimony and consulted on various engagements involving the determination of economic damages for patent, trademark, and trade dress infringement as well as trade secret misappropriation and breach of contract matters. While specific issues vary by engagement, her work has included evaluation and analysis of financial and business data for the quantification of lost profits, reasonable royalties, price erosion, unjust enrichment, and corrective advertising. Additionally, Ms. Johnson has assessed the commercial success of patented products and the economic criteria necessary for preliminary and permanent injunctions. She has supported counsel in all phases of the litigation process from discovery to trial, and her experience spans several industries including industrial products, business services, outdoor consumer goods, automotive aftermarket services and parts, media and advertising, smartphones, cybersecurity, recreational boating, travel services, pharmaceuticals, consumer products, internet/ecommerce, consumer electronics, entertainment, personal care products and packaging, clothing, software, lighting products, automotive products, medical devices, semiconductors, and carpeting products, among others.

Outside of the litigation context, Ms. Johnson has also assisted clients engaged in licensing negotiations. In this role, she has recommended licensing structures and royalty rates, prepared valuations, and researched comparable licenses.

Ms. Johnson holds dual Bachelor of Science degrees in Accountancy and Finance from the College of Business at the University of Illinois, Urbana-Champaign, both earned with High Honors. She is a registered Certified Public Accountant (CPA) in the State of Illinois and a Certified Licensing Professional.

## PUBLICATIONS & PRESENTATIONS

- "SG's Office is Case Study to Help Close Legal Gender Gap." *IP Law360,* February 13, 2024. Co-authored with Sarah Zhu and Sherry Zhang.

- "Calculating Patent Damages: Key Developments and Notable Cases Explored," *The Knowledge Group,* April 13, 2023.

- "Case Law on the Role of Non-Infringing Alternatives Under a Reasonable Royalty Analysis versus a Lost Profits Analysis," *Ocean Tomo Insights,* March 20, 2023. Co-authored with Sherry Zhang and Sarah Zhu.

- "Evaluating Royalty Analysis Admissibility in Patent Cases," *IP Law360,* February 14, 2023. Co-authored with Sherry Zhang and Sarah Zhu.

- "Valuing Trade Secrets Under the Defend Trade Secrets Act," *2017 AIPLA Trade Secret Law Summit,* March 2-3, 2017. Co-authored with Michael K. Milani.

- "*Personal Audio, LLC. v. Apple, Inc.* - Lump Sum Damages Award Applies to Accused Products Not Tried by the Jury," *Licensing Executives Society*, 2011. Co-authored with Michael K. Milani.

# JOANNE JOHNSON



**MANAGING DIRECTOR** *and* **TESTIFYING EXPERT**

## EXPERIENCE

Managing Director, Financial Expert Practice, Ocean Tomo, LLC (July 2023 – Present)
Senior Director, Financial Expert Practice, Ocean Tomo, LLC (January 2022 – June 2023)
Director, Expert Testimony Practice, Ocean Tomo, LLC (January 2015 – December 2021)
Associate, Expert Testimony Practice, Ocean Tomo, LLC (January 2011 – December 2014)
Analyst, Expert Testimony Practice, Ocean Tomo, LLC (July 2008 – December 2010)

## EXPERT TESTIMONY *and* CONSULTING

***Yellowfin Yachts, Inc. v. Barker Boatworks, LLC and Kevin Barker***
Case No. 8:15-cv-00990-SDM-TGW; Filed 04/25/2015
United States District Court, Middle District of Florida
On Behalf of Defendants
Expert Report, Deposition Testimony
Primary Actions: Trade Dress Infringement, Trade Secret Misappropriation

***V-Cole Enterprises, Inc., d/b/a Super Holiday Tours, v. UR Tours & Events, Inc., Livy I. Roche, and Jeffrey J. Lepera***
Case No. 2015-ca-4730-o; Filed 05/21/2015
Circuit Court of the Ninth Judicial Circuit, Orange County, Florida
On Behalf of Plaintiff
Expert Report
Primary Actions: Trade Secret Misappropriation, Breach of Fiduciary Duty

***Ocean Tomo, LLC v. Jonathan Barney and PatentRatings, LLC***
Case No. 12-cv-08450; Filed 07/10/2015
United States District Court, Northern District of Illinois
On Behalf of Plaintiff
Expert Report, Trial Testimony
Primary Action: Royalty Audit

***Repeat Precision, LLC v. DynaEnergetics Europe GmbH & DynaEnergetics US, Inc.***
Case No. 6:21-CV-00104-ADA; Filed 01/20/2020
United States District Court, Western District of Texas, Waco Division
On Behalf of Defendants
Expert Report, Deposition Testimony, Trial Testimony
Primary Actions: Patent Infringement, Permanent Injunction

***LKQ Corporation and Keystone Automotive Industries, Inc., v. General Motors Company, et al.***
Case No. 1:20-cv-2753; Filed 05/06/2020
United States District Court, Northern District of Illinois
On Behalf of DJ Plaintiff
Consulting
Primary Action: Design Patent Infringement

***LKQ Corporation and Keystone Automotive Industries, Inc., v. General Motors Company, et al.***
Case No. 1:21-cv-05854; Filed 11/02/2021
United States District Court, Northern District of Illinois
On Behalf of DJ Plaintiff
Consulting
Primary Action: Design Patent Infringement

***Shibumi Shade, Inc., v. NB Shades, LLC***
Case No. 3:22-cv-00351-BJD-LLL; Filed 03/25/2022
United States District Court, Middle District of Florida, Jacksonville Division
On Behalf of Plaintiff
Consulting
Primary Action: Trade Dress Infringement

# JOANNE JOHNSON



**MANAGING DIRECTOR *and* TESTIFYING EXPERT**

*ATLeisure, LLC v. Lowe's Home Centers, LLC*
Case No. 6:22-cv-686-WWB-GJK; Filed 04/08/2022
United States District Court, Middle District of Florida, Orlando Division
On Behalf of Plaintiff
Consulting
Primary Action: Patent Infringement

*Ball Metal Beverage Container Corp. v. Crown Packaging Technology, Inc.*
Case 3:12-cv-0033-WHR; Filed 02/01/2012
United States District Court, Southern District of Ohio
On Behalf of DJ Plaintiff
Expert Reports
Primary Actions: Patent Infringement, Commercial Success

*Bridgestone Americas Tire Operations, LLC v. Speedways Rubber Co Limited, et al.*
Case No. 3:12-cv-0033-WHR; Filed 02/25/2022
United States District Court, Northern District of Texas, Fort Worth Division
On Behalf of Plaintiff
Expert Report
Primary Actions: Patent Infringement

*Cutting Edge Vision, LLC, v. TCL Technology Group Corporation, et al.*
Case No. 6:22-cv-285; Filed 03/16/2022
United States District Court, Western District of Texas, Waco Division
On Behalf of Defendants
Consulting
Primary Action: Patent Infringement

*The Nielsen Company (US), LLC, v. TVision Insights, Inc.*
Case No. 1:22-cv-00057; Filed 01/14/2022
United States District Court, District of Delaware
On Behalf of Defendant
Expert Report, Deposition Testimony
Primary Action: Patent Infringement

*The Nielsen Company (US), LLC, v. TVision Insights, Inc.*
Case No. 1:22-cv-01345; Filed 10/12/2022
United States District Court, District of Delaware
On Behalf of Defendant
Consulting
Primary Action: Patent Infringement

*Webroot, Inc. and Open Text, Inc. v. AO Kaspersky Lab, Trend Micro, Inc., Sophos Ltd., Forcepoint, LLC*
Case No. 1:22-cv-00243 (Lead Case); Filed 03/04/2022
United States District Court, Western District of Texas, Waco Division
On Behalf of Counterclaim-Defendants
Consulting
Primary Action: Patent Infringement

*Repairify, Inc. v. Keystone Automotive Industries, Inc. d/b/a Elitek Vehicle Services*
Case No. 6:21-cv-00819; Filed 08/09/2021
United States District Court, Western District of Texas, Waco Division
On Behalf of Defendants
Consulting
Primary Action: Patent Infringement

# JOANNE JOHNSON



**MANAGING DIRECTOR** *and* **TESTIFYING EXPERT**

A PART OF JS|HELD

---

***Paragon Data Systems, Inc. v. Cintas Corporation and SAP America, Inc., ACSIS Inc., Gary Tice, Wade Williams, Greg Bova, and Ben Schneider***
Case No. cv-22-969925; Filed 10/12/2022
Court of Common Pleas, Cuyahoga County, Ohio
On Behalf of Defendants
Expert Reports
Primary Action: Breach of Contract, Trade Secret Misappropriation


## ENGAGEMENTS ASSISTING OTHER OCEAN TOMO EXPERTS

***Zenith Electronics LLC v. Vizio, Inc., Westinghouse Digital Electronics LLC, et al.***
Case No. 5:06-cv-246-DF; Filed 10/30/2006
United States District Court, Eastern District of Texas, Texarkana Division
On Behalf of Plaintiff
Primary Action: Patent Infringement

***Crane Co., and Dixie-Narco, Inc. v. SandenVendo America, Inc. and Royal Vendors, Inc.***
Case No. 2:07-cv-00042-CE; Filed 02/06/2007
United States District Court, Eastern District of Texas, Marshall Division On Behalf of Defendants
Primary Action: Patent Infringement

***The Spoilage Cutter Company Incorporated d/b/a Martor USA v. World Kitchen, LLC***
Case No. 08-cv-01263; Filed 03/03/2008
United States District Court, Northern District of Illinois
On Behalf of Defendant
Primary Actions: Patent Infringement, Breach of Contract

***In Re Gabapentin Patent Litigation***
MDL Docket No. 1384 (FSH)
Master Case No. 2:00-cv-02931-FSH; Filed 06/15/2000
United States District Court, District of New Jersey
On Behalf of Defendants Teva Pharmaceutical Industries Ltd., IVAX Corporation and related parties
Primary Action: Patent Infringement

***Lighting Ballast Control LLC. v. Universal Lighting Technologies, Inc.***
Case No. 7:09-cv-00029-O; Filed 02/24/2009
United States District Court, Northern District of Texas, Wichita Falls Division
On Behalf of Defendant
Primary Action: Patent Infringement

***Inter-Ego Systems, Inc. d/b/a Pinnacle Speakers v. DBL Distributing LLC***
AAA Case Number: 50 133T00316 06
American Arbitration Association
On Behalf of Plaintiff
Primary Actions: Breach of Contract, Copyright Infringement, Trade Dress

***Pacific Bioscience Laboratories, Inc. v. Nutra Luxe MD, LLC, Nutra Botanical MD, Inc.***
Case No. 2:10-cv-00230-JLR; Filed 02/08/2010
United States District Court, Western District of Washington, Seattle
On Behalf of Defendants
Primary Actions: Patent Infringement, False Advertising, Trade Dress Infringement

***Kruse Technology Partnership v. Daimler AG, Mercedes-Benz USA, LLC, Volkswagen AG, Volkswagen Group of America, Inc., d/b/a Audi of America, Inc., et al.***
Case No. 8:10-cv-01066-JVS –RNB; Filed 07/04/2010
United States District Court, Central District of California
On Behalf of Plaintiff
Primary Actions: Patent Infringement

# JOANNE JOHNSON



**MANAGING DIRECTOR** *and* **TESTIFYING EXPERT**

*Medgraph, Inc. v. Medtronic, Inc.*
Case No. 6:09-cv-06610-DGL-MWP; Filed 12/02/2009
United States District Court, Western District of New York, Rochester Division
On Behalf of Defendant
Primary Action: Patent Infringement

*Fortune Dynamic, Inc. v. Victoria's Secret Stores Brand Management, Inc.*
Case No. 2:07-cv-02962-R-JTL; Filed 05/04/2007
United States District Court, Central District of California
On Behalf of Defendant
Primary Action: Trademark Infringement

*iHance, Inc. v. Eloqua Limited and Eloqua Corporation*
Case No. 2:11-cv-257-MSD-TEM; Filed 05/09/2011
United States District Court, Eastern District of Virginia, Norfolk Division
On Behalf of Defendants
Primary Action: Patent Infringement

*Knowles Electronics, LLC v. Analog Devices, Inc.*
Case No. 1:11-cv-06804; Filed 09/27/2011
United States District Court, Northern District of Illinois, Eastern Division On Behalf of Plaintiff
Primary Action: Patent Infringement

*Rosetta Stone Ltd. v. Google Inc.*
Case No. 1:09-cv-00736-GBL-TCB; Filed 07/10/2009
United States District Court, Eastern District of Virginia, Alexandria Division
On Behalf of Plaintiff
Primary Action: Trademark Infringement, Corrective Advertising

*Smartphone Technologies LLC., v. LG Electronics, Inc., LG Electronics USA, Inc. et al.*
Case No. 6:10-cv-00074-LED-JDL; Filed 03/03/2010
United States District Court, Eastern District of Texas, Tyler Division
On Behalf of Defendants
Primary Action: Patent Infringement

*Bath & Body Works Brand Management, Inc. v. Summit Entertainment, LLC*
Case No. 1:11-cv-01594-GBD; Filed 03/08/2011
United States District Court, Southern District of New York
On Behalf of Plaintiff
Primary Action: Trademark Infringement

*Altana Pharma AG and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries Ltd., et. al.*
Case No. 2:04-cv-02355-JLL-CCC; Filed 05/20/2004
United States District Court, District of New Jersey
On Behalf of Defendants
Primary Action: Patent Infringement

*Interface, Inc.; Interface Americas, Inc.; InterfaceFLOR LLC; and FLOR, Inc. v. Tandus Flooring, Inc. and Tandus Flooring US, LLC.*
Case No. 4:13-cv-00046-WSD; Filed 02/26/2013
United States District Court, Northern District of Georgia, Rome Division
On Behalf of Defendants
Primary Action: Patent Infringement, Preliminary Injunction

*Stonefire Grill, Inc., v. FGF Brands, Inc., a Canadian corporation d/b/a Stonefire Authentic Flatbreads*
Case No. 2:11-cv-08292-JGB-PJW; Filed 10/06/2011
United States District Court, Central District of California, Western Division
On Behalf of Defendant
Primary Action: Trademark Infringement

# JOANNE JOHNSON



MANAGING DIRECTOR *and* TESTIFYING EXPERT

---

***Motorola Mobility, Inc. v. Apple, Inc. Apple, Inc. v. Motorola Mobility, Inc.***
Case Nos. 10-cv-23580-RNS-TEB; 12-cv-20271-RNS-TEB
Filed 10/06/2010; 01/24/2012
United States District Court, Southern District of Florida
On Behalf of Apple, Inc.
Primary Action: Patent Infringement

***ROY-G-BIV Corporation v. ABB Ltd., ABB Inc., MeadWestvaco Texas, LP, and MeadWestvaco Corp.***
Case No. 6:11-cv-00622-LED; Filed 11/15/2011
United States District Court, Eastern District of Texas, Tyler Division
On Behalf of Defendants
Primary Action: Patent Infringement

***Robertson Transformer Co. d/b/a Robertson Worldwide v. General Electric Company, GE Lighting LLC, H.B. Etlin Company, Ltd. a/k/a Etlin-Daniels, ARN Industries, Inc. d/b/a Halco Lighting Technologies, Hatch Transformers, Inc., Howard Industries Inc., and Keystone Technologies, LLC, and Super X Manufacturing Ltd. (Intervenor).***
Case No. 1:12-cv-080904; Filed 10/10/2012
United States District Court, Northern District of Illinois, Eastern Division
On Behalf of Plaintiff
Primary Action: Patent Infringement

***Power Survey, LLC v. Premier Utility Services, LLC, and L-3 Communications Holdings, Inc. d/b/a/ Narda Safety Test Solutions***
Case No. 2:13-cv-05670-FSH-MAH; Filed 09/23/2013
United States District Court, District of New Jersey On Behalf of Plaintiff
Primary Action: Patent Infringement, Preliminary Injunction

***L-3 Communications Holdings, Inc. and Premier Utility Services, LLC v. Patents of Power Survey, LLC***
U.S. Patent and Trademark Office, Patent Trial and Appeal Board
Case Nos. IPR2014-00274, IPR2014-0085, and IPR00864; Filed 05/30/2014
On Behalf of Patent Owner
Primary Action: Inter Partes Reexamination, Commercial Success

***Koninklijke Philips N.V., v. Hunt Control Systems, Inc., d/b/a Caribe Corporation***
Case No. 2:11-cv-03684-DMC-JBC; Filed 06/27/2011
United States District Court, District of New Jersey
On Behalf of Defendant
Primary Action: Trademark Infringement

***Garmin International, Inc. v. PhatRat Technology, LLC***
JAMS Arbitration Case No. 1240021597; Filed 01/08/2014
Place of Arbitration: San Diego, California
On Behalf of Defendant
Primary Action: Breach of Contract (Licensing Dispute)

***Quest Integrity USA, LLC v. A. Hak Industrial Services US, LLC***
Case No. 2:14-cv-01971-RAJ; Filed 12/15/2014
United States District Court, Western District of Washington at Seattle
On Behalf of Plaintiff
Primary Action: Preliminary Injunction

***Quest Integrity USA, LLC v. Cokebusters USA Inc.***
Case No. 1:14-cv-01483-SLR; Filed 12/15/2014
United States District Court, District of Delaware
On Behalf of Plaintiff
Primary Action: Preliminary Injunction

***Quest Integrity USA, LLC v. Clean Harbors Industrial Services, Inc.***
Case No. 1:14-cv-01482-SLR; Filed 12/15/2014
United States District Court, District of Delaware
On Behalf of Plaintiff
Primary Action: Preliminary Injunction

# JOANNE JOHNSON



**MANAGING DIRECTOR *and* TESTIFYING EXPERT**

*Viva Healthcare Packaging LTD., Viva Healthcare Packaging (HK) LTD., and Viva Healthcare Packaging (USA) Inc. v. CTL Packaging USA, Inc. and Tuboplast Hispania*
Case No. 3:13-cv-00569-MOC-DSC; Filed 05/10/2013
United States District Court, Western District of North Carolina
On Behalf of Defendants
Primary Action: Patent Infringement

*Gilead Sciences, Inc. v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and ISIS Pharmaceuticals, Inc.*
Case No. 5:13-cv-04057-BLF; Filed 08/30/2013
United States District Court, Northern District of California, San Jose Division.
On Behalf of Defendants
Primary Action: Patent Infringement

*Idenix Pharmaceuticals, Inc., Universita Degli Studi Di Cagliari, Centre National De La Recherche Scientifique, and L' Université Montpellier II v. Gilead Sciences, Inc. and Gilead Pharmasset LLC*
Case No. 13-cv-01987-LPS; Filed 12/01/2013
United States District Court, District of Delaware
On Behalf of Plaintiff
Primary Action: Patent Infringement

*Idenix Pharmaceuticals, Inc., and Universita Degli Studi Di Cagliari v. Gilead Sciences, Inc.*
Case No.14-cv-00846-LPS; Filed 12/01/2013
United States District Court, District of Massachusetts On Behalf of Plaintiff
Primary Action: Patent Infringement

*Realtime Data LLC d/b/a IXO, v Riverbed Technology, Inc. and Dell, Inc.*
Case No. 6:15-CV-463-RWS-JDL; Filed 05/08/2015
United States District Court, Eastern District of Texas On Behalf of Defendant Riverbed
Primary Action: Patent Infringement

*Siemens Industry, Inc., v. Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation) and Wabtec Railway Electronics, Inc.*
Case No. 1:16-cv-00284-LPS; Filed 04/21/2016
United States District Court, District of Delaware
On Behalf of Plaintiff
Primary Action: Patent Infringement

*PPS Data, LLC v. Jack Henry & Associates, Inc.*
Case No. 2:18-cv-00007; Filed 01/10/2018
United States District Court, Eastern District of Texas
On Behalf of Defendant
Primary Action: Patent Infringement

*Westinghouse Air Brake Technologies Corporation (d/b/a WABTEC Corporation) v. Siemens Mobility, Inc.*
Case No. 1:17-cv-01687; Filed 09/08/2017
United States District Court, District of Delaware
On Behalf of Defendant
Primary Action: Patent Infringement

*Match Group, LLC v. Bumble Trading Inc. et al.*
Civil Action 6:18-cv-00080; Filed 03/16/2018
United States District Court, Western District of Texas Waco Division
On Behalf of Plaintiff
Primary Action: Patent Infringement

*Razor USA LLC and Shane Chen v. DGL Group, LTD.,*
Civil Action 2:19-cv-12939; Filed 05/24/2019
United States District Court, District of Delaware
On Behalf of Defendant
Primary Action: Patent Infringement

# JOANNE JOHNSON



**MANAGING DIRECTOR *and* TESTIFYING EXPERT**

*First Quality Tissue, LLC v. Irving Consumer Products Limited and Irving Consumer Products, Inc.*
Civil Action 1:19-cv-00428; Filed 03/01/2019
United States District Court, District of Delaware
On Behalf of Defendants
Primary Action: Patent Infringement

*Loma Linda University v. Smarter Alloys, Inc.*
Civil Action 1:19-cv-00607; Filed 05/10/2019
United States District Court, Western District of New York
On Behalf of Plaintiff
Primary Action: Breach of Contract

*DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. v. Hunting Titan, Inc.*
Civil Action 4:20-cv-02123; Filed 6/17/2020
United States District Court, Southern District of Texas
On Behalf of Plaintiffs
Primary Action: Patent Infringement

*Hy-Ko Products Company LLC v. The Hillman Group, Inc.*
Civil Action 2:21-cv-00197-JRG; Filed 6/01/2021
United States District Court, Eastern District of Texas Marshall Division
On Behalf of Plaintiff
Primary Actions: Patent Infringement and Lanham Act Claims

*Bluebonnet Internet Media Services, LLC, v. Pandora Media LLC*
Civil Action 3:21-cv-08294; Filed 08/12/2020
United States District Court, Northern District of California
On Behalf of Plaintiff
Primary Action: Patent Infringement

J.S. Held, its affiliates and subsidiaries are not certified public accounting firm(s) and do not provide audit, attest, or any other public accounting services. J.S. Held, its affiliates and subsidiaries are not law firms and do not provide legal advice. Securities offered through our affiliate, Ocean Tomo Investment Group, LLC, member FINRA/SIPC. All rights reserved.

*Loma Linda University v. Smarter Alloys Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

Bates Documents

| Beginning Bates | Ending Bates | Beginning Bates | Ending Bates | Beginning Bates | Ending Bates | Beginning Bates | Ending Bates |
|---|---|---|---|---|---|---|---|
| LLU0000028 | LLU0000028 | LLU0005468 | LLU0005470 | SA_006279 | SA_006279 | SA_014140 | SA_014168 |
| LLU0000063 | LLU0000066 | LLU0005475 | LLU0005476 | SA_006415 | SA_006415 | SA_014169 | SA_014197 |
| LLU0000091 | LLU0000092 | LLU0006726 | LLU0006729 | SA_006415 | SA_006415 | SA_014206 | SA_014234 |
| LLU0000093 | LLU0000095 | LLU0006739 | LLU0006741 | SA_006415 | SA_006415 | SA_014240 | SA_014268 |
| LLU0000096 | LLU0000097 | LLU0007051 | LLU0007051 | SA_006760 | SA_006760 | SA_014272 | SA_014300 |
| LLU0000124 | LLU0000125 | LLU0007350 | LLU0007351 | SA_006940 | SA_006940 | SA_014365 | SA_014393 |
| LLU0000155 | LLU0000158 | LLU0007404 | LLU0007410 | SA_007116 | SA_007120 | SA_014506 | SA_014510 |
| LLU0000165 | LLU0000167 | LLU0007418 | LLU0007424 | SA_007153 | SA_007153 | SA_014711 | SA_014711 |
| LLU0000213 | LLU0000214 | LLU0007510 | LLU0007512 | SA_007882 | SA_007882 | SA_014712 | SA_014744 |
| LLU0000221 | LLU0000221 | LLU0007513 | LLU0007516 | SA_008760 | SA_008775 | SA_014811 | SA_014843 |
| LLU0000240 | LLU0000240 | LLU0007572 | LLU0007573 | SA_009522 | SA_009524 | SA_014889 | SA_014921 |
| LLU0000270 | LLU0000271 | LLU0007747 | LLU0007751 | SA_009522 | SA_009524 | SA_015026 | SA_015222 |
| LLU0000297 | LLU0000297 | LLU0007808 | LLU0007810 | SA_009977 | SA_009977 | SA_015248 | SA_015280 |
| LLU0000298 | LLU0000304 | LLU0007830 | LLU0007830 | SA_010465 | SA_010465 | SA_015291 | SA_015323 |
| LLU0000856 | LLU0000946 | LLU0008788 | LLU0008789 | SA_010587 | SA_010587 | SA_015514 | SA_015546 |
| LLU0000953 | LLU0000967 | LLU0008818 | LLU0008819 | SA_010892 | SA_010893 | SA_015563 | SA_015595 |
| LLU0000984 | LLU0000993 | LLU0008858 | LLU0008858 | SA_011024 | SA_011027 | SA_015597 | SA_015629 |
| LLU0001056 | LLU0001060 | LLU0009257 | LLU0009258 | SA_011146 | SA_011146 | SA_015696 | SA_015728 |
| LLU0001219 | LLU0001223 | LLU0009271 | LLU0009271 | SA_011767 | SA_011779 | SA_017452 | SA_017453 |
| LLU0001230 | LLU0001236 | LLU0009698 | LLU0009701 | SA_012026 | SA_012028 | SA_017668 | SA_017673 |
| LLU0001426 | LLU0001430 | LLU0009927 | LLU0009927 | SA_012032 | SA_012032 | SA_018002 | SA_018005 |
| LLU0001431 | LLU0001440 | LLU0009987 | LLU0009987 | SA_012040 | SA_012042 | SA_018007 | SA_018010 |
| LLU0001441 | LLU0001443 | LLU0012195 | LLU0012197 | SA_012069 | SA_012071 | SA_020604 | SA_020726 |
| LLU0001441 | LLU0001443 | LLU0012294 | LLU0012295 | SA_012069 | SA_012071 | SA_020978 | SA_021107 |
| LLU0001450 | LLU0001453 | LLU0012297 | LLU0012299 | SA_012095 | SA_012097 | SA_021111 | SA_021111 |
| LLU0001470 | LLU0001475 | LLU0012431 | LLU0012436 | SA_012127 | SA_012129 | SA_021183 | SA_021183 |
| LLU0001470 | LLU0001475 | LLU0012438 | LLU0012440 | SA_012216 | SA_012237 | SA_021239 | SA_021240 |
| LLU0001491 | LLU0001492 | LLU0012649 | LLU0012650 | SA_012394 | SA_012423 | SA_021244 | SA_021246 |
| LLU0001493 | LLU0001494 | LLU0012855 | LLU0012855 | SA_012424 | SA_012449 | SA_021306 | SA_021438 |
| LLU0001532 | LLU0001532 | LLU0013003 | LLU0013003 | SA_012481 | SA_012506 | SA_021456 | SA_021588 |
| LLU0001561 | LLU0001563 | LLU0013590 | LLU0013595 | SA_012661 | SA_012685 | SA_021637 | SA_021638 |
| LLU0001571 | LLU0001572 | LLU0014088 | LLU0014092 | SA_012787 | SA_012804 | SA_021643 | SA_021776 |
| LLU0001577 | LLU0001579 | LLU0014201 | LLU0014204 | SA_012852 | SA_012881 | SA_021803 | SA_021936 |
| LLU0001723 | LLU0001723 | LLU0014347 | LLU0014348 | SA_012882 | SA_012907 | SA_022206 | SA_022206 |
| LLU0003349 | LLU0003349 | SA_000432 | SA_000434 | SA_012974 | SA_012999 | SA_022448 | SA_022451 |
| LLU0003390 | LLU0003393 | SA_000496 | SA_000505 | SA_013133 | SA_013162 | SA_023094 | SA_023095 |
| LLU0003434 | LLU0003437 | SA_0009525 | SA_0009525 | SA_013164 | SA_013193 | SA_023106 | SA_023107 |
| LLU0004462 | LLU0004463 | SA_005034 | SA_005066 | SA_013164 | SA_013193 | SA_023908 | SA_023911 |
| LLU0004464 | LLU0004464 | SA_005034 | SA_005066 | SA_013242 | SA_013270 | SA_024025 | SA_024028 |
| LLU0004933 | LLU0004934 | SA_005085 | SA_005113 | SA_013338 | SA_013366 | SA_024484 | SA_024491 |
| LLU0004936 | LLU0004937 | SA_005732 | SA_005734 | SA_013946 | SA_013946 | SA_024583 | SA_024585 |
| LLU0004976 | LLU0004976 | SA_005790 | SA_005796 | SA_013947 | SA_013949 | SA_024641 | SA_024641 |
| LLU0005431 | LLU0005433 | SA_005790 | SA_005796 | SA_014048 | SA_014049 | SA_025288 | SA_025291 |
| LLU0005461 | LLU0005464 | SA_005805 | SA_005805 | SA_014049 | SA_014049 | SA_025293 | SA_025296 |

| Beginning Bates | Ending Bates | Beginning Bates | Ending Bates |
|---|---|---|---|
| SA_025320 | SA_025320 | SA_032068 | SA_032264 |
| SA_026208 | SA_026208 | SA_032315 | SA_032315 |
| SA_026878 | SA_026878 | SA_032315 | SA_032315 |
| SA_027406 | SA_027406 | SA_032315 | SA_032315 |
| SA_027406 | SA_027423 | SA_032316 | SA_032413 |
| SA_027733 | SA_027743 | SA_032630 | SA_032658 |
| SA_028326 | SA_028331 | SA_032688 | SA_032720 |
| SA_028959 | SA_028961 | SA_033650 | SA_033654 |
| SA_029446 | SA_029450 | SA_034174 | SA_034174 |
| SA_029446 | SA_029450 | SA_034174 | SA_034174 |
| SA_029452 | SA_029456 | SA_034174 | SA_034174 |
| SA_029584 | SA_029585 | SA_034176 | SA_034176 |
| SA_029586 | SA_029588 | SA_034176 | SA_034176 |
| SA_029589 | SA_029591 | SA_034224 | SA_034224 |
| SA_029592 | SA_029594 | SA_034225 | SA_034225 |
| SA_029950 | SA_029956 | SA_034423 | SA_034423 |
| SA_030024 | SA_030025 | SA_034676 | SA_034677 |
| SA_030181 | SA_030182 | SA_035392 | SA_035393 |
| SA_030184 | SA_030185 | SA_035998 | SA_035998 |
| SA_030228 | SA_030233 | SA_035999 | SA_035999 |
| SA_030234 | SA_030234 | SA_036000 | SA_036000 |
| SA_030234 | SA_030234 | SA_036001 | SA_036001 |
| SA_030234 | SA_030234 | SA_036002 | SA_036002 |
| SA_030237 | SA_030270 | SA_036003 | SA_036003 |
| SA_030340 | SA_030341 | SA_036004 | SA_036004 |
| SA_030343 | SA_030348 | SA_036005 | SA_036005 |
| SA_030363 | SA_030363 | SA_036006 | SA_036006 |
| SA_030797 | SA_030797 | SA_036007 | SA_036007 |
| SA_030798 | SA_030801 | SA_036008 | SA_036044 |
| SA_030921 | SA_030929 | SA_036045 | SA_036045 |
| SA_030941 | SA_030950 | SA_036046 | SA_036046 |
| SA_030990 | SA_031000 | | |
| SA_031090 | SA_031093 | | |
| SA_031090 | SA_031093 | | |
| SA_031090 | SA_031093 | | |
| SA_031139 | SA_031139 | | |
| SA_031140 | SA_031140 | | |
| SA_031174 | SA_031174 | | |
| SA_031224 | SA_031226 | | |
| SA_031573 | SA_031576 | | |
| SA_031577 | SA_031601 | | |
| SA_031874 | SA_031902 | | |
| SA_031904 | SA_031932 | | |
| SA_031934 | SA_031962 | | |

*Loma Linda University v. Smarter Alloys Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

## Legal Filings

Complaint and Demand for Jury Trial, 1:19-cv-00607-LJV-MJR, May 10, 2019.
Amended Answer with Counterclaims and Third Party Complaint, 1:19-cv-00607-LJV, October 1, 2019.
Plaintiff Loma Linda Univerity and Third-Party Defendant Dr. Rodrigo Viecilli's Answer to Defendant Smarter Alloys, Inc.'s
Counterclaims and Third-Party Complaint, 1:19-cv-00607-LJV, September 30, 2020.
Case Management Order, 1:19-cv-00607-LJV-MJR, November 12, 2020.
Smarter Alloys's Answers to Loma Linda University's First Set of Interrogatories, 1:19-cv-00607-LJV, November 16, 2020.
Third-Party Defendant Rodrigo Viecilli's Responses to Defendant/Third-Party Plaintiff Smarter Alloys Inc.'s Third Set of Interrogatories,
Nos. 24 and 25, 1:19-cv-00607-LJV, January 27, 2021.
Plaintiff's Memorandum of Law in Support of its Motion for Leave to File its First Amended Complaint, 1:19-cv-00607-LJV, February 4, 2021.
Smarter Alloys' Supplemental Answers to Loma Linda University's First Set of Interrogatories, 1:19-cv-00607-LJV, February 22, 2021.
Smarter Alloys' Answers to Loma Linda University's Second Set of Interrogatories, 1:19-cv-00607-LJV, February 24, 2021.
Plaintiff's Reply in Further Support of its Motion for Leave to File its First Amended Complaint, 1:19-cv-00607-LJV, March 5, 2021.
Defendant Smarter Alloys Inc.'s Memorandum of Law in Support of its Motion for Summary Judgement, April 19, 2021.
Reply Declaration of Steven P. Nonkes in Further Support of Smarter Alloys Inc.'s Motion for Summary Judgment, June 30, 2021.
Report and Recommendation, March 25, 2022.
Defendant Smarter Alloys Inc.'s Limited Objection to Report and Recommendation, April 29, 2022.
Loma Linda University and Rodrigo Viecilli's Objections to the March 25, 2022 Report and Recommendation, April 29, 2022.
Defendant Smarter Alloys Inc.'s Response to Loma Linda's Objections to the Report and Recommendation, May 20, 2022.
Loma Linda University and Rodrigo Viecilli's Response to Defendant/Counterclaimant Smarter Alloys Inc.'s Objections to the March 25, 2022 Report and
Recommendation, May 20, 2022.
Decision & Order, March 16, 2023.
Letter to J. Muldoon, dated May 31, 2023.
Letter to B. Herman, dated July 10, 2023.
Letter to J. Muldoon, dated July 21, 2023.
Letter to B. Herman, dated March 8, 2024.

## Depositions

Deposition of Michael Samardzija, January 7, 2021.
Deposition of Anthony Zuccarelli, January 14, 2021.
Deposition of Carol Grande, February 19, 2021.
Deposition of Michael Kuntz, February 10, 2021.
Deposition of Michael Kuntz, March 2, 2021.
Deposition of Michael Bain, March 2, 2021.
Deposition of Ibraheem Khan, February 25, 2021.
Deposition of Andrew Pequegnat, February 26, 2021.
Deposition of Rodrigo Viecilli, March 1, 2021.
Deposition of Siu Kei Tang, March 5, 2021.

## Expert Reports

Opening Expert Report of Ruedger Rubbert, March 31, 2021.
Disclosure of Michael Bain Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), April 26, 2021.
Disclosure of Dr. Michael Kuntz Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), April 26, 2021.

*Loma Linda University v. Smarter Alloys Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2


**Publicly Available**

"About Fortune Business Insights," Fortune Business Insights, https://www.fortunebusinessinsights.com/aboutus.

"About," Ormco, https://ormco.com/about/.

"About," Smarter Alloys, https://www.smarteralloys.com/about/.

"Awards," Ormco, https://ormco.com/about/awards/.

"COVID-19 and Its Effect on Dentistry: Predictions, Recommendations," DentistryIQ, https://www.dentistryiq.com/dentistry/article/14189818/covid19-and-its-effect-on-dentistry-predictions-recommendations.

"COVID-19 Shocks The US Health Sector: A Review Of Early Economic Impacts," HealthAffairs.org, December 16, 2020, https://www.healthaffairs.org/do/10.1377/hblog20201214.543463/full/.

"Danaher Announces New Dental Company to Be Named Envista Holdings Corporation," Danaher, June 27, 2019, http://investors.danaher.com/2019-06-27-Danaher-Announces-New-Dental-Company-To-Be-Named-Envista-Holdings-Corporation.

"Dentoalveolar Surgery," Ridgefield, https://www.ridgefieldoralsurgery.com/oral-surgery-procedures/dentoalveolar-surgery/#:~:text=The%20term%20dentoalveolar%20refers%20to,to%20much%20more%20complex%20procedures.

"Faculty Directory," Loma Linda University, http://www.llu.edu/pages/faculty/directory/faculty.html?eid=1a6936a.

"Global Archwire Market Growth 2020-2025," Markets and Research.Biz, November 2020, https://www.marketsandresearch.biz/report/61716/global-archwire-market-growth-2020-2025.

"Home," Loma Linda University, https://home.llu.edu/.

"Insights on the Orthodontics Global Market to 2030 - Analysis and Forecast - ResearchAndMarkets.com," Business Wire, November 25, 2020, https://www.businesswire.com/news/home/20201125005735/en/Insights-on-the-Orthodontics-Global-Market-to-2030---Analysis-and-Forecast---ResearchAndMarkets.com.

"Oral and Dentoalveolar Trauma: Pathophysiology, Diagnosis, and Emergent Care," Pocket Dentistry, https://pocketdentistry.com/oral-and-dentoalveolar-trauma-pathophysiology-diagnosis-and-emergent-care/.

"Ormco Competitors," Craft, https://craft.co/ormco/competitors.

"Ormco Corporation Private Company Profile," S&P Capital IQ, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=4944421&fromSearchProfiles=true.

"Orthodontic Supplies Market Size 2021 Industry Share, Demand, Top Players, Industry Size, Future Growth by 2026," MarketWatch News Department, https://www.marketwatch.com/press-release/orthodontic-supplies-market-size-2021-industry-share-demand-top-players-industry-size-future-growth-by-2026-2021-03-01.

"Orthodontics Market Size, Share, Growth Research Report," Fortune Business Insights, https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

"School of Dentistry," Loma Linda University, https://dentistry.llu.edu/.

"SmartArch," Ormco, https://ormco.com/products/smartarch/, accessed March 2021.

"SmartArch," Ormco, https://ormco.com/products/smartarch/, accessed March 2024.

"Smarter Alloys Private Company Profile," S&P Capital IQ, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=182659475;

"Malocclusion of Teeth," U.S. National Library of Medicine, https://medlineplus.gov/ency/article/001058.htm.

"Danaher Announces New Dental Company to Be Named Envista Holdings Corporation," Danaher, June 27, 2019, http://investors.danaher.com/2019-06-27-Danaher-Announces-New-Dental-Company-To-Be-Named-Envista-Holdings-Corporation.

Richard Razgaitis, Valuation and Dealmaking of Technology-Based Intellectual Property: Principles, Methods, and Tools, (Hoboken, NJ: John Wiley & Sons, 2009).

"Oral and Dentoalveolar Trauma: Pathophysiology, Diagnosis, and Emergent Care," Pocket Dentistry, https://pocketdentistry.com/oral-and-dentoalveolar-trauma-pathophysiology-diagnosis-and-emergent-care/.

"Dentoalveolar Surgery," Ridgefield, https://www.ridgefieldoralsurgery.com/oral-surgery-procedures/dentoalveolar-surgery/#:~:text=The%20term%20dentoalveolar%20refers%20to,to%20much%20more%20complex%20procedures.

"What Doctors are Saying About SmartArch," Ormco, https://ormco.com/products/smartarch/doctors/#success-stories, accessed March 2021.

"What Doctors are Saying About SmartArch," Ormco, https://ormco.com/products/smartarch/doctors/#success-stories, accessed March 2024.

*Loma Linda University v. Smarter Alloys Inc.*
**SUMMARY OF DAMAGES**
Exhibit 3.0

| | FY 2016 - 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | *Dec - Feb* FY 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| [1] Gross Margin of 36.3% | $ 51 | $ - | $ 7,894 | $ 3,450 | $ 6,621 | $ 4,646 | $ 1,591 | $ 188 | $ 24,442 |
| [2] Gross Margin of 90.3% | $ 128 | $ - | $ 19,615 | $ 8,573 | $ 16,453 | $ 11,543 | $ 3,953 | $ 468 | $ 60,732 |

Notes:
[1] Exhibit 4.1.
[2] Exhibit 4.2.

CONFIDENTIAL, RESTRICTED -- ATTORNEYS' EYES ONLY

*Loma Linda University v. Smarter Alloys Inc.*
**LLU LOST ROYALTY REVENUE FROM SA, ASSUMING GROSS MARGIN OF 36.3%,  FY 2016 - FEBRUARY 2024**
Exhibit 4.1

| | FY 2016 - 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | *Dec - Feb* FY 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| [1] Revenue | $    3,530 | $    - | $    543,012 | $    237,318 | $    455,453 | $    319,545 | $    109,430 | $    12,950 | $    1,681,238 |
| [2] Gross Margin | 36.3% | 36.3% | 36.3% | 36.3% | 36.3% | 36.3% | 36.3% | 36.3% | 36.3% |
| Gross Profit | $    1,283 | $    - | $    197,360 | $    86,254 | $    165,536 | $    116,140 | $    39,773 | $    4,707 | $    611,052 |
| Royalty Rate | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| Total Damages | $    51 | $    - | $    7,894 | $    3,450 | $    6,621 | $    4,646 | $    1,591 | $    188 | $    24,442 |

Notes:
[1] Exhibit 5.1, Exhibit 5.3.
[2] Exhibit 6.1.

CONFIDENTIAL, RESTRICTED -- ATTORNEYS' EYES ONLY

*Loma Linda University v. Smarter Alloys Inc.*

**LLU LOST ROYALTY REVENUE FROM SA, ASSUMING GROSS MARGIN OF 90.3%, FY 2016 - FEBRUARY 2024**

Exhibit 4.2

|  | FY 2016 - 2017 | | FY 2018 | | FY 2019 | | FY 2020 | | FY 2021 | | FY 2022 | | FY 2023 | | *Dec - Feb*<br>FY 2024 | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] Revenue | $ | 3,530 | $ | - | $ | 543,012 | $ | 237,318 | $ | 455,453 | $ | 319,545 | $ | 109,430 | $ | 12,950 | $ | 1,681,238 |
| [2] Gross Margin | | 90.3% | | 90.3% | | 90.3% | | 90.3% | | 90.3% | | 90.3% | | 90.3% | | 90.3% | | 90.3% |
| Gross Profit | $ | 3,188 | $ | - | $ | 490,387 | $ | 214,319 | $ | 411,314 | $ | 288,577 | $ | 98,825 | $ | 11,695 | $ | 1,518,305 |
| Royalty Rate | | 4% | | 4% | | 4% | | 4% | | 4% | | 4% | | 4% | | 4% | | 4% |
| Total Damages | $ | 128 | $ | - | $ | 19,615 | $ | 8,573 | $ | 16,453 | $ | 11,543 | $ | 3,953 | $ | 468 | $ | 60,732 |

Notes:

[1] Exhibit 5.1, Exhibit 5.3.

[4] Exhibit 6.2

CONFIDENTIAL, RESTRICTED -- ATTORNEYS' EYES ONLY

*Loma Linda University v. Smarter Alloys Inc.*

**SUMMARY OF SMARTER ALLOYS SMARTARCH SALES FROM INTERROGATORY RESPONSE [1]**

Exhibit 5.1

| *SA SmartArch Production* | 2016 - 2017 Quantity | Revenue (USD) | *Ormco SmartArch Consignment Production* | March 2019 - 2020 Quantity | Revenue (USD) |
|---|---|---|---|---|---|
| Ormco (Samples) | 1,500 | - | Ormco | 210,900 | $  780,330 |
| Patterson Dental | 100 | $  1,650 | Sonia Palleck (Samples) | 1,305 | - |
| Dentsply Sirona (Samples) | 32 | - | | | |
| Sales Demo (Samples) | 354 | - | **Total** | **212,205** | **$  780,330** |
| Direct Sales | 162 | 1,880 | | | |
| Direct Samples | 2,261 | - | **Total Excl. Samples** | **210,900** | **$  780,330** |
| Rodrigo Viecilli (Donation) | 720 | - | | | |
| **Total** | **5,129** | **$  3,530** | **Average Sales Price** | | **$  3.70** |
| **Total Excluding Samples/Donations** | **262** | **$  3,530** | | | |
| **Average Sales Price** | | **$  13.47** | | | |

Notes:

[1] Smarter Alloys' Supplemental Answers to Loma Linda University's First Set of Interrogatories, February 22, 2021, pp. 16-19.

*Loma Linda University v. Smarter Alloys Inc.*
**ESTIMATION OF FISCAL YEAR UNIT SALES, FY 2019 - 2020**
Exhibit 5.2

|  | FY 2019 [1] | FY 2020 [2] | Total [1] |
|---|---|---|---|
| Units Sold | 146,760 | 64,140 | 210,900 |
| [2] Price per Unit (USD) | $ 3.70 | $ 3.70 | $ 3.70 |
| Total Revenue | $ 543,012 | $ 237,318 | $ 780,330 |

Notes:

[1] Exhibit 6.1.

[2] Exhibit 5.1.  I note that the March - November 2019 Sales are calculated by subtracting 64,140 from the total units sold from March 2019 - 2020.

*Loma Linda University v. Smarter Alloys Inc.*
**ESTIMATION OF FISCAL YEAR UNIT SALES, FY 2019 - FEBRUARY 2024**
Exhibit 5.3

| | FY 2019 [1] | FY 2020 [1] | FY 2021 [2] | FY 2022 [2] | FY 2023 [2] | *Dec - Feb* FY 2024 [2] | Total |
|---|---|---|---|---|---|---|---|
| Units Sold | 146,760 | 64,140 | 123,095 | 86,364 | 29,576 | 3,500 | 453,435 |
| [3] Estimated Price per Unit (USD) | $ 3.70 | $ 3.70 | $ 3.70 | $ 3.70 | $ 3.70 | $ 3.70 | $ 3.70 |
| [4] Total Revenue | $ 543,012 | $ 237,318 | $ 455,453 | $ 319,545 | $ 109,430 | $ 12,950 | 1,677,708 |

Notes:
[1] Exhibit 5.2.
[2] I note that for FY 2021 - FY 2024, Units Sold was estimated as (Total Revenue / Sales ($) Per Unit (USD)).
[3] Exhibit 6.1.

*Loma Linda University v. Smarter Alloys Inc.*
**MONTHLY SMARTARCH ARCHWIRE REVENUE, FY 2021 - FEBRUARY 2024 [1]**
Exhibit 5.4

| | FY 2021 | | | | | | | | | | | FY 2021 |
| | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SmartArch Archwire Revenue | $ 26,445 | $ 25,141 | $ 38,715 | $ 26,087 | $ 26,859 | $ 26,775 | $ 52,664 | $ 51,566 | $ 51,581 | $ 38,281 | $ 53,173 | $ 38,166 | $ 455,453 |

| | FY 2022 | | | | | | | | | | | FY 2022 |
| | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SmartArch Archwire Revenue | $ 38,699 | $ 25,867 | $ 38,638 | $ 25,174 | $ 38,805 | $ 13,310 | $ 25,756 | $ 25,993 | $ 25,534 | $ 12,282 | $ 24,668 | $ 24,819 | $ 319,545 |

| | FY 2023 | | | | | | | | | | | FY 2023 |
| | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SmartArch Archwire Revenue | $ 24,824 | $ 9,700 | $ 24,741 | $ 12,440 | $ 12,399 | $ 12,376 | $ - | $ 12,950 | $ - | $ - | $ - | $ - | $ 109,430 |

| | FY 2024 | | | | | | | | | | | FY 2024 |
| | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SmartArch Archwire Revenue | $ - | $ - | $ 12,950 | *n/a* | *n/a* | *n/a* | *n/a* | *n/a* | *n/a* | *n/a* | *n/a* | *n/a* | $ 12,950 |

Notes:
[1] SA_036046.

*Loma Linda University v. Smarter Alloys Inc.*

**ARCHWIRES PROFIT MARGIN FOR FISCAL 2020 - LITIGATION PRODUCED DOCUMENT [1] [2]**

Exhibit 6.1

|  | Units |
|---|---|
| [1] Archwires Produced | 64,140 |

|  | $ Per Unit |
|---|---|
| [1] Sales | |
| CAD | $ 4.98 |
| USD | $ 3.70 |
| | |
| [1] Cost of Goods Sold (CAD $) | |
| Labor | $ 1.13 |
| Consumables | 0.48 |
| Certification Costs | 0.47 |
| Lab Rent | 0.38 |
| Depn | 0.71 |
| | |
| Total Cost of Goods Sold | $ 3.17 |
| | |
| Gross Margin | |
| CAD | $ 1.81 |
| USD | $ 1.34 |
| | |
| Gross Margin % of Sales | 36.3% |
| | |
| [2] Other Expenses (CAD $) | |
| Overhead | 4.73 |
| | |
| Net Margin | |
| CAD | $ (2.92) |
| USD | $ (2.17) |

Notes:

[1] SA_035999.

[2] SA_036000.

*Loma Linda University v. Smarter Alloys Inc.*
**ARCHWIRES GROSS PROFIT MARGIN FROM ORDINARY COURSE OF BUSINESS DOCUMENTS**
Exhibit 6.2

| **November 16, 2017 Email** | | | **August 1, 2017 Email** | | |
|---|---|---|---|---|---|
| [1] CAD to USD Currency Ratio, November 2017 | | 0.7753 | [1] CAD to USD Currency Ratio, August 2017 | | 0.8010 |
| | | **$ Per Unit** | | | |
| Sales | | | Sales | | |
| [2]   CAD | $ | 4.13 | [2]   CAD | $ | 4.00 |
| [3]   USD | $ | 3.20 | [5]   USD | $ | 3.20 |
| Cost of Goods Sold | | | Cost of Goods Sold | | |
| [3]   CAD | $ | 0.40 | [3]   CAD | $ | 0.56 |
| [4]   USD | $ | 0.31 | [5]   USD | $ | 0.45 |
| Gross Margin | | | Gross Margin | | |
| CAD | $ | 3.73 | CAD | $ | 3.43 |
| USD | $ | 2.89 | USD | $ | 2.75 |
| Gross Margin % of Sales | | 90.3% | Gross Margin % of Sales | | 85.9% |

Notes:
[1] Exhibit 9.1.
[2] Calculated by dividing the sales in USD by the CAD to USD Currency Exchange Ratio.
[3] SA_031573-576 at 573.
[4] Calculated by multiplying the COGS in CAD by the CAD to USD Currency Exchange Ratio.
[5] SA_031224-226 at 224-225.

*Loma Linda University v. Smarter Alloys Inc.*
**SMARTER ALLOYS PARTIAL INCOME STATEMENT 2020 [1] [2]**
Exhibit 7.1

| Amounts in Canadian Dollars (CAD $) | 2016 Actual [1] | | 2017 Actual [1] | | 2018 Actual [1] | | 2019 Actual [1] | | 2020 Actual [2] | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | | | | | | | | | |
| SmartArch | $ | 80,033 | $ | 20,244 | $ | 162,500 | $ | 792,545 | $ | 308,513 |
| Asanic | | 221,347 | | 70,300 | | 25,000 | | 215,848 | | - |
| Endodontics | | - | | - | | 25,072 | | - | | - |
| Xtract Energy | | - | | - | | - | | - | | - |
| Mint | | - | | 10,886 | | - | | - | | - |
| Haptics | | - | | - | | - | | - | | - |
| Other | | - | | - | | - | | - | | 325,166 |
| Total Revenue | $ | 301,380 | $ | 101,429 | $ | 212,572 | $ | 1,008,393 | $ | 633,679 |
| Cost of Goods Sold | | | | | | | | | | |
| SmartArch | $ | - | $ | - | $ | - | $ | 124,611 | $ | - |
| Asanic | | - | | - | | - | | - | | - |
| Endodontics | | - | | - | | - | | - | | - |
| Energy | | - | | - | | - | | - | | - |
| Mint | | - | | - | | - | | - | | - |
| Haptics | | - | | - | | - | | - | | - |
| Total Cost of Goods Sold | | - | | - | | - | | 124,611 | | - |
| Gross Margin | $ | 301,380 | $ | 101,429 | $ | 212,572 | $ | 883,782 | $ | 633,679 |
| *Gross Margin, Smart Arch* | | 80,033 | | 20,244 | | 162,500 | | 667,934 | | 308,513 |
| *Gross Margin % of Sales, Smart Arch* | | 100% | | 100% | | 100% | | 84.3% | | 100% |

*Loma Linda University v. Smarter Alloys Inc.*

**SMARTER ALLOYS PARTIAL INCOME STATEMENT 2020 [1] [2]**

Exhibit 7.1

| Expenses | | | | | |
|---|---|---|---|---|---|
| Wages and Salaries | $ 442,667 | $ 663,211 | $ 912,482 | $ 1,054,300 | $ 1,409,586 |
| SDTC | - | - | - | - | - |
| IRAP funding | (99,800) | (448,599) | (354,251) | (401,881) | - |
| Automotive Supplier Innovation Program | (288,218) | (196,150) | (242,809) | (309,698) | - |
| OCE/BCIP funding | - | - | (90,400) | (395,685) | - |
| CRA-SRED funding | (112,137) | (150,000) | (370,250) | (225,000) | - |
| Breakthrough Energy Ventures | - | - | - | - | - |
| Payroll Taxes | 25,863 | 37,756 | 60,930 | 68,513 | 83,825 |
| Employee Benefits | 9,737 | 16,510 | 30,341 | 28,945 | 31,680 |
| Training | - | - | - | 3,110 | 165 |
| Couriers and Postage | 13,412 | 15,228 | 6,661 | 11,963 | 13,521 |
| Consultants | 56,089 | 55,188 | 18,320 | 5,000 | 25,000 |
| Accounting and Legal | 174,172 | 116,660 | 64,880 | 175,116 | 92,588 |
| Advertising and Promotion | 92,620 | 53,689 | 13,843 | 12,036 | 22,966 |
| Market Research | 9,519 | - | - | - | - |
| Bank charges and Interest | 4,491 | 8,063 | 7,392 | 9,471 | 9,701 |
| Office and General | 7,506 | 10,299 | 12,940 | 8,877 | 7,783 |
| Computer Supplies | 6,637 | 18,492 | 12,332 | 15,206 | 53,572 |
| Research Support | 73,135 | 47,203 | 7,500 | 1,150 | - |
| Research/Lab Supplies | 112,162 | 131,599 | 151,237 | 224,095 | 270,233 |
| Telephone | 5,947 | 4,397 | 3,777 | 5,873 | 4,734 |
| Travel | 38,643 | 37,993 | 59,002 | 31,447 | 14,863 |
| Meals and Entertainment | 11,574 | 15,025 | 17,114 | 16,988 | 10,579 |
| Business Licences | 21,369 | 16,920 | 9,759 | 52,632 | 46,532 |
| Insurance | 8,906 | 9,443 | 11,956 | 12,459 | 17,315 |
| Rent | 53,625 | 54,202 | 53,625 | 69,225 | 72,003 |
| Repair and Maintenance | 5,401 | 14,187 | 20,310 | 11,565 | 15,756 |
| WSIB | - | - | - | - | 2,014 |
| Utilities | - | - | - | - | 1,264 |
| | | | | | |
| Total Expenses | $ 673,320 | $ 531,318 | $ 416,690 | $ 485,706 | $ 2,205,680 |
| | | | | | |
| EBITDA | $ (371,940) | $ (429,889) | $ (204,119) | $ 398,076 | $ (1,572,001) |

Notes:

[1] SA_034224 at tab "SA_is."

[2] SA_035998.

CONFIDENTIAL, RESTRICTED -- ATTORNEYS' EYES ONLY

*Loma Linda University v. Smarter Alloys Inc.*

**SUMMARY OF SA'S ORMCO BUSINESS CASE FOR SMARTARCH ARCHWIRES [1]**

Exhibit 8.1

| Assumptions | | |
|---|---|---|
| Ormco CuNiTi ASP, Estimated | $ | 5.50 |
| [2] Gross Margin | | 80% |
| COGS | $ | 1.10 |
| [3] Net Margin | | 15% |
| Profit/wire | $ | 0.83 |
| [4] SGA/wire | $ | 3.58 |
| Annual decay | | 6% |
| | | |
| Base Price - ASP | $ | 15.00 |

| Base Case - Option A Status Quo | 2018 | | 2019 | | 2020 | |
|---|---|---|---|---|---|---|
| ORMCO CuNiTi ASP | $ | 5.50 | $ | 5.50 | $ | 5.50 |
| CuNiTi Volume | | 6,700,000 | | 6,298,000 | | 5,920,120 |
| Revenue | $ | 36,850,000 | $ | 34,639,000 | $ | 32,560,660 |
| | | | | | | |
| Wire and Packaging Cost/Unit | | 1.10 | | 1.10 | | 1.10 |
| Cost of Goods Sold | | 7,370,000 | | 6,927,800 | | 6,512,132 |
| | | | | | | |
| Gross Profit | | 29,480,000 | | 27,711,200 | | 26,048,528 |
| Gross Margin | | 80% | | 80% | | 80% |
| | | | | | | |
| SG&A plus R&D | $ | 23,952,500 | $ | 22,515,350 | $ | 21,164,429 |
| Operating Profit | | 5,527,500 | | 5,195,850 | | 4,884,099 |
| Operating Margin | | 15% | | 15% | | 15% |

| SmartArch - Independent | 2018 | | 2019 | | 2020 | |
|---|---|---|---|---|---|---|
| SmartArch ASP | $ | 12.80 | $ | 13.50 | $ | 15.00 |
| SmartArch Volume (Canibalized) | | 250,000 | | 500,000 | | 1,000,000 |
| SmartArch Volume (New Accounts) | | 75,000 | | 150,000 | | 300,000 |
| SmartArch Volume (Total) | | 325,000 | | 650,000 | | 1,300,000 |
| Wire and Packaging/unit | $ | 1.10 | $ | 1.10 | $ | 1.10 |
| Smarter Alloys/unit | | 3.00 | | 3.00 | | 3.00 |
| Total unit cost | | 4.10 | | 4.10 | | 4.10 |

*Loma Linda University v. Smarter Alloys Inc.*

**SUMMARY OF SA'S ORMCO BUSINESS CASE FOR SMARTARCH ARCHWIRES [1]**

Exhibit 8.1

| Option B - SmartArch Combined | 2018 | 2019 | 2020 |
|---|---|---|---|
| ORMCO CuNiTi ASP | $ 5.50 | $ 5.50 | $ 5.50 |
| CuNiTi Volume | 6,700,000 | 6,298,000 | 5,920,120 |
| Less Cannibalized Sales | 6,450,000 | 5,798,000 | 4,920,120 |
| CuNiTi Revenue | $ 35,475,000 | $ 31,889,000 | $ 27,060,660 |
| SmartArch ASP | 12.80 | 13.50 | 15.00 |
| SmartArch Volume | 325,000 | 650,000 | 1,300,000 |
| SmartArch Revenue | $ 4,160,000 | $ 8,775,000 | $ 19,500,000 |
| Total Revenue | $ 39,635,000 | $ 40,664,000 | $ 46,560,660 |
| CuNiTi COGS | $ 7,095,000 | $ 6,377,800 | $ 5,412,132 |
| SmartArch COGS | 1,332,500 | 2,665,000 | 5,330,000 |
| Total COGS | $ 8,427,500 | $ 9,042,800 | $ 10,742,132 |
| Gross Profit | $ 31,207,500 | $ 31,621,200 | $ 35,818,528 |
| Gross Margin | 78.7% | 77.8% | 76.9% |
| Gross Profit, SmartArch | $ 2,827,500 | $ 6,110,000 | $ 14,170,000 |
| Gross Margin, SmartArch | 68.0% | 69.6% | 72.7% |
| SG&A plus R&D | $ 24,220,625 | $ 23,051,600 | $ 22,236,929 |
| Operating Profit | 6,986,875 | 8,569,600 | 13,581,599 |
| Operating Margin | 18% | 21% | 29% |

| Option B - Option A | 2018 | 2019 | 2020 |
|---|---|---|---|
| Revenue | $ 2,785,000 | $ 6,025,000 | $ 14,000,000 |
| Gross Profit | $ 1,727,500 | $ 3,910,000 | $ 9,770,000 |
| Operating Profit | $ 1,459,375 | $ 3,373,750 | $ 8,697,500 |

Notes:

[1] SA_031139; SA_031140.

[2] Danaher wide average is ~ 55%.

[3] Danaher dental business average.

[4] Assume SG&A per wire is constant.

*Loma Linda University v. Smarter Alloys Inc.*

**SUMMARY OF HISTORICAL CONVERSION RATES CAD TO USD [1]**

Exhibit 9.1

| CAD to USD | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | Average 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency Exchange Rate | 0.7673 | 0.7518 | 0.7509 | 0.7324 | 0.7406 | 0.7712 | 0.8013 | 0.8010 | 0.8018 | 0.7759 | 0.7753 | 0.7948 | 0.7720 |

| | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Average 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency Exchange Rate | 0.8119 | 0.7792 | 0.7754 | 0.7785 | 0.7716 | 0.7614 | 0.7687 | 0.7669 | 0.7747 | 0.7601 | 0.7519 | 0.7332 | 0.7695 |

| | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Average 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency Exchange Rate | 0.7620 | 0.7593 | 0.7492 | 0.7470 | 0.7399 | 0.7637 | 0.7580 | 0.7511 | 0.7551 | 0.7597 | 0.7531 | 0.7700 | 0.7557 |

| | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Average 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency Exchange Rate | 0.7555 | 0.7462 | 0.7110 | 0.7169 | 0.7261 | 0.7364 | 0.7453 | 0.7664 | 0.7508 | 0.7507 | 0.7690 | 0.7851 | 0.7466 |

| | Jan-21 | Feb-21 | Mar-21 | | | | | | | | | | Average Jan - Mar 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency Exchange Rate | 0.7824 | 0.7847 | 0.7997 | | | | | | | | | | 0.7889 |

Source

[1] https://www.investing.com/currencies/cad-usd-historical-data.