IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOMA LINDA UNIVERSITY,<br><br>                Plaintiff,<br><br>v.<br><br>SMARTER ALLOYS, INC.,<br><br>                Defendant/<br>                Third-Party Plaintiff,<br><br>v.<br><br>RODRIGO VIECILLI,<br><br>                Third-Party Defendant. | Civil Action No. 1:19-cv-00607-LJV |

**NOTICE OF MOTION *IN LIMINE*
TO EXCLUDE TO EXCLUDE EVIDENCE RELATED
TO FUTURE DAMAGES**

| | |
|---|---|
| Moving Party: | Defendant / Third-Party Plaintiff Smarter Alloys, Inc. |
| Date, Time and Place of Hearing: | According to the Court's Pretrial Order (ECF No. 204 ¶ 2 at 5), if necessary, oral argument will be scheduled by the Court. |
| Supporting Papers: | Memorandum of Law; Declaration of Steven P. Nonkes, Esq., dated June 17, 2024, with attached exhibits A-C. |
| Relief Requested: | Preclude testimony, evidence or argument regarding future royalties and any testimony regarding the size of, or the sales of products in the orthodontics market |
| Grounds for Relief: | Federal Rules of Evidence 402, 403, and 702 and Federal Rule of Civil Procedure 37 |
| Responding Papers: | As permitted by the Court |
| Oral Argument: | According to the Court's Pretrial Order (ECF No. 204 ¶ 2 at 5), if necessary, oral argument will be scheduled by the Court. |

1

Dated: June 17, 2024

                          HARRIS BEACH PLLC

                          By:  */s/ James R. Muldoon*
                               James R. Muldoon
                               Harris Beach PLLC
                               333 W. Washington St., Suite 200
                               Syracuse, New York 13202
                               Telephone: (315) 214-2021
                               jmuldoon@harrisbeach.com

                               Laura W. Smalley
                               Steven P. Nonkes
                               Harris Beach PLLC
                               99 Garnsey Road
                               Pittsford, New York 14534
                               Telephone: (585) 419-8800
                               lsmalley@harrisbeach.com
                               snonkes@harrisbeach.com

                               *Attorneys for Defendant/Third-Party Plaintiff Smarter Alloys, Inc.*