# EXHIBIT 2



# OCEAN TOMO

### INTELLECTUAL CAPITAL EQUITY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

**LOMA LINDA UNIVERSITY**
**v.**
**SMARTER ALLOYS, INC.**

CASE NO. 1:19-cv-00607

---

**EXPERT REPORT OF ANDREW W. CARTER**

**March 31, 2021**

HIGHLY CONFIDENTIAL

INTELLECTUAL CAPITAL EQUITY

1. FIRM BACKGROUND AND QUALIFICATIONS................................................................1

2. ASSIGNMENT .........................................................................................................1

3. SUMMARY OF OPINIONS ........................................................................................3

4. RELEVANT PARTIES ..............................................................................................4

    4.1 LOMA LINDA UNIVERSITY ("LLU") ..................................................................4

    4.2 SMARTER ALLOYS ("SA") ...............................................................................4

    4.3 ORMCO CORPORATION ("ORMCO") ...................................................................5

5. RELEVANT BACKGROUND ......................................................................................5

    5.1 THE CURRENT DISPUTE ....................................................................................5

    5.2 THE CONSULTING AGREEMENT ...........................................................................7

    5.3 MANUFACTURING PROCESS AGREEMENTS BETWEEN SMARTARCH INC. AND ORMCO..................8

6. RELEVANT PRODUCTS ..........................................................................................10

7. MARKET OVERVIEW .............................................................................................13

    7.1 ORTHODONTICS MARKET ..................................................................................13

    7.2 ORTHODONTICS SUPPLIES MARKET .....................................................................15

    7.3 ARCHWIRE MARKET ........................................................................................17

    7.4 MULTI-FORCE, OR VARIABLE STIFFNESS, ARCHWIRE MARKET......................................18

8. PATENT APPLICATIONS AT ISSUE .........................................................................20

9. TIMELINE OF EVENTS ...........................................................................................21

10. CALCULATION OF DAMAGES ................................................................................22

    10.1 LOST ROYALTY REVENUE FROM SA ...................................................................22

    10.2 LOST LICENSING OPPORTUNITY .........................................................................26

    10.3 CONCLUSION ...............................................................................................32

11. ATTORNEY FEES, EXPERT FEES, AND COSTS .......................................................32

12. PREJUDGMENT INTEREST ....................................................................................33

13. SIGNATURE .........................................................................................................33



## 1. FIRM BACKGROUND AND QUALIFICATIONS

I am Andrew W. Carter, a founding partner, Chief Operating Officer and head of the Expert Testimony practice of Ocean Tomo, the leading Intellectual Capital Merchant Banc® firm. The company provides services related to Intellectual Property expert testimony, valuation, investments, risk management and transactions. Ocean Tomo assists clients – corporations, law firms, governments and institutional investors – in realizing Intellectual Capital Equity® value broadly defined.

My efforts at Ocean Tomo are concentrated in the areas of intellectual property damages expert witness testimony, licensing, valuation, and investment. As an expert, I have testified in excess of 70 times. My testimony in court covers some of the most popular patent infringement forums in the country, including ED Texas, Delaware, SD NY, New Jersey, WD Wisconsin, ND California, and MD Florida. I have also provided testimony at the International Trade Commission and in the Federal Court of Canada.

Prior to Ocean Tomo, I was one of the founders of the Duff & Phelps Capital Partners Sale/License-Back Fund. Prior to the Fund, I was a partner at the largest U.S. consulting firm focusing on the economic, strategic, and licensing issues related to intellectual property.

I contribute to the intellectual property community outside of Ocean Tomo as well. I am a former Adjunct Professor at the Illinois Institute of Technology, teaching a masters-level course on the management of intellectual property. I am also an inventor, having filed several patent applications, and co-inventing U.S. Patent Nos. 7,716,076, 8,355,932, and 8,694,419.

My clients cover a wide variety of industries, including telecommunications, internet services, electronics, industrial products and processes, software, consumer products, medical devices, financial services, securities, casinos/gaming, and entertainment.

I am a Certified Public Accountant and a licensed public accountant in the state of Illinois. I am a member of several professional organizations. I have written several articles and I am a frequent speaker on the financial, accounting, business, and legal issues related to intellectual property. A listing of the articles is provided in my curriculum vitae, attached along with a listing of my prior testimony. I hold a Masters in Business Administration with High Honors from the University of Chicago's Graduate School of Business. I also have a Bachelor of Science degree in Chemical Engineering from Rose-Hulman Institute of Technology.

I am presently being compensated for my work in this matter at a rate of $645 per hour. Other Ocean Tomo consultants are assisting me in this engagement and are being compensated at various rates under $645 per hour. No part of my compensation depends on the outcome of this litigation.

## 2. ASSIGNMENT

Ocean Tomo was retained by Womble Bond Dickinson (US) LLP ("Counsel"), counsel for plaintiff, Loma Linda University ("LLU" or "Plaintiff"), in connection with this matter. Ocean Tomo was asked to analyze certain accounting, financial, marketing, and other business data in

 **INTELLECTUAL CAPITAL EQUITY**

order to identify the compensation that would be appropriate for LLU to receive from LLU's claims of breach of contract, quiet title to inventions, and rescission of invention assignments against Smarter Alloys, Inc. ("SA" or "Defendant").

In order to accurately assess the damages that may be recoverable if liability is found, I have relied upon the following types of documents and information. A detailed listing of all the information considered in connection with this litigation is attached as Exhibit 2.

- Legal filings and proceedings related to the case;

- Documents produced by LLU and SA relating to damages, including but not limited to, financial records, license agreements, marketing and promotional materials, and various written communications;

- Deposition testimony of the following LLU representatives:
    - Michael Samardzija, Associate Vice President of Research Affairs;[1]
    - Anthony Zuccarelli, Professor of Microbiology and Associate Vice President of Research Affairs;[2]
    - Carol Grande, Director of Technology Transfer;[3]

- Deposition testimony of the following SA representatives:
    - Michael Kuntz, Vice President of Operations;[4]
    - Michael Bain, Chief Financial Officer;[5]
    - Ibraheem Khan, Chief Executive Officer;[6]
    - Andrew Pequegnat, Director of Engineering;[7]

- Deposition testimony of the Counterclaim Defendant:
    - Rodrigo Viecilli, faculty member at LLU, currently employed as an orthodontist at Dental One Partners and Mid-Atlantic Dental Partners;[8]

- Information prepared and produced by other experts:
    - Opening Expert Report of Nicholas P. Godici, March 31, 2021;
    - Opening Expert Report of Ruedger Rubbert, March 31, 2021;

- Discussions with the following individuals:
    - Nicholas P. Godici;
    - Ruedger Rubbert;

---

[1] Deposition of Michael Samardzija, January 7, 2021, p. 21.
[2] Deposition of Anthony Zuccarelli, January 14, 2021, pp. 16-18.
[3] Deposition of Carol Grande, February 19, 2021, p. 10.
[4] Deposition of Michael Kuntz, February 10, 2021, p. 39.
[5] Deposition of Michael Kuntz, February 10, 2021, p. 213.
[6] Deposition of Ibraheem Khan, February 25, 2021, p. 116.
[7] Deposition of Andrew Pequegnat, February 26, 2021, p. 17.
[8] Deposition of Rodrigo Viecilli, March 1, 2021, pp. 12-13, 36-37.



- Publicly available information including, but not limited to, company websites, industry and technology research, and relevant product websites.

References to documents and testimony herein are meant to provide examples of supporting information, but are not intended to be a comprehensive or exhaustive list of all known support. In addition to this report, I may rely on excerpts taken from depositions and/or demonstrative exhibits that illustrate the concepts and conclusions contained in this report. Such excerpts and/or demonstratives have not yet been prepared.

The opinions discussed throughout this report are based on my current understanding of the facts and circumstances surrounding this matter, my review of the produced documentation, testimony, third party information available to date and any underlying assumptions upon which I have relied. As such, the analyses and opinions described herein are subject to change based upon additional discovery or any other relevant development. I reserve the right to submit a supplemental report if both necessary and allowed by the Court.

## 3.    SUMMARY OF OPINIONS

If SA is found to have breached its contract with LLU, it is my opinion that LLU has suffered lost royalty revenue from SA. Based on the totality of the circumstances in this case and the information available to me at this time, I have concluded that the appropriate amount of lost royalties owed LLU is between $11,396 and $28,316 from sales of SmartArch, a product developed using research conducted pursuant to the Consulting Agreement.[9]

As a result of the inappropriate assignment of LLU's rights in its provisional patent applications to SA, LLU has lost the opportunity to license its inventions and applications to third-party orthodontics manufacturers, resulting in lost royalties. This is further compounded by SA's bad acts during the prosecution of subsequent applications claiming priority to the LLU applications. As one measure of LLU's lost licensing opportunities, I have considered the royalties that LLU lost by not entering into a licensing agreement with Ormco. Based on the totality of the circumstances in this case and the information available to me at this time, I have concluded that the appropriate amount of lost royalty revenue from LLU's lost licensing opportunity is between $809,291 and $1,213,937.[10]

**Figure 1:  Summary of Damages**[11]

|  | Lower End | | Upper End |
|---|---|---|---|
| LLU Lost Royalty Revenue from SA | $      11,396 | - $ | 28,316 |
| LLU Lost Royalty Revenue from Lost Licensing Opportunity | $    809,291 | - $ | 1,213,937 |

---

[9] Exhibit 3.0.
[10] Exhibit 3.0.
[11] Exhibit 3.0.

INTELLECTUAL CAPITAL EQUITY

## 4.    RELEVANT PARTIES

### 4.1    Loma Linda University ("LLU")

LLU is a domestic non-profit university organized as a corporation under the laws of the State of California with its principal place of business in California.[12] LLU offers a number of health-based programs for students, including the School of Allied Health Professions, School of Behavioral Health, School of Dentistry, School of Medicine, School of Nursing, School of Pharmacy, School of Public Health, and School of Religion.[13]

The School of Dentistry at LLU was founded in 1953 and offers the doctor of dental surgery degree; a bachelor of science degree in dental hygiene; and master of science degrees and certifications in advanced specialty programs.[14] Rodrigo Viecilli, DDS, Ph.D., is an adjunct Associate Professor within the Orthodontics department at LLU.[15] Dr. Viecilli has been recognized as an acclaimed professor and research scientist in the field of dentistry and orthodontia. In 2013, Dr. Viecilli sought to calculate the ideal force to be exerted on each tooth with respect to the periodontal ligament ("PDL"), the connective tissue that anchors the teeth to the jaw and skull, in a human mouth. Prior to Dr. Viecilli's research, ideal forces were only known for select teeth, but comprehensive calculations for all teeth had not yet been performed.[16]

### 4.2    Smarter Alloys ("SA")

Founded in 2009 and based in Toronto, Canada, SA manufactures shape memory alloys with multiple memory material technology for applications in orthodontics, automotive, oil and gas, medical devices, and actuators markets.[17] SA describes itself as an innovator in shape memory materials that is at the forefront of the smart materials revolution. SA is a privately controlled corporation.[18] The company was formerly known as Innovative Processing Technologies Incorporation.[19]

SA and SmartArch, Inc. (a subsidiary of SA[20]) are involved in the sale and processing of the archwires at issue in this matter. While SmartArch, Inc. has a contract with Ormco to process the archwires at issue, I understand that SA does the archwire processing.[21]

---

[12] Complaint and Demand for Jury Trial, dated May 10, 2019, p. 1.
[13] "Home," *Loma Linda University*, https://home.llu.edu/.
[14] "School of Dentistry," *Loma Linda University*, https://dentistry.llu.edu/.
[15] "Faculty Directory," *Loma Linda University*,
  http://www.llu.edu/pages/faculty/directory/faculty.html?eid=1a6936a.
[16] Complaint and Demand for Jury Trial, dated May 10, 2019, pp. 2-4.
[17] "Smarter Alloys Private Company Profile," *S&P Capital IQ*,
  https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=182659475.
[18] "About," *Smarter Alloys*, https://www.smarteralloys.com/about/.
[19] "Smarter Alloys Private Company Profile," *S&P Capital IQ*,
  https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=182659475.
[20] Deposition of Michael Kuntz, February 10, 2021, p. 42.
[21] Deposition of Michael Kuntz, February 10, 2021, p. 44.

HIGHLY CONFIDENTIAL

INTELLECTUAL CAPITAL EQUITY

### 4.3    Ormco Corporation ("Ormco")

Ormco manufactures and supplies orthodontic technology products and solutions. Ormco provides twin brackets, aligners, arch wires, tubes and bands, digital orthodontic solutions, lab products, infection prevention products, auxiliary products, adhesives, and aesthetic products.[22] Relevant to this dispute, Ormco sells the SmartArch products at issue.[23]

The company, which operates as a subsidiary of Envista Holdings Corporation, was founded in 1960 and is based in Brea, California.[24] Ormco employs nearly 600 people across its offices in California as well as the company's additional offices in Mexico and Europe.[25]

Ormco mission statement is to "build trusted relationships with orthodontists to help achieve practice management objectives and excellent clinical results."[26] On its website, Ormco touts its strong partnership with clinicians to innovate and educate noting that it has close collaboration with 600+ clinical experts, across 29 countries and regions worldwide.[27] Ormco also promotes its strong track record as a winner of over 30 industry awards from 2013-2020.[28] Ormco is a dominate player in the global orthodontics market.[29] Ormco's significant market share is credited, in part, to its distribution networks, deeper penetration, and strategic collaborations.[30]

## 5.    RELEVANT BACKGROUND

### 5.1    The Current Dispute

On May 10, 2019, LLU brought a suit against SA for breach of contract, quiet title to inventions, and rescission of invention assignments.[31]

---

[22] "Ormco Corporation Private Company Profile," *S&P Capital IQ*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=4944421&fromSearchProfiles=true.
[23] "SmartArch," *Ormco*, https://ormco.com/products/smartarch/.
[24] "Ormco Corporation Private Company Profile," *S&P Capital IQ*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=4944421&fromSearchProfiles=true.
[25] "Ormco Corporation Private Company Profile," *S&P Capital IQ*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=4944421&fromSearchProfiles=true.
[26] "About," *Ormco*, https://ormco.com/about/.
[27] "About," *Ormco*, https://ormco.com/about/.
[28] "Awards," *Ormco*, https://ormco.com/about/awards/.
[29] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*, https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.
[30] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*, https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.
[31] Complaint and Demand for Jury Trial, May 10, 2019, pp. 1, 19. On February 4, 2021, LLU moved to file an amended complaint which pleads an unjust enrichment claim. LLU's unjust enrichment claim is pleaded in the alternative to LLU's breach of contract claim. *See* Plaintiff's Memorandum of Law in Support of its Motion for Leave to File its First Amended Complaint, February 4, 2021, p. 1. I understand that SA opposed the motion and that the judge has not yet ruled on the motions. I note that my opinion on breach of contract damages would apply equally to the unjust enrichment claim. I also reserve my rights to supplement my opinion depending on the Court's ruling.

INTELLECTUAL CAPITAL EQUITY

LLU alleged that SA has breached explicit or implied terms of a Consulting Agreement between the parties (discussed in Section 5.2).[32] Under the Consulting Agreement, SA is obligated to pay LLU either royalty fees or a one-time buyout upon commercialization of a product as defined in the Consulting Agreement. As SA has failed to pay LLU either royalties or the buyout upon commercialization of the SmartArch product, LLU has suffered and will continue to suffer damages as a result of that failure to pay.[33] In addition to damages, LLU is entitled to recover from SA reimbursement for reasonable attorneys' fees, expert witness fees, legal expenses, and costs incurred to enforce or interpret the Consulting Agreement.[34]

LLU also alleges that SA's actions constitute a breach of covenant of good faith and fair dealing.[35] Under the terms of the Consulting Agreement, SA was required to pay a royalty on the gross profits earned on SmartArch sales, including sales of SmartArch made by third parties. A benefit of the bargain in the Consulting Agreement was that LLU would earn royalties from the commercialization of a product developed through consultation services provided by LLU and Dr. Viecilli. LLU alleges that SA has deprived and continues to deprive LLU of the benefit of the bargain by contributing to and supporting the sales of the SmartArch by Ormco without paying royalties to LLU. As a result, SA has breached the covenant of good faith and fair dealing.[36]

Furthermore, LLU alleges that invention assignments executed by LLU fail for lack of consideration and, as such, title to the assigned inventions should be quieted in LLU. In the alternative, the invention assignments are rescinded due to mutual mistake.[37] LLU states that the '338 SA Assignment and the '727 SA Assignment purport to be supported by "good and valuable consideration," but identify only the Consulting Agreement as consideration.[38] However, the Consulting Agreement did not require the assignment of the inventions described in the '737 and '338 provisional applications because those inventions were conceived before the effective date of the Consulting Agreement.[39] As a result, the '338 SA Assignment and the '727 SA Assignment fail for lack of consideration, and the inventions described in the respective provisional applications remain the property of LLU along with any rights flowing from those inventions. Additionally, SA has filed the '204 and '085 non-provisional applications, both of which claim priority to the '727 and '338 provisional applications and list Dr. Viecilli as an inventor. Since the '338 and '727 SA Assignments fail for lack of consideration, SA cannot claim a proprietary interest in the other pending applications. SA has also filed the '044 provisional application, the specification of which was entirely based on information developed by Drs. Viecilli and Burstone.[40] As a result of these findings, LLU requests a declaration that it has clear title to its previous interests in the inventions described in the '727 and '338 provisional applications, including the rights to the '727, '338, and '044 provisional applications, the '204

---

[32] Complaint and Demand for Jury Trial, May 10, 2019, p. 1.
[33] Complaint and Demand for Jury Trial, May 10, 2019, pp. 12-13.
[34] Complaint and Demand for Jury Trial, May 10, 2019, p. 13.
[35] Complaint and Demand for Jury Trial, May 10, 2019, p. 13.
[36] Complaint and Demand for Jury Trial, May 10, 2019, pp. 13-14.
[37] Complaint and Demand for Jury Trial, May 10, 2019, p. 1.
[38] *See e.g.*, LLU0001441-443 at 441; LLU0001577-579 at 577.
[39] Complaint and Demand for Jury Trial, May 10, 2019, p. 14.
[40] Complaint and Demand for Jury Trial, May 10, 2019, pp. 14-15.



and '085 non-provisional applications, and that LLU receives all rights flowing therefrom.[41] LLU seeks further injunctive relief quieting title in LLU of its previous interests in the inventions described in the '727 provisional application and the '338 provisional application, including the related rights to the three provisional and two non-provisional applications, as well as a directive that SA cooperate in removing itself as the applicant for the '204 non-provisional application and the '085 non-provisional application.[42]

LLU also claims recission based on mutual mistake, where LLU and SA were both mistaken in that the Consulting Agreement required LLU to assign to SA the inventions in the '338 and '727 provisional applications.[43] Due to the mutual mistake regarding LLU's obligation to provide these assignments, LLU requests that the assignments be rescinded. With those assignments rescinded, LLU should be declared to own its previous interests in the inventions as well as the related rights to the provisional and non-provisional applications described above.[44] LLU's remedies at law are inadequate to compensate LLU for the loss of its intellectual property, and as a result, LLU seeks further injunctive relief, asking SA to cooperate in removing itself as the applicant for the '204 and '085 non-provisional applications. Alternatively, LLU requests the transfer of ownership back to LLU of its interests in the '727 and '338 provisional applications, including the related rights to the three provisional and two non-provisional applications.[45]

## 5.2    The Consulting Agreement

Executed on June 17, 2015 and effective as of December 10, 2014, SA and LLU entered into a Consulting Agreement.[46] Under the agreement, SA desired to retain LLU for consulting services and LLU desired to conduct research and consult with SA.[47]

SA agreed to fund research and development activities to be performed by the Principal Investigator, Dr. Viecilli, as a faculty member and employee of LLU. The research and development activities were directed to multi-force archwire prescriptions targeting specific classes of commonly observed malocclusions.[48] Dr. Viecilli was to start "by exploring the issue of severely displaced canines (a common clinical solution) while initializing investigations on rotated premolars and tilted lateral incisors" with the aim to calculate possible wire stiffness changes that may keep force and movement levels within reasonable, desirable, or predetermined levels.[49] The Consulting Agreement also set forth three deliverables.[50] In

---

[41] Complaint and Demand for Jury Trial, May 10, 2019, p. 15.
[42] Complaint and Demand for Jury Trial, May 10, 2019, pp. 15-16.
[43] Complaint and Demand for Jury Trial, May 10, 2019, p. 16.
[44] Complaint and Demand for Jury Trial, May 10, 2019, pp. 16-17.
[45] Complaint and Demand for Jury Trial, May 10, 2019, p. 17.
[46] LLU0000984-993 at 984, 993.
[47] LLU0000984-993 at 984.
[48] Generally, the upper teeth should fit slightly over the lower teeth, and the points of the molars should fit the grooves of the opposite molar. When the teeth are not aligned properly, as described, it is known as malocclusion. *See* "Malocclusion of Teeth," *U.S. National Library of Medicine*, https://medlineplus.gov/ency/article/001058.htm; LLU0000984-993 at 989.
[49] LLU0000984-993 at 989.
[50] LLU0000984-993 at 990.



consideration for the services to be performed, SA agreed to pay a total of $15,000 to LLU and $16,000 directly to Dr. Viecilli, payable in installments.[51]

The term of the agreement spanned from the Effective Date of December 10, 2014 through December 31, 2015, unless terminated sooner in accordance with the terms and provisions of the agreement.[52]

In addition to the compensation agreed upon for services, SA agreed to pay a 4% royalty rate on the gross profits earned on the sale of any products, should SA commercialize a Product.[53] The Product was defined as "an archwire that uses the force prescriptions targeting the three malocclusions Section 5 of Exhibit A, Research Plan."[54] The agreement also contained a Buyout provision, in which SA, at its option, could elect at any time to terminate any future royalty payments with a one-time royalty buyout of $1,500,000 US less any royalties already paid.[55] I note LLU and SA dispute whether the SmartArch Universal archwire is a covered product under this agreement.

The Consulting Agreement also states that the parties grant no right, title, interest, or license to the other party in the intellectual property existing prior to the Effective Date of the agreement. All intellectual property created, authored, or conceived after the termination of the agreement will belong to the party that developed the property after the termination of the agreement.[56] Relevant to this dispute, I understand that LLU claims that the inventions disclosed in each of the claims of the '727 and '338 applications were conceived prior to the Effective Date of the Consulting Agreement.[57]

Also, under the terms of the agreement, SA granted a nonexclusive, royalty free, perpetual, worldwide license, with the right to sublicense, to LLU and its affiliates with respect to the consulting services or any of the intellectual property in non-commercial research and teaching activities.[58]

### 5.3    Manufacturing Process Agreements Between SmartArch Inc. and Ormco

On April 25, 2018, SmartArch and Ormco entered into a Manufacturing Process Agreement ("Original Manufacturing Process Agreement"), and on November 5, 2018, the parties entered into the First Amended and Restated Manufacturing Process Agreement ("Amended Manufacturing Process Agreement").[59] Under the terms of the agreement, the following was agreed:[60]

---

[51] LLU0000984-993 at 991.
[52] LLU0000984-993 at 985.
[53] LLU0000984-993 at 991.
[54] LLU0000984-993 at 991.
[55] LLU0000984-993 at 991.
[56] LLU0000984-993 at 984-985.
[57] Opening Expert Report of Ruedger Rubbert, March 31, 2021, par. 20.
[58] LLU0000984-993 at 984-985.
[59] SA_005034-066 at 034; SA_005085-113 at 085.
[60] SA_005034-066 at 034.



INTELLECTUAL CAPITAL EQUITY

> ▪ *SmartArch owns and controls a process for modifying the composition of orthodontic archwires to create variable forces along the length of the archwires as more fully claimed in U.S. Patent No. 9,186,853 (the "Proprietary Process");*
>
> ▪ *SmartArch is the owner of certain intellectual property rights in respect of the Proprietary Process including technological knowledge, trade names, trademarks and applications therefore, and patents and applications therefore, all as set out in this Agreement;*
>
> ▪ *Ormco desires to distribute and sell archwires processed by SmartArch using its Proprietary Process and in connection therewith desires to provide archwires to SmartArch for processing, in each case on the terms and subject to the conditions set forth in this Agreement; and*
>
> ▪ *SmartArch and Ormco desire to define the terms, conditions, rights, and obligations of the Parties with respect to the processing by SmartArch, using its Proprietary Process, of archwires supplied by Ormco and the transactions contemplated by this Agreement.*

Also outlined in the terms of the Manufacturing Process Agreement, SmartArch was required to apply its proprietary process to the Ormco archwires, add stops to those processed Ormco archwires when requested, and package the processed Ormco archwires and/or processed Ormco archwires with stops, as directed by Ormco, in either the Bulk Packaging or the Ten Pak Packaging.[61]

Under the terms of the original agreement, Ormco agreed to pay SmartArch $3.20 for each Ormco Archwire processed by SmartArch during the first 42 months of the agreement.[62] The payment structure was modified in the amended agreement. For the first 42 months of the term of the amended agreement, Ormco was to pay SmartArch $3.70 for each Processed Ormco Archwire with Stops in the Ten Pak Packaging, $3.54 for each Processed Ormco Archwire without Stops in the Ten Pack Packaging, $3.61 for each Processed Ormco Archwire with Stops in the Bulk Packaging, and $3.20 for each Processed Ormco Archwire without Stops in the Bulk Packaging. Additionally, for every 1% that Ormco increased its list price for the Packaged Ormco Archwires, SmartArch could increase the packaged prices by a maximum of 0.15%.[63]

In the Original Manufacturing Process Agreement, it was agreed that Ormco's first purchase order shall be for no less than 30,000 packaged processed Ormco Archwires and shall be issued no later than June 15, 2018.[64] In the amended agreement, the first purchase order of no less than 30,000 processed Ormco Archwires was to be issued no later than October 29, 2018.[65]

Both agreements set forth the minimum number of processed Ormco Archwires of 184,498 to be ordered in the first 18 months commencing with the first purchase order; 239,847 archwires in the next 12 months, 359,770 archwires in the next 12 months, and five percent more archwires

---

[61] SA_005034-066 at 037-038.
[62] SA_005085-113 at 093.
[63] SA_005034-066 at 043.
[64] SA_005085-113 at 089.
[65] SA_005034-066 at 038.



than were purchased in the prior twelve-month period for each 12-month period thereafter.[66] If Ormco failed to meet the minimum number of archwires as set forth above, SmartArch would have the right to terminate the exclusive supply requirements.[67]

The parties acknowledged that there is some disagreement between them as to the development and ownership of intellectual property related to orthodontic archwires having different force levels along the length of the wire. However, the parties wished to postpone or avoid possible litigation with respect to the potential dispute, while fully preserving the rights of the parties that existed as of January 1, 2015 (the date negotiation of this agreement commenced).[68]

The First Amended Manufacturing Process Agreement shall be effective as of the Effective Date, November 5, 2018, and remain in effect until the seventh annual anniversary of the Effective Date, unless terminated early pursuant to the provisions agreed upon by the parties.[69]

## 6.    RELEVANT PRODUCTS

There are two archwire products relevant to this dispute: the SmartArch Universal and the SmartArch Focus.

In SA's 2016 White Paper titled, "Introduction to the technological and clinical benefits of SmartArch", the SmartArch Universal is described as "a revolutionary new archwire that is programmed to express the biomechanically optimized force at each individual tooth."[70] The archwire is laser processed in every interbracket region to change the overall super elastic stiffness of the wire, which allows each tooth to be targeted with the optimal force.[71] SA notes that the "optimized biomechanics for tooth movement and retention were determined by modelling the dentoalveolar[72] complex[73]" further noting that "Drs. Charles Burstone and Rodrigo Viecilli implemented the finite element method to simulate the dentition of a typical typodont."[74] The results were used to develop archwire stiffness profiles that are able to deliver ideal individual targeted forces when interbracket spacing is considered, as illustrated below:[75]

---

[66] SA_005085-113 at 095-096; SA_005034-066 at 046.

[67] SA_005034-066 at 045.

[68] SA_005034-066 at 048.

[69] SA_005034-066 at 034, 046, 058.

[70] SA_030798-801 at 798; Deposition of Michael Kuntz, February 10, 2021, pp. 127-128.

[71] SA_030798-801 at 798, 799; Deposition of Michael Kuntz, February 10, 2021, pp. 127-128.

[72] The term dentoalveolar refers to the teeth and the alveolar bone that supports the teeth. *See* "Dentoalveolar Surgery," *Ridgefield,* https://www.ridgefieldoralsurgery.com/oral-surgery-procedures/dentoalveolar-surgery/#:~:text=The%20term%20dentoalveolar%20refers%20to,to%20much%20more%20complex%20procedures..

[73] The term dentoalveolar complex consists of five tissue compartments and "is a very specialized area that allows the emergence of the dentition from the alveolar bone and consists of unique and specialized cells and tissues." *See* "Oral and Dentoalveolar Trauma: Pathophysiology, Diagnosis, and Emergent Care," *Pocket Dentistry,* https://pocketdentistry.com/oral-and-dentoalveolar-trauma-pathophysiology-diagnosis-and-emergent-care/, Section 3.1.1.

[74] SA_030798-801 at 799.

[75] SA_030798-801 at 799.

INTELLECTUAL CAPITAL EQUITY

**Figure 2: Illustration of SmartArch Archwires Optimal Force Profile**[76]



On its current webpage, Ormco advertises the SmartArch product as an archwire that offers fewer wire changes and has ideal force for each tooth.[77]

**Figure 3: Ormco's SmartArch Website**[78]



Ormco also highlights the work of Drs. Viecilli Burstone in the science behind the SmartArch products.[79]

---

[76] SA_030798-801 at 799.
[77] "SmartArch," *Ormco*, https://ormco.com/products/smartarch/.
[78] "SmartArch," *Ormco*, https://ormco.com/products/smartarch/.
[79] "SmartArch," *Ormco*, https://ormco.com/products/smartarch/.

INTELLECTUAL CAPITAL EQUITY

Figure 4: Ormco's SmartArch Website, Science Behind SmartArch[80]



On its website, Ormco positions the SmartArch as being "significantly more efficient than conventional CuNiTi archwires."[81] Ormco's website also features doctors' opinions of the product. One doctor notes that "one of the most exciting aspects of SmartArch is the realization that there is nothing additive to treatment that we need to build in—it's all in the wire, and we've been using wires since day one."[82]

From 2016 through 2017, SA manufactured and sold SmartArch Universal archwires.[83] SA's first offer for sale and first sale of the SmartArch Universal archwire occurred in 2016, around the same time as the AAO (American Association of Orthodontist) annual meeting.[84]

Thereafter, in or around March 2019, Ormco took over the sales of the SmartArch Universal archwires while SA continued to process the archwires. Under this arrangement, SA receives the archwires on consignment from Ormco and treats them using SA's "proprietary MMM[85] process".[86]

---

[80] "SmartArch," *Ormco*, https://ormco.com/products/smartarch/.
[81] "What Doctors are Saying About SmartArch," *Ormco*, https://ormco.com/products/smartarch/doctors/#success-stories.
[82] "What Doctors are Saying About SmartArch," *Ormco*, https://ormco.com/products/smartarch/doctors/#success-stories.
[83] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 18.
[84] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 10.
[85] MMM stands for Multiple Memory Material, *see* LLU0000984-993 at 989.
[86] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 18.

HIGHLY CONFIDENTIAL

INTELLECTUAL CAPITAL EQUITY

**Figure 5: SmartArch Universal Sales[87]**

| | 2016 - 2017 | | | March 2019 - 2020 | | |
|---|---|---|---|---|---|---|
| *SA SmartArch Production* | Quantity | Revenue (USD) | | *Ormco SmartArch Consignment Production* | Quantity | Revenue (USD) |
| Ormco (Samples) | 1,500 | - | | Ormco | 210,900 | $ 780,330 |
| Patterson Dental | 100 | $ 1,650 | | Sonia Palleck (Samples) | 1,305 | - |
| Dentsply Sirona (Samples) | 32 | - | | | | |
| Sales Demo (Samples) | 354 | - | | **Total** | **212,205** | **$ 780,330** |
| Direct Sales | 162 | 1,880 | | | | |
| Direct Samples | 2,261 | - | | **Total Excl. Samples** | **210,900** | **$ 780,330** |
| Rodrigo Viecilli (Donation) | 720 | - | | | | |
| **Total** | **5,129** | **$ 3,530** | | **Average Sales Price** | | **$ 3.70** |
| **Total Excluding Samples/Donations** | **262** | **$ 3,530** | | | | |
| **Average Sales Price** | | **$ 13.47** | | | | |

SA conducted research and development work related to the SmartArch Focus, an archwire targeted to the specific malocclusion of a high canine, between December 2014 and May 2015.[88] SA introduced the concept of the SmartArch Focus during the AAO annual meeting in May 2015.[89] However, as of February 2021, SA had not sold any SmartArch Focus archwires.[90]

# 7.    MARKET OVERVIEW

## 7.1    Orthodontics Market

According to Fortune Business Insights, a market research firm,[91] the global orthodontics market size was valued at $4.06 billion USD in 2018 and was projected to reach $9.72 billion USD by 2026, exhibiting a compound annual growth rate ("CAGR") of 11.6% from 2019 through 2026.[92] The North American orthodontic market generated $1.84 billion USD in revenue in 2018 and was projected to dominate the global market into the future. According to the American Dental Association, there were 10,658 orthodontists practicing in the United States as of 2017, which is expected to further increase the demand for orthodontic products domestically.[93]

---

[87] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 18-19.
[88] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 12.
[89] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 12.
[90] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 13.
[91] "About Fortune Business Insights," *Fortune Business Insights*, https://www.fortunebusinessinsights.com/aboutus.
[92] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*, https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.
[93] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*, https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

 INTELLECTUAL CAPITAL EQUITY

**Figure 6: North America Orthodontics Market Size, 2015-2016 (USD Billion)**[94]



Demand for orthodontic treatments is increasing rapidly due to several factors, including various clinical and aesthetic benefits, a rising prevalence of dental malocclusion around the world, the presence of advanced diagnostic tools that assist in early detection of malocclusion, a larger importance placed in preventative oral care, increased concern for hygiene of the equipment used, and favorable healthcare reimbursement policies related to the treatment of dental malocclusion. These factors are expected to fuel the continued growth of the orthodontic industry in the coming years.[95]

The COVID-19 pandemic has negatively impacted the orthodontic market in 2020. For example, publicly available market research indicates that the COVID-19 pandemic led to a sharp decline of the national cumulative spending in the broader dental services market. The national cumulative spending was down approximately 65% in April 2020, however by October 2020, cumulative spending was down by 16.8%, as illustrated by the purple dotted line in the figure below.[96]

---

[94] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*, https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

[95] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*, https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

[96] "COVID-19 and Its Effect on Dentistry: Predictions, Recommendations," *DentistryIQ*, https://www.dentistryiq.com/dentistry/article/14189818/covid19-and-its-effect-on-dentistry-predictions-recommendations.

HIGHLY CONFIDENTIAL



INTELLECTUAL CAPITAL EQUITY

**Figure 7:  Cumulative Spending Growth since February 2020, National Health Spending[97]**



According to ResearchandMarket.com, while the COVID-19 pandemic caused a decline in the global orthodontics market in 2020, the "impact of the pandemic is anticipated to be short-term", projecting that the global orthodontics market will recover from 2021.[98] ResearchandMarket.com projects that the global orthodontics market will grow at a CAGR of 6.17% from 2021 to 2030.[99]

The global orthodontics market is consolidated, with a small number of players dominating the overall market share. The main players in the market include Align Technology, Ormco Corporation, 3M, and Institut Straumann AG.  Of the main players, Align Technology accounts for the largest share of the market due to the commercial success of its Invisalign products. Fortune Business Insights identifies the improved distribution networks, deeper penetration, and strategic collaborations as important factors for both Ormco's and Institut Straumann AG's prominent market share.[100]

## 7.2    Orthodontics Supplies Market

The orthodontic market can be further segmented by product type into supplies and instruments.[101]  The supply segment of the market consists of fixed supplies (such as brackets,

---

[97] "COVID-19 Shocks The US Health Sector: A Review Of Early Economic Impacts," *HealthAffairs.org,* December 16, 2020, https://www.healthaffairs.org/do/10.1377/hblog20201214.543463/full/.

[98] "Insights on the Orthodontics Global Market to 2030 - Analysis and Forecast - ResearchAndMarkets.com," *Business Wire,* November 25, 2020, https://www.businesswire.com/news/home/20201125005735/en/Insights-on-the-Orthodontics-Global-Market-to-2030---Analysis-and-Forecast---ResearchAndMarkets.com.

[99] "Insights on the Orthodontics Global Market to 2030 - Analysis and Forecast - ResearchAndMarkets.com," *Business Wire,* November 25, 2020, https://www.businesswire.com/news/home/20201125005735/en/Insights-on-the-Orthodontics-Global-Market-to-2030---Analysis-and-Forecast---ResearchAndMarkets.com.

[100] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights,* https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

[101] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights,* https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.



bands & buccal tubes, archwires, and others) and removable supplies (such as aligners, retainers, and others).[102]

As summarized in a March 1, 2021 press release, the global orthodontic supplies market size was projected to grow from $3.07 billion USD in 2021 to $4.02 billion USD by 2026, a CAGR of 4.6%.[103]  The global leading players in the orthodontic supplies market are Align Technology, Danaher (a company related to Ormco)[104] and 3M Unitek.  These firms account for 49.16% of total production value.[105]

AFG, a research firm contracted by SA in 2015, reported that the most frequently used conventional metal or cosmetic bracket system manufacturers are American Orthodontics (46%), 3M Unitek (45%), GAC Dentsply (28%) and Ormco (23%).[106]

---

[102] "Orthodontics Market Size, Share, Growth Research Report," *Fortune Business Insights*, https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

[103] "Orthodontic Supplies Market Size 2021 Industry Share, Demand, Top Players, Industry Size, Future Growth by 2026," *MarketWatch News Department*, https://www.marketwatch.com/press-release/orthodontic-supplies-market-size-2021-industry-share-demand-top-players-industry-size-future-growth-by-2026-2021-03-01.

[104] In 2019, Danaher spun off a separate company, Envista Holding Corporation, which is comprised of three operating companies: Ormco, KaVo Kerr, and Boebl Biocare Systems. *See* "Danaher Announces New Dental Company to Be Named Envista Holdings Corporation," *Danaher,* June 27, 2019, http://investors.danaher.com/2019-06-27-Danaher-Announces-New-Dental-Company-To-Be-Named-Envista-Holdings-Corporation. Prior to that KaVo Kerr was a former subsidiary of Danaher and the parent company of Ormco. *See* Deposition of Michael Kuntz, February 10, 2021, pp. 168-169.

[105] "Orthodontic Supplies Market Size 2021 Industry Share, Demand, Top Players, Industry Size, Future Growth by 2026," *MarketWatch News Department*, https://www.marketwatch.com/press-release/orthodontic-supplies-market-size-2021-industry-share-demand-top-players-industry-size-future-growth-by-2026-2021-03-01.

[106] SA_010465 at 7, 22.

HIGHLY CONFIDENTIAL

INTELLECTUAL CAPITAL EQUITY

**Figure 8: Orthodontic Manufacturer Usage – Conventional Metal or Cosmetic Brackets[107]**



AFG also reported that GAC Dentsply (23%), Ormco (20%), American Orthodontics (20%) and 3M Unitek (14%) are the most frequently used self-ligating metal or cosmetic bracket system manufacturers.[108]

## 7.3    Archwire Market

Within the orthodontic supplies market, archwire products can be further segmented into monolithic archwires (a wire that has uniform stiffness along its length), multi-force archwires (a wire that has different properties and stiffness along its length), and shaped archwires (a wire that is bent to fit to a dentition).[109] Mr. Kuntz testified that the monolithic archwire market is "much larger than the multi-force market".[110] Mr. Kuntz believes that the global multi-force archwire market in the 2017-2018 time frame was about 1.6 million wires.[111] He guessed that

---

[107] SA_010465 at 22.
[108] SA_010465 at 23.
[109] Deposition of Michael Kuntz, February 10, 2021, pp. 206-208.
[110] Deposition of Michael Kuntz, February 10, 2021, p. 208.
[111] Deposition of Michael Kuntz, February 10, 2021, pp. 207-208.



INTELLECTUAL CAPITAL EQUITY

the 1.6 million wire multi-force market comprised 1 to 2 percent of the overall archwire market in 2017-2018.[112]

According to a *Markets and Research* summary published in November 2020, over the next five years, the archwire market is forecasted to achieve a 4.8% CAGR in terms of revenue with the global market size growing from $95 million in 2019 to $113.9 million by 2025.[113]

### 7.4    Multi-force, or Variable Stiffness, Archwire Market

In 2015, SA commissioned AFG Research to conduct a Survey of U.S. Orthodontics Professionals on their Attitudes Towards a Variable Stiffness Archwire System (VSAS).[114] The main purpose of the research study was to assess the market potential for a new Variable Stiffness Archwire System (VSAS).[115]

AFG found that the Unique Target Price ("UTP") for the standard configuration VSAS is $12.8 per archwire, noting that most orthodontists consider a price point of more than $17 to be "getting expensive" but still worthy of consideration.[116] At a price of $12.8 per archwire, orthodontists would use VSAS in approximately 88 of their case starts per year.[117] As illustrated below, at a standard malocclusion configuration unit price of $12.8 per archwire, the sales potential in the United States was estimated to be approximately 907,000 units.[118]

---

[112] Deposition of Michael Kuntz, February 10, 2021, pp. 208-209.
[113] "Global Archwire Market Growth 2020-2025," *Markets and Research.Biz,* November 2020, https://www.marketsandresearch.biz/report/61716/global-archwire-market-growth-2020-2025.
[114] SA_010465.
[115] SA_010465 at 5.
[116] SA_010465 at 8, 45.
[117] SA_010465 at 8.
[118] SA_010465 at 50; SA_010587, column N.

HIGHLY CONFIDENTIAL

INTELLECTUAL CAPITAL EQUITY

**Figure 9: VSAS Unit/Revenue Forecast – Standard Malocclusion Configuration**[119]



In addition to analyzing the standard malocclusion segment of the market, VFG also surveyed the market landscape for custom prescriptions. AFG found that the UTP for the custom prescription VSAS is $30.8 per archwire, noting that most orthodontists consider a price point of more than $38 to be "getting expensive" but still worthy of consideration.[120] At a price of $30.8 per archwire, orthodontists would use custom VSAS in approximately 57 of their case starts per year.[121] As illustrated below, at a custom prescription unit price of $30.8 per archwire, the sales potential in the United States was estimated to be approximately 587,000 units.[122]

---

[119] SA_010465 at 50.
[120] SA_010465 at 8, 51.
[121] SA_010465 at 8.
[122] SA_010465 at 59; SA_010587, column O.

HIGHLY CONFIDENTIAL

INTELLECTUAL CAPITAL EQUITY

**Figure 10: VSAS Unit/Revenue Forecast – Custom Prescription[123]**



Given the recommended price points for both product configurations, VFG estimated the U.S. market to be approximately 1.5 million archwires.[124] This market estimate is consistent with the testimony of Mr. Kuntz who believes that the multi-force archwire market in the 2017-2018 time frame was about 1.6 million wires.[125]

Mr. Kuntz testified that SmartArch Universal's competitors historically included Dentsply (the former market leader with Bioforce who is not in the game anymore) and other companies like G&H and PreviDent who have multi-force offerings.[126]

## 8.    PATENT APPLICATIONS AT ISSUE

As discussed in Section 5.1, two of the patent applications at issue in this matter are the '727 and '338 provisional applications.[127]

---

[123] SA_010465 at 59.
[124] SA_010465 at 50, 59; SA_010587, columns N, O.
[125] Deposition of Michael Kuntz, February 10, 2021, pp. 207-208.
[126] Deposition of Michael Kuntz, February 10, 2021, p. 211.
[127] Section 5.1.

INTELLECTUAL CAPITAL EQUITY

Both the '727 and '338 patent applications are titled "Systems and Methods for Designing Orthodontic Archwires for Malocclusions."[128] The applications disclose various embodiments relating to "orthodontic devices, systems, and/or methods for optimizing material properties of an orthodontic archwire" and that in "some embodiments, the devices, systems, and/or methods can include an orthodontic archwire having different archwire segments with varying stiffness."[129]

Prior to these inventions, orthodontists have commonly used one of three different orthodontic archwire solutions to address severe malocclusions.[130] The first solution relies on segmentation of the archwire and construction of customized appliances, both of which take considerable chair time and are prone to breakage as well as discomfort. The second solution that has been used by orthodontists is the use of multiple archwires, also referred to as the piggyback approach. When orthodontists use multiple archwires, there is typically one flexible archwire that is superposed on a higher stiffness archwire in order to achieve differential stiffness for the target area. This method also requires a significant amount of chair time as well as initial alignment so that the clinician can fit the stainless steel (higher stiffness) archwire on the anchorage teeth. The third solution utilized by orthodontists uses triple force archwires. These archwires are typically thermoelectrically treated nickel titanium (NiTi) wires that have progressively higher stiffness towards the posterior region of the arch. The only clinical consideration in these archwires is the size of the tooth, which means these archwires deliver random force values and do not have any publications validating their use in practice.[131]

With the inventions described in the patent applications, orthodontists can use a single archwire with the desired or predetermined force levels on each individual tooth, which leads to less orthodontist chair time as well as allowing the clinician to set up the archwire with less effort.[132]

As discussed, SA has filed the '204 and '085 non-provisional applications, both of which claim priority to the '727 and '338 provisional applications and list Dr. Viecilli as an inventor.[133] I understand that the '204 application has received a Notice of Allowability and would be issued as a patent pending the submission of inventor declarations from the named inventors, Drs. Viecilli and Khan.[134]

## 9.     TIMELINE OF EVENTS

The following is a timeline of certain events, provided for convenience:

- ▪ December 10, 2014          Effective date of the SA-LLU Consulting Agreement.[135]

---

[128] LLU0000953-967 at 953; LLU0000856-946 at 856.
[129] LLU0000953-967 at 953; LLU0000856-946 at 856.
[130] LLU0000953-967 at 953; LLU0000856-946 at 856.
[131] LLU0000953-967 at 953; LLU0000856-946 at 856.
[132] LLU0000953-967 at 954; LLU0000856-946 at 857.
[133] Complaint and Demand for Jury Trial, May 10, 2019, pp. 14-15.
[134] Opening Expert Report of Nicholas P. Godici, March 31, 2021, par. 61.
[135] LLU0000984-993 at 984.



- June 17, 2015      SA and LLU execute the Consulting Agreement.[136]
- 2016-2017      SA manufactures and sells SmartArch Universal archwires.[137]
- April 25, 2018      SmartArch and Ormco enter into the Manufacturing Process Agreement.[138]
- November 5, 2018      SmartArch and Ormco enter into the First Amended and Restated Manufacturing Process Agreement.[139]
- March 2019      Ormco takes over the sales of the SmartArch Universal archwires while SA continues to process the archwires for Ormco.[140]
- May 10, 2019      LLU files suit against SA for breach of contract, quiet title to inventions, and rescission of invention assignments.[141]

## 10. CALCULATION OF DAMAGES

### 10.1 Lost Royalty Revenue from SA

As a result of SA's alleged breach of contract, LLU has lost certain royalty revenue from SA. Under the terms of the Consulting Agreement, SA agreed to pay a 4% royalty rate on the gross profits earned on the sale of any covered products.[142] To calculate the gross profits earned on the sale of SmartArch Universal archwires, I relied on SA's interrogatory responses, SA_035999 (a litigation created document), the deposition testimony of Mr. Michael Bain (SA's CFO[143]), and other SA produced documents created during the ordinary course of business.

To calculate the gross profits earned on the sale of the products at issue, I first quantified SA's revenues for its SmartArch Universal archwires. In its interrogatory response, SA set forth the following SmartArch Universal unit sales and revenue for two time frames: 2016-2017 and March 2019- 2020.

---

[136] LLU0000984-993 at 993.
[137] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 18.
[138] SA_005085-113 at 085.
[139] SA_005034-066 at 057-058.
[140] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 18.
[141] Complaint and Demand for Jury Trial, May 10, 2019, p. 1.
[142] LLU0000984-993 at 991.
[143] Deposition of Michael Kuntz, February 10, 2021, p. 213.

HIGHLY CONFIDENTIAL


INTELLECTUAL CAPITAL EQUITY

**Figure 11: SmartArch Universal Unit Sales & Revenue[144]**

| SA SmartArch Production | 2016 - 2017 | | | Ormco SmartArch Consignment Production | March 2019 - 2020 | |
|---|---|---|---|---|---|---|
| | Quantity | Revenue (USD) | | | Quantity | Revenue (USD) |
| Ormco (Samples) | 1,500 | - | | Ormco | 210,900 | $ 780,330 |
| Patterson Dental | 100 | $ 1,650 | | Sonia Palleck (Samples) | 1,305 | - |
| Dentsply Sirona (Samples) | 32 | - | | | | |
| Sales Demo (Samples) | 354 | - | | **Total** | **212,205** | **$ 780,330** |
| Direct Sales | 162 | 1,880 | | | | |
| Direct Samples | 2,261 | - | | **Total Excl. Samples** | **210,900** | **$ 780,330** |
| Rodrigo Viecilli (Donation) | 720 | - | | | | |
| **Total** | **5,129** | **$ 3,530** | | **Average Sales Price** | | **$ 3.70** |
| **Total Excluding Samples/Donations** | **262** | **$ 3,530** | | | | |
| **Average Sales Price** | | **$ 13.47** | | | | |

In order to display the March 2019-2020 unit sales and revenue on a yearly basis, I relied on SA_035999 which reports that SA produced 64,140 archwires in fiscal year 2020 at a per unit sales price of $3.70 USD.[145]  I note that SA's 2020 fiscal year spans from December 1, 2019 through November 30, 2020.[146] As SA's interrogatory response did not specify the ending period associated with its "March 2019-2020" data, I have made the assumption that SA's interrogatory response includes sales through November 30, 2020 (the end of SA's 2020 fiscal year).  Given this assumption, I was able to calculate the unit sales of archwires produced in FY

---

[144] SA's Supplemental Answers to LLU's First Set of Interrogatories, February 22, 2021, p. 18-19; Exhibit 6.1.
[145] SA_035999.
[146] Deposition of Michael Bain, March 2, 2021, pp. 44-45.

HIGHLY CONFIDENTIAL

INTELLECTUAL CAPITAL EQUITY

2019 and FY 2020.[147] Applying SA's average selling price of $3.70 USD per unit, I calculated SmartArch revenue in fiscal year 2019 and fiscal year 2020.[148]

**Figure 12: SmartArch Universal Unit Sales & Revenue, by Fiscal Year[149]**

|  | FY 2016 - 2017 | FY 2018 | FY 2019 | FY 2020 | Total |
|---|---|---|---|---|---|
| Units Sold | 262 | n/a | 146,760 | 64,140 | 211,162 |
| ASP | $ 13.47 | $ - | $ 3.70 | $ 3.70 | n/a |
| Revenue | $ 3,530 | $ - | $ 543,012 | $ 237,318 | $ 783,860 |

According to Mr. Bain, SA does not track the cost of goods sold ("COGS") in its accounting system.[150] Indeed, SA's income statements that purportedly breakout the revenue and COGS for its various verticals (including the SmartArch vertical) largely have zero dollars reported for COGS.[151] For example, in its 2016, 2017, 2018 and 2020 income statements, SA reports zero COGS for its SmartArch vertical which would indicate a gross margin of 100%.[152] In its 2019 income statement, SA reports $124,611 CAD in COGS for its SmartArch vertical which results in a gross margin of 84.3%.[153] Mr. Bain testified that he "spent about a week working through cost of goods sold calculations, had discussions with Ibraheem Khan the COO and Michael Kuntz, the CEO and our lead counsel" in an effort to calculate the COGS for the products at issue.[154] Mr. Bain's conclusionary COGS calculations for FY 2020 are reflected in SA_035999.[155] Given Mr. Bain's COGS calculation of $3.17 CAD per unit (approximately $2.36 USD per unit[156]), SA realized a gross margin of 36.3% for the fiscal year 2020.[157] I have not seen any similar COGS calculations for SA's 2016-2017, or 2019 sales of SmartArch Universal archwires. Nor am I aware of any SA gross margin data for sales generated prior to fiscal year 2020.

Given this lack of data, I have estimated SmartArch Universal gross profits using two different methodologies. Under the first method, I estimated SmartArch Universal gross profits earned on the sale of the SmartArch Universal from 2016 through 2020 by applying the FY 2020 gross margin of 36.3% for this entire period. I note that given the impact of COVID on 2020 financials (discussed in Section 7.1), utilizing the FY 2020 gross margin for the entire period is likely to understate the gross profits SA earned on the SmartArch Universal archwires. Applying

---

[147] Exhibit 6.2.
[148] SA_035999. This price is consistent with the negotiated price presented in the First Amended and Restated Manufacturing Process Agreement between SmartArch Inc. and Ormco Corporation. *See* Section 5.3.
[149] Exhibit 4.2.
[150] Deposition of Michael Bain, March 2, 2021, p. 41.
[151] Deposition of Michael Bain, March 2, 2021, p. 40; Exhibit 8.1.
[152] Exhibit 8.1.
[153] Exhibit 8.1.
[154] Deposition of Michael Bain, March 2, 2021, p. 14.
[155] Deposition of Michael Bain, March 2, 2021, pp. 43-44.
[156] Exhibit 7.1.
[157] Exhibit 7.1.

**INTELLECTUAL CAPITAL EQUITY**

the 4% royalty rate that was negotiated in the Consulting Agreement to the SmartArch Universal gross profits results in the following royalty revenue due to LLU.

**Figure 13:  LLU Lost Royalty Revenues from SA, Gross Margin of 36.3%[158]**

|  | FY 2016-2017 | FY 2018 | FY 2019 | FY 2020 | Total |
|---|---|---|---|---|---|
| Revenue | $     3,530 | - | $   543,012 | $   237,318 | $   783,860 |
| Gross Margin | 36.3% | - | 36.3% | 36.3% | 36.3% |
| Gross Profit | $     1,283 | - | $   197,360 | $     86,254 | $   284,897 |
| Royalty Rate | 4% | - | 4% | 4% | 4% |
| Total Damages | $        51 | - | $     7,894 | $     3,450 | $     11,396 |

While the litigation created document provides a gross margin of 36.3% for FY 2020, other produced documents created in the ordinary course of business reflected a lower COGS and therefore, a higher gross margin. For example, in an August 1, 2017 email, Dr. Ibraheem Khan states that SA's "costs are roughly $0.45/wire" in USD.[159] Given the contemplated price of $3.20/wire USD, this results in a gross margin of 85.9%.[160]  In a November 2017 email, Dr. Khan states that SA's "processing costs per wire is about $0.40 CDN for yr 1, going down to $0.27 CDN when reaching 500k units."[161] Given the contemplated price of $3.20/wire USD and a COGS of $0.40/wire CAD results in a gross margin of 90.3%.[162]  As such, under the second scenario, I estimated SA's gross profits by utilizing the 90.3% gross margin figure and applied the 4% royalty rate that was negotiated in the Consulting Agreement to arrive at lost royalty revenue.  The resulting calculation is summarized in the following figure.

---

[158] Exhibit 4.1.
[159] SA_031224-226 at 224-225.
[160] SA_031224-226 at 224-225; Exhibit 7.2.
[161] SA_031573-576 at 573.
[162] SA_031573-576 at 573; Exhibit 7.2.

INTELLECTUAL CAPITAL EQUITY

**Figure 14:  LLU Lost Royalty Revenues from SA, Gross Margin of 90.3%**[163]

|  | FY 2016-2017 | FY 2018 | FY 2019 | FY 2020 | Total |
|---|---|---|---|---|---|
| Revenue | $ 3,530 | $ - | $ 543,012 | $ 237,318 | $ 783,860 |
| Gross Margin | 90.3% | - | 90.3% | 90.3% | 90.3% |
| Gross Profit | $ 3,188 | - | $ 490,387 | $ 214,319 | $ 707,894 |
| Royalty Rate | 4% | - | 4% | 4% | 4% |
| Total Damages | $ 128 | $ - | $ 19,615 | $ 8,573 | $ 28,316 |

## 10.2    Lost Licensing Opportunity

As a result of the inappropriate assignment of LLU's rights in its provisional patent applications to SA, LLU has lost the opportunity to license its inventions and applications to third-party orthodontics manufacturers, resulting in lost royalties. This is further compounded by SA's bad acts during the prosecution of subsequent applications claiming priority to the LLU applications. As one measure of LLU's lost licensing opportunities, I have considered the royalties that LLU has lost by not entering into a licensing agreement with Ormco.

Through Ormco's agreement with SA and its subsequent sale of the SmartArch archwires, Ormco has demonstrated its interest in the products at issue.  In fact, Ormco expressed interest in variable stiffness wires as of early 2013.[164] Dr. Viecilli testified that during this time frame, he and Dr. Burstone discussed with Ormco that if their invention "became an actual product, than there would be a patent, and we [Drs. Viecilli and Burstone] would be paid royalties on it."[165] Consistent with that testimony, in June 2013, Sam Alauddin, an Ormco employee, emailed Dr. Viecilli stating "We can certainly discuss royalty arrangements if patent rights are acquired or licensed by Ormco for a product."[166] I understand that if LLU would have retained ownership of the patent applications at issue, Ormco would have required a license from LLU to gain access to LLU's inventions.  This is consistent with Dr. Viecilli's testimony that, Sam Alauddin told him that the SmartArch product utilized "the Loma Linda patent" and that Ormco had licensed the wire from SA because the patent was assigned to SA.[167]  I understand that "the Loma Linda patent" refers to the patent applications that were assigned to SA in 2015 and 2016.[168]

I have also reviewed the opening expert report of Nicholas P. Godici, who has assessed the impact on LLU if the ownership of the '204 and '085 patent applications reverts back to LLU.[169] Based on Mr. Godici's report, I understand that even if the applications and/or resulting patents revert back to LLU there is a risk that LLU could be negatively impacted and/or will lose certain

---

[163] Exhibit 4.2.
[164] Deposition of Rodrigo Viecilli, March 1, 2021, pp. 45-47; LLU0014088-092 at 088.
[165] Deposition of Rodrigo Viecilli, March 1, 2021, pp. 45-47.
[166] LLU00014201-204 at 201.
[167] Deposition of Rodrigo Viecilli, March 1, 2021, pp. 38, 213-215; LLU0008818-819 at 819.
[168] Deposition of Rodrigo Viecilli, March 1, 2021, p. 226.
[169] Opening Expert Report of Nicholas P. Godici, March 31, 2021, par. 60, 67.

HIGHLY CONFIDENTIAL



patent rights.[170]  Further, under the scenario in which "LLU would be negatively impacted by receiving a patent with improper inventorship," "LLU would be required to correct the inventorship through either a costly reissue filing and prosecution under 35 U.S.C. §251, a supplemental examination in the PTO under 35 U.S.C. §257, or by a costly court action under 35 U.S.C. §256."[171]  The cost of LLU engaging in such proceedings at the PTO range from $4,540 to $17,300, at a minimum, as well as substantive attorneys' fees – as with a court action under U.S.C. §256. [172]

Furthermore, based on the expert report of Mr. Godici, I understand that the actions of SA may have substantially impacted the value of any patents issuing from the pending applications, including that such applications may be rendered unenforceable.[173]  Therefore, it is likely LLU has suffered damages related to these lost opportunities regardless of whether the assignments to SA are rescinded.

I have utilized the Manufacturing Process Agreement between SA and Ormco as a guidepost for the time frame for which to consider LLU's lost licensing opportunity.  I understand that, absent a breach or other specified conditions, the agreement between SA and Ormco would be effective through November 8, 2025. [174]  Therefore, I have considered LLU's lost licensing revenue through the end of SA's FY 2025.[175]

To quantify the units subject to a royalty, I first considered projections of Ormco's sales of the products at issue:

- In a June 2017 email from Steve Tomassi at Kavo Kerr[176] that was forwarded to SA personnel, given an ASP of $12.8 per archwire, Ormco expected to sell 200,421 wires in the first 18 months, 300,632 wires in the next 12 months, and 400,843 wires in the next 12 months in the U.S./Canada.  After the initial 18-month period, Ormco expected to sell in the rest of the world an additional 142,989 wires in a 12-month period, and 285,978 in the next 12 months.[177]

- In a July 25, 2017 email, Ibraheem Khan from SA sent a file titled "Copy of Business Case -Ormco.xlsx" that was noted as containing "our [SA] calculations" to Sam Alauddin.[178]  In this file, SA forecasted that Ormco would sell 325,000 SmartArch wires in 2018 at an ASP of $12.8, 650,000 SmartArch units in 2019 at an ASP of $13.50, and

---

[170] Opening Expert Report of Nicholas P. Godici, March 31, 2021, par. 62-64, 68-70.
[171] Opening Expert Report of Nicholas P. Godici, March 31, 2021, par. 64, 70.
[172] Opening Expert Report of Nicholas P. Godici, March 31, 2021, par. 65.
[173] Opening Expert Report of Nicholas P. Godici, March 31, 2021, par. 66, 71.
[174] SA_005034-066 at 034, 046, 058.
[175] I note that SA's fiscal year 2025 ends on November 30, 2025. I have utilized SA's fiscal year rather than a calendar year as SA has produced sales of the SmartArch Universal on a fiscal year basis.  *See e.g.,* SA_035999, SA_034224.
[176] KaVo Kerr was a former subsidiary of Danaher and the parent company of Ormco. Now KaVo Kerr is a subsidiary of Envista and a sister company to Ormco.  Deposition of Michael Kuntz, February 10, 2021, pp. 168-169.
[177] SA_031090-093 at 091-093.
[178] SA_031139.

INTELLECTUAL CAPITAL EQUITY

1,300,000 SmartArch wires in 2020 at an ASP of $15.00.[179] SA also forecasted that Ormco would realize 68.0% gross margin for SmartArch wires in 2018, 69.6% in 2019, and 72.7% in 2020.[180] SA forecasted that Ormco would achieve net margins of 18% in 2018, 21% in 2019, and 29% in 2020.[181]

- In an August 1, 2017 email from Steve Tomassi at Kavo Kerr to personnel at SA, Mr. Tomassi includes the following forecast of unit sales for Ormco sales of SmartArch wires given ASP ranging from $12.80 to $17.00: [182]

**Figure 15:  Ormco Forecasted Unit Volume, as of August 2017[183]**

| SM Charge | | | Unit Volume | | | |
|---|---|---|---|---|---|---|
| | | | 1st 18mns | 2nd Yr | 3rd Yr | Total |
| 1.40 | | 12.80 | 387,600 | 503,880 | 755,820 | 1,647,313 |
| 2.25 | ASP | 15.00 | 329,460 | 428,298 | 642,447 | 1,400,220 |
| 2.50 | | 16.00 | 263,568 | 342,638 | 513,958 | 1,120,180 |
| 3.20 | | 17.00 | 184,498 | 239,847 | 359,770 | 784,132 |

- In a SA document labeled "Forecast-Assumptions", it's noted that "Ormco production Feb to Nov 2020 forecasted to be approx. 300,000 wires at $3.70/wire" and that the "[p]lan is to produce 500,000 wires for 2021 and 700,000 wires for 2022."[184]  These assumptions appear to form the basis of SA's forecasted SmartArch 2020-2022 income statement as SmartArch sales were projected to total $1,559,426 CAD in 2020[185], $2,405,000 CAD in 2021,[186] and $3,367,000 in 2022[187].[188]

While SA's latest forecast projected that it would process 300,000 archwires for Ormco in FY2020, the actual number SA processed was 64,140 archwires.[189]  Mr. Bain testified that SA's 2020 actual sales in comparison to its projections were "absolutely horrible" due to COVID:[190]

> *Q.   Do you know how Smarter Alloys, Inc. performed with respect to the projections for the remainder of the fiscal 2020 year?*
>
> *A.   I believe absolutely horrible, due to COVID.[191]*

---

[179] SA_031140.
[180] SA_031140; Exhibit 9.1.
[181] SA_031140; Exhibit 9.1.
[182] SA_012127-129 at 129.
[183] SA_012127-129 at 129.
[184] SA_034174.
[185] $1,559,426 CAD /3.7 price per wire /1.3 USD to CAD exchange rate = 324,205.
[186] $2,405,000 CAD /3.7 price per wire /1.3 USD to CAD exchange rate = 500,000.
[187] $3,367,000 CAD /3.7 price per wire /1.3 USD to CAD exchange rate = 700,000.
[188] SA_034224 at tab "SA_is.". I note this income statement contains actual data through January 2020.
[189] SA_035999.
[190] Deposition of Michael Bain, March 2, 2021, p. 54.
[191] Deposition of Michael Bain, March 2, 2021, p. 54.



INTELLECTUAL CAPITAL EQUITY

Indeed, SA's December 2019-November 2020 unit sales of SmartArch Universal archwires were approximately 44% of the volumes realized from March 2019-December 2019.

As discussed, after experiencing a sharp decline in April 2020, the broader dental service market has shown notable improvement as of October 2020 and ResearchandMarket.com anticipates that the impact of the pandemic will be short-term.[192]  Given the waning residual impact of COVID-19 on the orthodontic market in 2021, I have conservatively estimated that FY 2021 unit sales of SmartArch archwires will remain at the same level as FY 2020 unit sales.  Starting in 2022, I have assumed that Ormco would resume its anticipated sales trajectory at pre-pandemic levels achieving the same growth that was projected as of January 2020 with 300,000 units in 2022, 500,000 units in 2023, 700,000 units in 2024, and 900,000 units in 2025.[193]

Next, I estimated the revenue that Ormco would realize on the sale of the products at issue. During the relevant period, Ormco has sold the products at issue at an ASP of $12.80.[194]  While Ormco has contemplated raising its ASP for the SmartArch Universal in the future,[195] I have conservatively assumed that the ASP would remain at $12.80 during the forecast period.

**Figure 16:  Ormco SmartArch Universal Revenue, 2019-2025[196]**

| | 2019 | 2020 | Forecast 2021 | Forecast 2022 | Forecast 2023 | Forecast 2024 | Forecast 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| SmartArch Unit Sales | 146,760 | 64,140 | 64,140 | 300,000 | 500,000 | 700,000 | 900,000 | 2,675,040 |
| Ormco ASP | $    12.80 | $    12.80 | $    12.80 | $    12.80 | $    12.80 | $    12.80 | $    12.80 | $    12.80 |
| Ormco Revenue | $  1,878,528 | $  820,992 | $  820,992 | $  3,840,000 | $  6,400,000 | $  8,960,000 | $ 11,520,000 | $ 34,240,512 |

Next, I considered the royalty rate that LLU and Ormco would agree to pay for a license to LLU's inventions.  I am aware that Dr. Viecilli, Dr. Burstone and Ormco considered a royalty of 4% to 6% of sales.  For example, in an internal email thread from July 2014 between Dr. Viecilli and Dr. Burstone discussing their royalty negotiations with Ormco, Dr. Burstone summarizes that "we [Drs. Burstone and Viecilli] want a royalty from the sale of all wires using the SEArch concept."[197] I note that the SEArch wire/SEArch concept was the name for the prototype wire that would eventually be commercialized by SA/Ormco.[198] Dr. Viecilli writes back to Dr. Burstone, "It seems like royalties run 4-6% and we could split."[199] Dr. Burstone responds, "We could start our negotiation at 6%. 5% is typical with patent protection. 2.5% without patent for know-how" and notes that "Orthodontic royalties are higher than most royalties in industry generally."[200] In another July 2014 email, Dr. Burstone writes to Sam Alauddin, copying Dr. Viecilli, that the form of a royalty agreement should be based on the net

---

[192] *See* Section 7.1.
[193] *See* SA_034174; SA_034224 at tab "SA_is".
[194] SA_012127-129 at 129; SA_031140; SA_031090-093 at 091.
[195] *See* SA_031140; SA_012127-129 at 128-129.
[196] Exhibit 5.1.
[197] LLU0012294-295 at 294-295. I note that Dr. Burstone also summarizes that any research done by himself and Dr. Viecilli needs a separate agreement. LLU0012294-295 at 295.
[198] *See* Deposition of Rodrigo Viecilli, March 1, 2021, pp. 114-117.
[199] LLU0012294-295 at 294.
[200] LLU0012294-295 at 294; *See* also LLU0007350-351.

 INTELLECTUAL CAPITAL EQUITY

sales of the wire.[201] In an August 2014 email sent by Dr. Viecilli to Ormco, a 6% rate was discussed as a potential royalty rate for an agreement between Drs. Burstone and Viecilli and Ormco:[202]

> *The method to calculate material properties/ forces delivered by the wire to match tooth force proportions has not been published, is completely original, but was NOT completed under a consulting agreement with Ormco, it was completed under the verbal agreement between Dr. Burstone, Sam and I of royalties over a patent in the future which was initiated with a disclosure document. In our last meeting we started to talk about an agreement to pursue the archwire patent with 6% royalties divided and are willing to finalize it as soon as Ormco has an agreement with Smarter Alloys. I hope we can continue this discussions in the future.*

In an email from September 2014 from Dr. Viecilli to Sam Alauddin, Rajiv Yadav, and Dr. Burstone, Dr. Viecilli writes "[o]ur proposal remains the same that was equally agreed upon earlier, 6% royalties for whatever uses the technology Dr. Burstone and I worked months to develop."[203]

Given the above evidence, but-for the ineffectual assignment of LLU's patent rights to SA, and/or based on the inappropriate actions taken by SA during prosecution of the patents, I have projected the royalty LLU would have received from Ormco would range from 4% to 6% of sales. Applying this royalty rate to Ormco's revenue results in the following lost royalties due to LLU.

**Figure 17:  LLU Royalties from Lost Licensing Opportunity[204]**

| Lower End | 2019 | 2020 | Forecast 2021 | Forecast 2022 | Forecast 2023 | Forecast 2024 | Forecast 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| Ormco Revenue | $ 1,878,528 | $ 820,992 | $ 820,992 | $ 3,840,000 | $ 6,400,000 | $ 8,960,000 | $ 11,520,000 | $ 34,240,512 |
| Royalty Rate | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| Royalties Payable to LLU, 4% Royalty | $ 75,141 | $ 32,840 | $ 32,840 | $ 153,600 | $ 256,000 | $ 358,400 | $ 460,800 | $ 1,369,620 |
| Upper End | | | | | | | | |
| Ormco Revenue | $ 1,878,528 | $ 820,992 | $ 820,992 | $ 3,840,000 | $ 6,400,000 | $ 8,960,000 | $ 11,520,000 | $ 34,240,512 |
| Royalty Rate | 6% | 6% | 6% | 6% | 6% | 6% | 6% | 6% |
| Royalties Payable to LLU, 6% Royalty | $ 112,712 | $ 49,260 | $ 49,260 | $ 230,400 | $ 384,000 | $ 537,600 | $ 691,200 | $ 2,054,431 |

However, the amounts calculated above represent future cash flows from 2021 through 2025, which are not guaranteed to occur. As a result, it is appropriate to discount such cash flows to their net present value ("NPV") using an appropriate discount rate. The treatise *Valuation and Dealmaking of Technology-Based Intellectual Property*, written by Richard Razgaitis, provides risk adjusted hurdle rates ("RAHR") associated with different groups of risk with various

---

[201] LLU0012297-299 at 297.
[202] LLU0007513-516 at 515.
[203] LLU0007350-351 at 350.
[204] Exhibit 5.1; Exhibit 5.2.



INTELLECTUAL CAPITAL EQUITY

characteristics.[205]   RAHRs account for a hypothetical buyer's required rate of return, or the associated risk of commercializing a technology.  RAHRs are a useful measure of risk, especially where the risks being considered are difficult to measure precisely.  The following figure lists various categories of investment/licensing opportunities and their associated RAHRs, as viewed by investors.

**Figure 18:  Approximate Values of Risk-Adjusted Hurdle Rates[206]**

| Characterization of Risk | Approximate RAHR |
|---|---|
| "Risk-free," such as building a duplicate plant to make more of a currently made and sold product in response to presently high demand | 8-18% (approximates the corporate rate of borrowing) |
| Very low risk, such as incremental improvements with a well-understood technology into making a product presently made and sold in response to existing demand | 15-20% (discernibly above the corporation's goal for return on investment to its shareholders) |
| Low risk, such as making a product with new features using well-understood technology into a presently served and understood customer segment with evidence of demand for such features | 20-30% |
| Moderate risk, such as making a new product using well-understood technology to a customer segment presently served by other products made by the corporation and with evidence of demand for such a new product | 25-35% |
| High risk, such as making a new product using a not well-understood technology and marketing it to an existing segment or a well-understood technology to a new market segment | 30-40% |
| Very high risk, such as making a new product with new technology to a new segment | 35-45% |
| Extremely high risk, such as creating a startup company to go into the business of making a product not presently sold or even known to exist using unproven technologies | 50-70% or even higher |

I have conservatively chosen a discount rate of 20%, which coincides with the RAHRs for the upper end of very low risk and the lower end of low risk, as described in the figure above.  Using 20% as the discount rate results in the following calculation of the NPV of future royalties from accused revenues.

---

[205] Richard Razgaitis, Valuation and Dealmaking of Technology-Based Intellectual Property: Principles, Methods, and Tools, (Hoboken, NJ: John Wiley & Sons, 2009), p. 271.
[206] Richard Razgaitis, Valuation and Dealmaking of Technology-Based Intellectual Property: Principles, Methods, and Tools, (Hoboken, NJ: John Wiley & Sons, 2009), p. 271.

INTELLECTUAL CAPITAL EQUITY

**Figure 19:  NPV of Future LLU But-For Royalty Revenue, Lost Licensing Opportunity[207]**

| *Lower End* | 2019 | 2020 | *Forecast* 2021 | *Forecast* 2022 | *Forecast* 2023 | *Forecast* 2024 | *Forecast* 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| Royalties, 4% Royalty Rate | $ 75,141 | $ 32,840 | $ 32,840 | $ 153,600 | $ 256,000 | $ 358,400 | $ 460,800 | $ 1,369,620 |
| Discount Rate | - | - | 20% | 20% | 20% | 20% | 20% | 20% |
| Discount Period | - | - | 0.5 | 1.5 | 2.5 | 3.5 | 4.5 | n/a |
| Discount Factor | - | - | 0.9129 | 0.7607 | 0.6339 | 0.5283 | 0.4402 | n/a |
| Future Royalty Payments, 4% Royalty | $ 75,141 | $ 32,840 | $ 29,978 | $ 116,847 | $ 162,288 | $ 189,336 | $ 202,860 | $ 809,291 |
| *Upper End* | | | | | | | | |
| Royalties, 6% Royalty Rate | $ 112,712 | $ 49,260 | $ 49,260 | $ 230,400 | $ 384,000 | $ 537,600 | $ 691,200 | $ 2,054,431 |
| Discount Rate | - | - | 20% | 20% | 20% | 20% | 20% | 20% |
| Discount Period | - | - | 0.5 | 1.5 | 2.5 | 3.5 | 4.5 | n/a |
| Discount Factor | - | - | 0.9129 | 0.7607 | 0.6339 | 0.5283 | 0.4402 | n/a |
| Future Royalty Payments, 6% Royalty | $ 112,712 | $ 49,260 | $ 44,968 | $ 175,271 | $ 243,432 | $ 284,004 | $ 304,290 | $ 1,213,937 |

## 10.3    Conclusion

Based on the totality of the circumstances in this case and the information available to me at this time, I have calculated damages owed to LLU under two theories: 1) the royalties payable from SA to LLU under the terms of the Consulting Agreement; and 2) lost royalty revenue from LLU's lost licensing opportunity.  My opinions and the bases therefore are more fully described in the sections above; however, I have provided a summary of my damages calculations in the following figure.

**Figure 20:  Summary of Damages Calculations[208]**

|  | Lower End | | Upper End |
|---|---|---|---|
| LLU Lost Royalty Revenue from SA | $    11,396 | - $ | 28,316 |
| LLU Lost Royalty Revenue from Lost Licensing Opportunity | $    809,291 | - $ | 1,213,937 |

## 11.    ATTORNEY FEES, EXPERT FEES, AND COSTS

The Consulting Agreement states "[i]n the event that any legal action becomes necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled, in addition

---

[207] Exhibit 5.1; Exhibit 5.2.
[208] Exhibit 3.0.

INTELLECTUAL CAPITAL EQUITY

to its court costs, to such reasonable attorneys' fees, expert witness fees and legal expenses as shall be fixed by a court of competent jurisdiction."[209]

I understand legal fees, expert fees, and costs are ongoing. As such, it is not timely to evaluate this measure of damages until the litigation is substantially completed (*i.e.,* after a jury returns a verdict or the Court disposes of the case in some other manner). I reserve the right to provide an accounting of these fees and costs at the appropriate time.

## 12.    PREJUDGMENT INTEREST

From an economic analysis standpoint, a time-value-of-money award would be necessary to compensate Plaintiff for the loss of use of funds during the damages period. However, I understand that an award of prejudgment interest is a legal matter and that the Court has substantial discretion in determining the interest rate and compounding method to be awarded. I have not prepared any prejudgment interest calculations as of this date, but I am prepared to do so if requested by the Court.

## 13.    SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____                    __March 31, 2021_____

Andrew W. Carter                                                            Date

---

[209] LLU0000984-993 at 986.

HIGHLY CONFIDENTIAL





# OCEAN TOMO

INTELLECTUAL CAPITAL EQUITY

200 West Madison, 37th Floor

Chicago, Illinois 60606

(312) 327-4400 Ph

(312) 327-4401 Fx

www.oceantomo.com

Exhibit 1



**OCEAN TOMO**
INTELLECTUAL CAPITAL EQUITY

# ANDREW W. CARTER
# CURRICULUM VITAE

March 31, 2021

**Andrew W. Carter** is one of the founding partners, Chief Operating Officer, and head of the Expert Testimony practice of Ocean Tomo, the leading Intellectual Capital Merchant Banc® firm. The company provides services related to Intellectual Property expert testimony, valuation, investments, risk management and transactions. Ocean Tomo assists clients – corporations, law firms, governments and institutional investors – in realizing Intellectual Capital Equity® value broadly defined.

Mr. Carter's efforts at Ocean Tomo are concentrated in the areas of intellectual property damages expert witness testimony, licensing, valuation, and investment. Mr. Carter has testified in excess of 80 times. His testimony in court covers some of the most popular patent infringement forums in the country, including ND California, Delaware, ED Texas, SD New York, New Jersey, WD Wisconsin, and MD Florida. He has also provided testimony at the International Trade Commission and in Canadian Federal Court.

Prior to Ocean Tomo, Mr. Carter was one of the founders of the Duff & Phelps Capital Partners Sale/License-Back Fund. The Fund was formed to acquire, pool, and license patent portfolios in critical technology areas. Prior to the Fund, Mr. Carter was a partner at the largest U.S. consulting firm focusing on the economic, strategic, and licensing issues related to intellectual property.

Mr. Carter contributes to the intellectual property community outside of Ocean Tomo as well. For several years he was an Adjunct Professor at the Illinois Institute of Technology, teaching a masters-level course on the management of intellectual property. He is also an inventor, having filed several patent applications, and co-inventing patents 7,716,076, 8,355,932, and 8,694,419. He has been named to IAM's list of the World's Leading Patent Professionals as well as the World's Leading IP Strategists.

Mr. Carter's clients cover a wide variety of industries, including telecommunications, internet services, electronics, industrial products and processes, software, consumer products, pharmaceuticals, medical devices, financial services, securities, casinos/gaming, and entertainment. He is a frequent speaker on the financial, accounting, business, and legal issues related to intellectual property.

Andrew W. Carter
Ocean Tomo, LLC
200 West Madison, 37th Floor
Chicago, Illinois 60606
312.327.4420
acarter@oceantomo.com

**EDUCATION**         University of Chicago, Graduate School of Business, M.B.A.
                      with concentrations in Policy Studies and Statistics.
                      Graduated with High Honors.

                      Rose-Hulman Institute of Technology, B.S. in Chemical Engineering
                      with a minor in Economics.

**PROFESSIONAL**      Certified Public Accountant, State of Illinois, August 9, 1996.
**CERTIFICATIONS**    Certificate No. 67,784.

                      Licensed Public Accountant, State of Illinois.  License No. 0065-025347.

                      Registered Public Accountant Continuing Professional Education Sponsor
                      (State of Illinois).  License No. 158-001945.

                      Arbitrator, American Arbitration Association, 2003.

                      Certified Licensing Professional.  Certification No. 1470.

                      Certified in Financial Forensics.  Certification No. 251.

                      Chartered Global Management Accountant.  Certification No. 110050176.

                      FINRA Series 7 License and Series 63 License holder.

**EXPERIENCE**        Co-Founder and Managing Director, Ocean Tomo, 2003 to present.

                      Adjunct Professor, Illinois Institute of Technology, Masters-Level Program, 2011-
                      2015.

                      Principal, Duff & Phelps Capital Partners S/LB Fund, 2002 to 2003.

                      Managing Director, Principal, Associate, and Staff Consultant, InteCap, Inc.
                      (formerly IPC Group), 1993 to 2002.

                      Special Chemical Risk Coordinator, Loss Prevention Specialist, and Loss
                      Prevention Coordinator, Factory Mutual Engineering, 1988 to 1993.

**MEMBERSHIPS**    American Arbitration Association (2002 - 2005)
American Bar Association, Associate Member (1999 - present)
American Economic Association (1997 - 2002)
American Institute of Certified Public Accountants (1996 - present)
American Institute of Chemical Engineers (1993 - 2020)
American Statistical Association (1996 - 2002)
Illinois CPA Society (1996 - present)
Intellectual Property Owners Association (2001 - 2002)
Licensing Executives Society (1995 - present)
  - Valuation & Taxation Committee Chair (2001 - 2002)
Board of Editors, Patent Strategy & Management (2004-2009)

**PUBLICATIONS**    "Rite-Hite Corporation v. Kelley Company, Inc. Case Summary." *Licensing Economics Review*, Summer, 1995, With Lewis M. Koppel.

"Rite-Hite Corporation v. Kelley Company, Inc. Case Summary." *Intellectual Property Infringement Damages*, Cumulative Supplement, 1996, With Lewis M. Koppel.

"Monetary Awards for Trademark Infringement Damages Under the Lanham Act." *The Trademark Reporter*, July-August, 1996, With Gregory M. Remec.

"Financial Accounting and Reporting Considerations, Supplementary Material." *The New Role of Intellectual Property in Commercial Transactions*, Cumulative Supplement, 1997, With Michael J. Lasinski.

"Financial Accounting and Reporting Considerations." *Intellectual Property in the Global Marketplace, Volume 1, Valuation, Protection, Exploitation, and Electronic Commerce*, 2nd Edition, Melvin Simensky, Lanning Bryer and Neil J. Wilkof, September 1999, With Michael J. Lasinski.

"Patenting the New Business Model; Building Fences in Cyberspace. Damages Issues." *Intellectual Property Course Handbook Series, Number G-636* (PLI), Winter, 2001, With Elizabeth A.S. Bloomer, Christine E. Lehman, and Steven J. Rosenman.

"Accounting for Intellectual Property During Mergers and Acquisitions." *Intellectual Property Assets in Mergers and Acquisitions*, 2002.

"Generating Cash from a Patent Portfolio." *Patent Strategy & Management*, Vol. 5, No. 4, August, 2004, With Fayth A. Bloomer.

"Managing IP Value at Risk." *Patent Strategy & Management*, Vol. 5, No. 5, September, 2004, With Robert J. Block.

"Managing IP Value at Risk, Part Two of Two." *Patent Strategy & Management*, Vol. 5, No. 6, October, 2004, With Robert J. Block.

"Patent Cross-Licenses: A Financial Asset Hedge." *Patent Strategy & Management*, Vol. 5, No. 7, November, 2004, With Robert J. Block and Fayth A. Bloomer.

3

**PUBLICATIONS Continued…**

"Intellectual Capital Value at Risk." Patent Strategy & Management, Vol. 5, No. 8, December, 2004, With Robert J. Block and Fayth A. Bloomer.

"Patent Strategy Questions Raised By the eBay Decision." *Patent Strategy & Management*, Vol. 7, No. 6, November, 2006, With Adam T. Clifford.

"Who Cares About Japan?" *Patent Strategy & Management*, Vol. 8, No. 2, July 2007, With Suzue Fujimori and Mark Rollins.

"Who Cares About Japan? Part Two." *Patent Strategy & Management*, Vol. 8, No. 3, August, 2007, With Suzue Fujimori and Mark Rollins.

"Who Cares About Japan? Part Three." i, Vol. 8, No. 9, February 2008, With Suzue Fujimori and Mark Rollins.

"No Collapse in the Market for Ideas." featured in "A Flight to Quality" *IAM Magazine*, January/February 2009, by Nigel Page.

"Back to IP Basics With Green Energy Licensing." Featured in *Law360*, January 9, 2009, With Trevor Blum.

"Patent Licensing After ResQNet: Has the Federal Circuit Changed the Game?" Featured in LES *Insights*, April 2011, With Cate Elsten.

"Apportionment in Reasonable Royalty Damages", ABA 30th Intellectual Property Law Conference, March 2015. With Justin Lewis and Alexander Clemons.

"Where Do We Stand One Year After Alice?" Featured in Law360, *Voices of the Bar* series, June 17, 2015.

"With High Court Mum On Java Copyrights, Is Innovation Safe?" Featured in *Law360*, Voices of the Bar series, July 1, 2015.

"Do The Proposed AIA Rule Changes Go Far Enough?" Featured in *Law360, Voices of the Bar*, August 29, 2015.

| | |
|---|---|
| **TESTIMONY HISTORY** | Procter & Gamble v. Conopco, Inc., Unilever United States, Inc., Lever Brothers Company, Helene Curtis Industries, Inc., and Helene Curtis, Inc.<br>Civil Action No. 98-767-A, filed 6/2/1998<br>United States District Court, Eastern District of Virginia<br>Deposition Testimony |
| | Forensic Technology WAI, Inc., v. Mnemonic Systems, Inc.<br>Civil Action No. 98-924-A, filed 7/1/1998<br>United States District Court, Eastern District of Virginia<br>Deposition Testimony |
| | Sandra Solomon v. Kimberly-Clark Corporation<br>Civil Action No. CIV 96-2000 PHX RCB, filed 8/30/1996<br>United States District Court, District of Arizona<br>Deposition Testimony |
| | Surgical Acuity, Inc. v. General Scientific Corp.<br>Civil Action No. 98-C-0457-S filed, 7/1/1998<br>United States District Court, Western District of Wisconsin<br>Trial Testimony |
| | Concord Camera Corp., v. Fuji Photo Film Co., Ltd.<br>Civil Action No. 97 Civ. 9534 (DC), filed 12/30/1997<br>United States District Court, Southern District of New York<br>Deposition Testimony |
| | Bell Atlantic Network Services, Inc. v. Covad Communications Group, Inc., et al.<br>Civil Action No. 2:99cv712, filed 5/13/1999<br>United States District Court, Eastern District of Virginia<br>Deposition Testimony |
| | Creative Products, Inc. of Rossville v. Follmer Development, Inc. and Americana Marketing, Inc.<br>Case No. 95-2246, filed 10/3/1995<br>United States District Court, Central District of Illinois<br>Deposition Testimony |
| | Fuji Photo Film Co., Ltd. v. Jazz Photo Corp., Jazz Photo Hong Kong Ltd. and Jack Benun<br>Civil Case No. 99-2937, (NHP) filed 6/23/1999<br>United States District Court, District of New Jersey<br>Deposition and Trial Testimony |
| | Mattel, Inc. v. Giochi Preziosi S.p.A et al.<br>Case No. 99-02258 VAP (RNBx), filed 3/2/1999<br>United States District Court, Central District of California<br>Deposition Testimony |

**TESTIMONY**
**HISTORY**
**Continued…**

Nicholas V. Perricone, M.D. v. Medicis Pharmaceutical Corp.
Case No. 3:99CV 1820, filed 9/15/1999
United States District Court, District of Connecticut
Deposition Testimony

In re: AI Realty Marketing of New York, Inc., Laser Acquisition Corp. DDG I, Inc., Sunbeam Americas Holdings, Ltd., at al., Debtors.
Sunbeam Products, Inc. v. Wing Shing Products (BVI) Ltd.
Case No. 01-40252 (AJG) through 01-40290 (AJG), Adv. Pro. No. 01-2439 (AJG), filed 2/6/2001
United States Bankruptcy Court, Southern District of New York
Deposition and Trial Testimony

CytoLogix Corporation v. Ventana Medical Systems, Inc.
Civil Action Nos. 00-12231-REK, filed 10/27/2000 and 01-10178-REK, filed 01/30/2001
United States District Court, District of Massachusetts
Deposition Testimony

In the matter of Certain Lens-Fitted Film Packages (United States International Trade Commission)
Investigation No. 337-TA-406, filed 3/25/1998
United States International Trade Commission
Deposition and Trial Testimony

Turn-Key-Tech, LLC v. Fuji Photo Film USA and Fuji Photo Film, Ltd.
Case No. 01CV1490 L, filed 8/17/2001
United States District Court, Southern District of California
Deposition Testimony

GE-Harris Railway Electronics, LLC, et al, v. Westinghouse Air Brake Company
Case No. 99-070 GMS, filed 2/12/1999
United States District Court, District of Delaware
Trial Testimony

Planet Bingo, LLC v. Gametech International, Inc. v. Gary Weingardt
Case No. CV-S-01-1295-JCM(PAL), field 11/2/2001
United States District Court, District of Nevada
Deposition Testimony

U.S. Philips Corporation v. Infodisc Technology USA, Inc., and Goodtimes Entertainment LLC
Case No. CV 04-10017 SWV (RZx), filed 12/8/2004
United States District Court, Central District of California
Deposition Testimony

Nissim Corp. v. Clearplay, Inc., Matthew Jarman, Lee Jarman, and William Aho
Case No. 04-21140-Civ-Huck/Turnoff, filed 5/13/2004
United States District Court, Southern District of Florida
Deposition Testimony

**TESTIMONY HISTORY Continued…**

Fuji Photo Film Co., Ltd. v. Jack C. Benun, Ribi Tech Products LLC, Polytech Enterprises Ltd, and Polytech (Shenzhen) Camera Co. Ltd
Case No. 2-05-CV-1863(KSH), filed 4/18/2005
United States District Court, District of New Jersey
Deposition and Trial Testimony

Network -1 Security Solutions, Inc., v. D-Link Corporation and D-Link Systems, Inc.
Civil Action No. 6:05-cv-00291-LED, filed 8/10/2005
United States District Court, for the Eastern District of Texas
Deposition Testimony

Fuji Photo Film Co., Ltd. v. Achiever Industries Ltd., Achiever Group Ltd., Yet Chan, DC Tech Industry Corp., Cindy Yang, Ferrania USA, Inc., Ferrania Technologies, S.p.A., Nortek Ltd., DCS Technology Ltd., Nortek Group Ltd., and Achiever USA Corp.
Case No. CV 05-08044 JFW, filed 11/10/2005
United States District Court, Central District of California
Deposition Testimony

Omega Patents, L.L.C. v. Fortin Auto Radio, Inc. and Directed Electronics, Inc.
Case No. 6:05-cv-01113-ACC-DAB, filed 7/29/2005
United States District Court, Middle District of Florida – Orlando Division
Deposition and Trial Testimony

Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. v. Ball Metal Beverage Container Corporation
Case No. 3:05-cv-0281 (WHR), filed 8/18/2005
United States District Court, Southern District of Ohio – Western Division
Deposition Testimony

Michael E. Argent v. Permalok Corporation, P-L International Inc., Richard Bauman, Joseph Rolnicki, and Thompson Coburn LLP
Case No. 042-09077, filed 11/23/2004
United States District Court, Circuit Court of Missouri- St. Louis County
Deposition Testimony

Minka Lighting, Inc. v. Maxim Lighting International, Inc., Maxim Lighting, Inc., and Maxim Group Companies.
Case No. 3-06CV0995-K, filed 6/6/2006
United States District Court, Northern District of Texas-Dallas Division
Deposition Testimony

Emcore Corporation v. Optium Corporation.
Case No. 2:06-CV-01202, filed 9/11/2006
United States District Court, Western District of Pennsylvania.
Deposition Testimony

Interface, Inc., et al., v. Mohawk Industries, Inc., et al.
Case no. 4:05-CV-0190-HLM, filed 6/21/2005
United States District Court, Northern District of Georgia
Deposition Testimony

**TESTIMONY**
**HISTORY**
**Continued…**

Solvay, S.A., v. Honeywell International Inc.
Case No. 06-557-SLR, filed 9/7/2006
United States District Court, District of Delaware
Deposition and Trial Testimony

Gemtron Corporation v. Saint-Gobain Corporation
Case No. 04-CV-0387, filed 6/10/2004
United States District Court, Western District of Michigan Southern Division
Deposition Testimony

Harris Corporation v. Federal Express Corporation
Case No. 6:07 – CV-1819-ORL-28 KRS, filed 11/16/2007
United States District Court, Middle District of Florida, Orlando
Division
Deposition Testimony

Quickie, LLC. v. Greenberg Traurig, LLP, Thelen
Reid Brown Raysmand & Steiner LLP
(f/k/a Thelen, Reid, Priest LLP) and Robert E. Krebs
Case No. 07 Civ. 10331 (RMB) (DFE), filed 11/14/2007
United States District Court, Southern District New York
Deposition Testimony

The Spoilage Cutter Company Incorporated d/b/a Martor USA v. World Kitchen,
LLC
Case No. 08-CV-01263, filed 3/3/2008
United States District Court, Northern District of Illinois
Deposition Testimony

Emcore Corporation and JDSU Corporation v. Optium Corporation
Case No. 2:07-cv-0326, filed 3/14/2007
United States District Court, Western District of Pennsylvania
Deposition and Trial Testimony

Saint Gobain Autover USA, Inc., et al v. Xinyi Glass North America, Inc. et al.
Case No. 1:06 CV 2781, filed 11/16/2006
United States District Court, Northern District of Ohio Eastern Division
Deposition and Trial Testimony

V. Mane Fils S.A. v. International Flavors & Fragrances Inc.
Case No. 06-02304 (FLW), filed 5/18/2006
United States District Court of New Jersey
Deposition Testimony

Beneficial Innovations, Inc. v. Blockdot, Inc., et al
Case No. 2:07-CV-263-TJW-CE, filed 6/20/2007
United States District Court, Eastern District of Texas
Deposition Testimony

**TESTIMONY**
**HISTORY**
**Continued...**

Beneficial Innovations, Inc. v. AOL, LLC, et al
Case No. 2:07-CV-555-TJW-CE, filed 12/20/2007
United States District Court, Eastern District of Texas
Deposition Testimony

Advanced Cartridge Technologies, LLC v. Lexmark International, Inc.
Case No: 8:10-cv-00486-SDM-TGQ, filed 2/22/2010
United States District Court, Middle District of Florida, Tampa Division
Deposition Testimony

SkyHawke Technologies, LLC. v. GPS Industries, LLC., et al.
Case No. 08-21496-CIV (Moreno/Brown), filed 5/23/2008
United States District Court, Southern District of Florida
Deposition Testimony

Geo Foundation, Ltd. v. Technical Consumer Products, Inc.
Case No. 50 133 T 00790 10, filed 12/8/2010
International Centre For Dispute Resolution, American Arbitration Association
Deposition and Arbitration Testimony

Medisim Ltd. v BestMed, LLC
Case No. 10-CV-02463-SAS, filed 3/17/2010
United States District Court, Southern District of New York
Trial Testimony

Corelogic Information Solutions, Inc. v. Fiserv, Inc. et al.
Case No 2:10-cv-132-TJW, filed 4/16/2010
United States District Court, Eastern District of Texas (Marshall Division)
Deposition and Trial Testimony

Magna Mirrors of America, Inc. v. 3M Company, Inc.
Case No. 2:07-cv-10688, filed 2/15/2007
United States District Court, Eastern District of Michigan (Southern Division)
Deposition Testimony

Responsive Innovations, LLC and Turning Technologies, LLC et al. v. Holtzbrinck
Publishers, LLC and MacMillian Publishers, Inc. et al.
Case No. 4:08-cv-01184-PCE, filed 5/13/2008
United States District Court, Northern District of Ohio (Eastern Division)
Deposition Testimony

Interface, Inc.; Interface Americas, Inc.; InterfaceFLOR LLC; and FLOR, Inc. v.
Tandus Flooring, Inc. and Tandus Flooring US, LLC.
Civil Action File No. 4:13-cv-00046-WSD, filed 2/26/2013
United States District Court, Northern District of Georgia (Rome Division)
Deposition Testimony

comScore, Inc. v. Moat, Inc.
Case No 2:12CV695-HCM/DEM, filed 7/20/2012
United States District Court, Eastern District of Virginia (Norfolk Division)
Deposition Testimony

**TESTIMONY HISTORY Continued…**

Advanced Fiber Technologies (AFT) v. J & L fiber Services, Inc.
Case No. 1:07 CV-01191-LEK – DRH, filed 11/9/2007
United States District Court, Northern District of New York
Deposition Testimony

In the matter of Silicon Microphone Packages and Products Containing the Same (United States International Trade Commission)
Investigation No. 337-TA-888, filed 6/21/2013
Deposition and Trial Testimony

Roy-G-Biv Corporation v. ABB Ltd., ABB Inc., MeadWestvaco Texas, LP, and MeadWestvaco Corp.
Case No. 6:11-cv-00622-LED, filed 11/15/2011
United States District Court, Eastern District of Texas (Tyler Division)
Deposition Testimony

Robertson Transformer Co. d/b/a Robertson Worldwide v. General Electric Company, GE Lighting LLC, H.B. Etlin Company, Ltd. a/k/a Etlin-Daniels, ARN Industries, Inc. d/b/a Halco Lighting Technologies, Hatch Transformers, Inc, Howard Industries Inc., and Keystone Technologies, LLC, and Super X Manufacturing Ltd. (Intervenor).
Case No. 1:12-cv-080904, filed 10/10/2012
United States District Court, Northern District of Illinois, Eastern Division
Deposition Testimony

In Re: Arbitration of Garmin International, Inc. v. PhatRat Technology, LLC
JAMS Case No. 1240021597, filed 1/8/2014
Deposition and Arbitration Testimony

Malibu Boats, LLC v. Nautique Boat Company, Inc.
Case No. 3:13-cv-00656, filed 10/31/2013
United States District Court, Eastern District of Tennessee
Deposition Testimony

Quest Integrity USA, LLC v. A. Hak Industrial Services US, LLC
Case No. 2:14-cv-01971-RAJ, filed 12/29/2014
United States District Court, Western District of Washington at Seattle
Deposition Testimony

Quest Integrity USA, LLC v. Cokebusters USA Inc.
Case No. 1:14-cv-01483-SLR, filed 12/15/2014
United States District Court, District of Delaware
Deposition Testimony

Quest Integrity USA, LLC v. Clean Harbors Industrial Services, Inc.
Case No. 1:14-cv-01482-SLR, filed 12/15/2014
United States District Court, District of Delaware
Deposition Testimony

**TESTIMONY**
**HISTORY**
**Continued...**

Bombardier Recreational Products Inc. and Arctic Cat, Inc. and Arctic Cat Sales, Inc.
Court File No. T-2025-11, filed 12/15/2011
Federal Court of Canada, Montreal, Quebec
Trial Testimony

L-3 Communications Holdings, Inc. and Premier Utility Services, LLC v. Patents of Power Survey, LLC
Cases IPR2014-00274, IPR2014-0085, and IPR00864 filed 5/30/2014
Patent Trial and Appeal Board
Deposition Testimony

Gilead Sciences, Inc. v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and ISIS Pharmaceuticals, Inc.
Case No. 5:13-4057-BLF, filed 8/30/2013
United States District Court, Northern District of California, San Jose Division.
Deposition and Trial Testimony

Knapp Logisitics & Automation, Inc. v. R/X Automation Solutions, Inc.
Civil Action No. 14-cv-00319-RBJ, filed 2/4/2014
United States District Court, District of Colorado
Trial Testimony

Viva Healthcare Packaging LTD., Viva Healthcare Packaging (HK) LTD., and Viva Healthcare Packaging (USA) Inc. v. CTL Packaging USA, Inc. and Tuboplast Hispania
Case No. 3:313-CV00569-MOC-DSC, filed 10/10/2013
United States District Court, Western District of North Carolina
Deposition Testimony

Arctic Cat, Inc. and Arctic Cat Sales, Inc. and Bombardier Recreational Products Inc.
Court File No. T-1353-13, filed 8/9/2013
Federal Court of Canada, Ottawa, Ontario
Trial Testimony

Realtime Data LLC d/b/a IXO, v. Riverbed Technology, Inc. and Dell, Inc.
Case No. 6:15-CV-463-RWS-JDL, filed 5/8/2015
United States District Court, Eastern District of Texas
Hearing Testimony

Idenix Pharmaceuticals Inc. et al., v. Gilead Sciences Inc. and Gilead Pharmasset LLC
Case No. 13-1987-LPS and Case No. 14-846-LPS, filed 12/1/2013
United States District Court, District of Delaware
Deposition and Trial Testimony

Malibu Boats, LLC, v. Mastercraft Boat Company, LLC.
Case No. 3:15-CV-276-TAV-HBG, filed 6/29/2015
United States District Court, Eastern District of Tennessee
Deposition Testimony

**TESTIMONY HISTORY Continued…**

Geodynamics Inc. v. DynaEnergetics US, Inc., Anderson Perforating Services, LLC, and Tong Petrotech, Inc.
Civil Action No. 2:15-cv-01546-RSP, filed 9/22/2015
United States District Court, Eastern District of Texas
Trial Testimony

Realtime Data, LLC D/B/A IXO, v. Riverbed Technology, Inc., and Dell, Inc.
Case No. 6:15-CV-463-RWS-JDL, filed 5/8/2015
United States District Court, Eastern District of Texas
Deposition Testimony and Trial Testimony

Farmers Edge Inc., Farmers Edge (US) Inc., and Farmers Edge (US) LLC v. Farmobile LLC, Jason G. Tatge, Heath Garret Gerlock, and Randall Thomas Nuss
Case No. 8:16-CV-00191-JFB-TDT, filed 4/29/16
United States District Court, District of Nebraska
Deposition Testimony

Velocity Patent LLC v. FCA US LLC
Civil Action No 1:13-cv-08419, filed 11/21/2013
United States District Court, Northern District of Illinois
Deposition Testimony

Siemens Industry, Inc. v. Westinghouse Air Brake Technologies Corporation (d/b/a/ WABTEC Corporation) and WABTEC Railway Electronics, Inc.
C.A. No. 16-284 (LPS), filed 4/21/2016
United States District Court, District of Delaware
Deposition Testimony and Trial Testimony

Gilead Sciences, Inc. v. Roche Molecular Systems, Inc.
Arbitration No. 01-16-0004-7625, filed 10/31/2016
American Arbitration Association
Deposition Testimony

Hospira, Inc., v Fresenius Kabi USA, LLC
Case No. 1:16-cv-000651, filed 1/15/2016
United States District Court, Northern District of Illinois
Deposition Testimony

Ferring Pharmaceuticals Inc., Ferring B.V., and Ferring International Center S.A. v. Serenity Pharmaceuticals, LLC, Reprise Biopharmaceutics, LLC, and Allergan, Inc.
Case No. 1:17-cv-00479, filed 4/28/2017
United States District Court, Southern District of New York
Deposition Testimony and Hearing Testimony

Geodynamics Inc. v. DynaEnergetics US, Inc.
Case No. 2:17-cv-00371, filed 4/28/2017
United States District Court, Eastern District of Texas
Deposition Testimony and Trial Testimony

**TESTIMONY**
**HISTORY**
**Continued…**

Ball Metal Beverage Container Corp. v Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. et al.
Case No. 3:12-cv-00033, filed 2/1/2012
United States Court, Southern District of Ohio
Deposition Testimony

PPS Data, LLC v. Jack Henry & Associates, Inc.
Case No. 2:18-cv-00007, filed 1/10/2018
United States District Court, Eastern District of Texas
Deposition Testimony

Westinghouse Air Brake Technologies Corporation (d/b/a WABTEC Corporation) v. Siemens Mobility, Inc.
Case No. 1:17-cv-01687, filed 9/8/2017
United States District Court, District of Delaware
Deposition Testimony

Pierce Manufacturing Inc. v. REV Group, Inc. and E-ONE, Inc.
Case No. 8:18-cv-00617, filed 2/23/2018
United States District Court, Middle District of Florida, Tampa Division
Deposition Testimony

Alps South, LLC v Shumaker, Loop & Kendrick, LLP
Case No. 16-CA-011166, filed 12/7/2016
Circuit Court, Thirteenth Judicial Circuit, Hillsborough County, Florida
Deposition Testimony

ECI Software Solutions, Inc. v John Plyler Plumbing and Hardware, Inc., Olshan Lumber Company, Prosperity Computer Solutions, LLC, Greg Matatall, Wade Frazier, and Ed Baldridge
Case No. 2:19-cv-00370-JRG, filed 8/3/2018
United States District Court, Eastern District of Texas, Marshall Division
Deposition Testimony

Rovi Guides, Inc. and Tivo Solutions, Inc. v Videotron Ltd.
Court File No. T-921-17, filed 6/23/2017
Federal Court of Canada
Trial Testimony

Exhibit 2

*Loma Linda University v. Smarter Alloys Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Bates Documents**

| Beginning Bates | Ending Bates | Beginning Bates | Ending Bates | Beginning Bates | Ending Bates | Beginning Bates | Ending Bates |
|---|---|---|---|---|---|---|---|
| SA_014506 | SA_014510 | SA_012787 | SA_012804 | SA_012095 | SA_012097 | SA_029446 | SA_029450 |
| SA_030234 | SA_030234 | SA_013164 | SA_013193 | SA_012424 | SA_012424 | SA_029452 | SA_029456 |
| SA_025288 | SA_025291 | SA_015026 | SA_015222 | SA_012481 | SA_012506 | SA_029584 | SA_029585 |
| SA_030228 | SA_030233 | SA_017668 | SA_017673 | SA_012661 | SA_012685 | SA_029589 | SA_029591 |
| SA_005034 | SA_005066 | SA_020604 | SA_020726 | SA_012852 | SA_012881 | SA_029592 | SA_029594 |
| SA_012127 | SA_012129 | SA_021244 | SA_021246 | SA_012882 | SA_012907 | SA_029586 | SA_029588 |
| SA_009522 | SA_009524 | SA_025320 | SA_025320 | SA_012974 | SA_012999 | SA_029950 | SA_029956 |
| SA_0009525 | SA_0009525 | SA_027406 | SA_027406 | SA_013133 | SA_013162 | SA_030184 | SA_030185 |
| SA_010465 | SA_010465 | SA_028326 | SA_028331 | SA_013164 | SA_013193 | SA_030234 | SA_030234 |
| SA_010587 | SA_010587 | SA_029446 | SA_029450 | SA_013242 | SA_013270 | SA_030340 | SA_030341 |
| SA_013947 | SA_013949 | SA_030181 | SA_030182 | SA_013338 | SA_013366 | SA_030237 | SA_030270 |
| SA_013946 | SA_013946 | SA_032068 | SA_032264 | SA_014049 | SA_014078 | SA_030343 | SA_030348 |
| SA_024641 | SA_024641 | SA_032316 | SA_032413 | SA_014140 | SA_014168 | SA_030921 | SA_030929 |
| SA_034174 | SA_034174 | SA_034176 | SA_034176 | SA_014169 | SA_014197 | SA_030941 | SA_030950 |
| SA_031090 | SA_031093 | SA_000496 | SA_000515 | SA_014206 | SA_014234 | SA_030990 | SA_031000 |
| SA_022448 | SA_022451 | SA_030363 | SA_030363 | SA_014240 | SA_014268 | SA_031090 | SA_031093 |
| SA_021111 | SA_021111 | SA_032315 | SA_032315 | SA_014272 | SA_014300 | SA_031577 | SA_031601 |
| SA_021183 | SA_021183 | SA_034224 | SA_034224 | SA_014365 | SA_014393 | SA_031874 | SA_031902 |
| SA_022206 | SA_022206 | SA_012026 | SA_012028 | SA_014712 | SA_014744 | SA_031904 | SA_031932 |
| SA_023908 | SA_023911 | SA_000432 | SA_000434 | SA_014811 | SA_014843 | SA_031934 | SA_031962 |
| SA_024585 | SA_024585 | SA_012069 | SA_012071 | SA_014889 | SA_014921 | SA_032315 | SA_032315 |
| SA_024025 | SA_024028 | SA_005085 | SA_005113 | SA_015248 | SA_015280 | SA_032630 | SA_032658 |
| SA_024484 | SA_024491 | SA_005732 | SA_005734 | SA_015291 | SA_015323 | SA_032688 | SA_032720 |
| SA_006415 | SA_006415 | SA_005790 | SA_005796 | SA_015514 | SA_015546 | SA_034176 | SA_034176 |
| SA_034174 | SA_034174 | SA_006940 | SA_006940 | SA_015563 | SA_015595 | SA_034174 | SA_034174 |
| SA_031573 | SA_031576 | SA_030234 | SA_030234 | SA_015597 | SA_015629 | SA_034225 | SA_034225 |
| SA_012040 | SA_012042 | SA_031090 | SA_031093 | SA_017452 | SA_017453 | SA_034423 | SA_034423 |
| SA_005805 | SA_005805 | SA_031139 | SA_031139 | SA_015696 | SA_015728 | SA_034676 | SA_034677 |
| SA_031224 | SA_031226 | SA_033650 | SA_033654 | SA_020978 | SA_021107 | SA_007882 | SA_007882 |
| SA_006279 | SA_006279 | SA_035998 | SA_035998 | SA_021239 | SA_021240 | SA_014048 | SA_014048 |
| SA_007153 | SA_007153 | SA_035999 | SA_035999 | SA_021306 | SA_021306 | SA_011024 | SA_011027 |
| SA_035392 | SA_035393 | SA_036000 | SA_036000 | SA_021637 | SA_021638 | SA_007116 | SA_007120 |
| SA_006415 | SA_006415 | SA_006415 | SA_006415 | SA_021456 | SA_021588 | SA_008760 | SA_008775 |
| SA_005790 | SA_005796 | SA_006760 | SA_006760 | SA_021643 | SA_021776 | SA_009522 | SA_009524 |
| SA_012216 | SA_012237 | SA_011146 | SA_011146 | SA_025288 | SA_025291 | SA_018002 | SA_018005 |
| SA_012394 | SA_012423 | SA_011767 | SA_011779 | SA_021803 | SA_021936 | SA_009976 | SA_009977 |
| SA_031140 | SA_031140 | SA_031174 | SA_031174 | SA_025293 | SA_025296 | SA_030797 | SA_030797 |
| SA_032315 | SA_032315 | SA_010892 | SA_010893 | SA_027406 | SA_027423 | SA_026878 | SA_026878 |
| SA_026208 | SA_026208 | SA_012032 | SA_012032 | SA_027733 | SA_027743 | SA_012069 | SA_012071 |

*Loma Linda University v. Smarter Alloys Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

| Beginning Bates | Ending Bates | Beginning Bates | Ending Bates | Beginning Bates | Ending Bates |
|---|---|---|---|---|---|
| SA_005034 | SA_005066 | LLU0001431 | LLU0001440 | LLU0009987 | LLU0009987 |
| SA_014711 | SA_014711 | LLU0000093 | LLU0000095 | LLU0007404 | LLU0007410 |
| SA_028959 | SA_028961 | LLU0014347 | LLU0014348 | LLU0007418 | LLU0007424 |
| SA_018007 | SA_018010 | LLU0014088 | LLU0014092 | LLU0007747 | LLU0007751 |
| SA_023094 | SA_023095 | LLU0012431 | LLU0012436 | LLU0007808 | LLU0007810 |
| SA_023106 | SA_023107 | LLU0013003 | LLU0013003 | LLU0012297 | LLU0012299 |
| SA_030024 | SA_030025 | LLU0012438 | LLU0012440 | LLU0012649 | LLU0012650 |
| SA_030798 | SA_030801 | LLU0009698 | LLU0009701 | LLU0014201 | LLU0014204 |
| LLU0000297 | LLU0000297 | LLU0008788 | LLU0008789 | | |
| LLU0000298 | LLU0000304 | LLU0009271 | LLU0009271 | | |
| LLU0000221 | LLU0000221 | LLU0007830 | LLU0007830 | | |
| LLU0000213 | LLU0000214 | LLU0007051 | LLU0007051 | | |
| LLU0000165 | LLU0000167 | LLU0004976 | LLU0004976 | | |
| LLU0000096 | LLU0000097 | LLU0007572 | LLU0007573 | | |
| LLU0000091 | LLU0000092 | LLU0012195 | LLU0012197 | | |
| LLU0000155 | LLU0000158 | LLU0007350 | LLU0007351 | | |
| LLU0005475 | LLU0005476 | LLU0003434 | LLU0003437 | | |
| LLU0001441 | LLU0001443 | LLU0006739 | LLU0006741 | | |
| LLU0003390 | LLU0003393 | LLU0003349 | LLU0003349 | | |
| LLU0000240 | LLU0000240 | LLU0006726 | LLU0006729 | | |
| LLU0000270 | LLU0000271 | LLU0005468 | LLU0005470 | | |
| LLU0000028 | LLU0000028 | LLU0012855 | LLU0012855 | | |
| LLU0009257 | LLU0009258 | LLU0005461 | LLU0005464 | | |
| LLU0001532 | LLU0001532 | LLU0001577 | LLU0001579 | | |
| LLU0001723 | LLU0001723 | LLU0004933 | LLU0004934 | | |
| LLU0001491 | LLU0001492 | LLU0004936 | LLU0004937 | | |
| LLU0001493 | LLU0001494 | LLU0007510 | LLU0007512 | | |
| LLU0001571 | LLU0001572 | LLU0007513 | LLU0007516 | | |
| LLU0001470 | LLU0001475 | LLU0000984 | LLU0000993 | | |
| LLU0001561 | LLU0001563 | LLU0001441 | LLU0001443 | | |
| LLU0001450 | LLU0001453 | LLU0001470 | LLU0001475 | | |
| LLU0001426 | LLU0001430 | LLU0000124 | LLU0000125 | | |
| LLU0009927 | LLU0009927 | LLU0001056 | LLU0001060 | | |
| LLU0008818 | LLU0008819 | LLU0001219 | LLU0001223 | | |
| LLU0004464 | LLU0004464 | LLU0001230 | LLU0001236 | | |
| LLU0004462 | LLU0004463 | LLU0000953 | LLU0000967 | | |
| LLU0005431 | LLU0005433 | LLU0000856 | LLU0000946 | | |
| LLU0008858 | LLU0008861 | LLU0012294 | LLU0012295 | | |
| LLU0013590 | LLU0013595 | LLU0000063 | LLU0000066 | | |

*Loma Linda University v. Smarter Alloys Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2


<u>**Legal Filings**</u>

Smarter Alloys's Answers to Loma Linda University's First Set of Interrogatories, 1:19-cv-00607-LJV, November 16, 2020.
Third-Party Defendant Rodrigo Viecilli's Responses to Defendant/Third-Party Plaintiff Smarter Alloys Inc.'s Third Set of Interrogatories, Nos. 24 and 25, 1:19-cv-00607-LJV, January 27, 2021.
Smarter Alloys' Answers to Loma Linda University's Second Set of Interrogatories, 1:19-cv-00607-LJV, February 24, 2021.
Smarter Alloys' Supplemental Answers to Loma Linda University's First Set of Interrogatories, 1:19-cv-00607-LJV, February 22, 2021.
Plaintiff Loma Linda Univerity and Third-Party Defendant Dr. Rodrigo Viecilli's Answer to Defendant Smarter Alloys, Inc.'s Counterclaims and Third-Party Complaint, 1:19-cv-00607-LJV, September 30, 2020.
Amended Answer with Counterclaims and Third Party Complaint, 1:19-cv-00607-LJV, October 1, 2019.
Complaint and Demand for Jury Trial, 1:19-cv-00607-LJV-MJR, May 10, 2019.
Case Management Order, 1:19-cv-00607-LJV-MJR, November 12, 2020.
Plaintiff's Memorandum of Law in Support of its Motion for Leave to File its First Amended Complaint, 1:19-cv-00607-LJV, February 4, 2021.
Plaintiff's Reply in Further Support of its Motion for Leave to File its First Amended Complaint, 1:19-cv-00607-LJV, March 5, 2021.


<u>**Depositions**</u>

Deposition of Michael Samardzija, January 7, 2021.
Deposition of Anthony Zuccarelli, January 14, 2021.
Deposition of Carol Grande, February 19, 2021.
Deposition of Michael Kuntz, February 10, 2021.
Deposition of Michael Kuntz, March 2, 2021.
Deposition of Michael Bain, March 2, 2021.
Deposition of Ibraheem Khan, February 25, 2021.
Deposition of Andrew Pequegnat, February 26, 2021.
Deposition of Rodrigo Viecilli, March 1, 2021.
Deposition of Siu Kei Tang, March 5, 2021.


<u>**Expert Reports**</u>

Opening Expert Report of Nicholas P. Godici, March 31, 2021.
Opening Expert Report of Ruedger Rubbert, March 31, 2021.

*Loma Linda University v. Smarter Alloys Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

<u>**Publicly Available**</u>

"About Fortune Business Insights," Fortune Business Insights, https://www.fortunebusinessinsights.com/aboutus.

"About," Ormco, https://ormco.com/about/.

"About," Smarter Alloys, https://www.smarteralloys.com/about/.

"Awards," Ormco, https://ormco.com/about/awards/.

"COVID-19 and Its Effect on Dentistry: Predictions, Recommendations," DentistryIQ, https://www.dentistryiq.com/dentistry/article/14189818/covid19-and-its-effect-on-dentistry-predictions-recommendations.

"COVID-19 Shocks The US Health Sector: A Review Of Early Economic Impacts," HealthAffairs.org, December 16, 2020, https://www.healthaffairs.org/do/10.1377/hblog20201214.543463

 "Danaher Announces New Dental Company to Be Named Envista Holdings Corporation," Danaher, June 27, 2019, http://investors.danaher.com/2019-06-27-Danaher-Announces-New-Dental-Company-To-Be-Named-Envista-Holdings-Corporation.

"Dentoalveolar Surgery," Ridgefield, https://www.ridgefieldoralsurgery.com/oral-surgery-procedures/dentoalveolar-surgery/#:~:text=The%20term%20dentoalveolar%20refers%20to,to%20much%20more%20complex%20procedures.

"Faculty Directory," Loma Linda University, http://www.llu.edu/pages/faculty/directory/faculty.html?eid=1a6936a.

"Global Archwire Market Growth 2020-2025," Markets and Research.Biz, November 2020, https://www.marketsandresearch.biz/report/61716/global-archwire-market-growth-2020-2025.

"Home," Loma Linda University, https://home.llu.edu/.

"Insights on the Orthodontics Global Market to 2030 - Analysis and Forecast - ResearchAndMarkets.com," Business Wire, November 25, 2020, https://www.businesswire.com/news/home/20201125005735/en/Insights-on-the-Orthodontics-Global-Market-to-2030---Analysis-and-Forecast---ResearchAndMarkets.com.

"Oral and Dentoalveolar Trauma: Pathophysiology, Diagnosis, and Emergent Care," Pocket Dentistry, https://pocketdentistry.com/oral-and-dentoalveolar-trauma-pathophysiology-diagnosis-and-emergent-care/.

"Ormco Competitors," Craft, https://craft.co/ormco/competitors.

"Ormco Corporation Private Company Profile," S&P Capital IQ, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=4944421&fromSearchProfiles=true.

"Orthodontic Supplies Market Size 2021 Industry Share, Demand, Top Players, Industry Size, Future Growth by 2026," MarketWatch News Department, https://www.marketwatch.com/press-release/orthodontic-supplies-market-size-2021-industry-share-demand-top-players-industry-size-future-growth-by-2026-2021-03-01.

"Orthodontics Market Size, Share, Growth Research Report," Fortune Business Insights, https://www.fortunebusinessinsights.com/industry-reports/orthodontics-market-101587.

"School of Dentistry," Loma Linda University, https://dentistry.llu.edu/.

"SmartArch," Ormco, https://ormco.com/products/smartarch/.

"Smarter Alloys Private Company Profile," S&P Capital IQ, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=182659475;

"Malocclusion of Teeth," U.S. National Library of Medicine, https://medlineplus.gov/ency/article/001058.htm.

"Danaher Announces New Dental Company to Be Named Envista Holdings Corporation," Danaher, June 27, 2019, http://investors.danaher.com/2019-06-27-Danaher-Announces-New-Dental-Company-To-Be-Named-Envista-Holdings-Corporation.

Richard Razgaitis, Valuation and Dealmaking of Technology-Based Intellectual Property: Principles, Methods, and Tools, (Hoboken, NJ: John Wiley & Sons, 2009).

"Oral and Dentoalveolar Trauma: Pathophysiology, Diagnosis, and Emergent Care," Pocket Dentistry, https://pocketdentistry.com/oral-and-dentoalveolar-trauma-pathophysiology-diagnosis-and-emergent-care/.

"Dentoalveolar Surgery," Ridgefield, https://www.ridgefieldoralsurgery.com/oral-surgery-procedures/dentoalveolar-surgery/#:~:text=The%20term%20dentoalveolar%20refers%20to,to%20much%20more%20complex%20procedures.

"What Doctors are Saying About SmartArch," Ormco, https://ormco.com/products/smartarch/doctors/#success-stories.

Exhibit 3

*Loma Linda University v. Smarter Alloys Inc.*
**SUMMARY OF DAMAGES**
Exhibit 3.0

|  | Lower End | | Upper End | |
|---|---|---|---|---|
| [1] LLU Lost Royalty Revenue from SA | $ | 11,396 | $ | 28,316 |
| [2] LLU Lost Royalty Revenue from Lost Licensing Opportunity | $ | 809,291 | $ | 1,213,937 |

Notes:
[1] Exhibit 4.1; Exhibit 4.2.
[2] Exhibit 5.1; Exhibit 5.2.

CONFIDENTIAL, RESTRICTED -- ATTORNEYS' EYES ONLY

Exhibit 4

*Loma Linda University v. Smarter Alloys Inc.*
**LLU LOST ROYALTY REVENUE FROM SA, ASSUMING GROSS MARGIN OF 36.3%**
Exhibit 4.1

|  | FY 2016 - 2017 | FY 2018 | FY 2019 | FY 2020 | Total |
|---|---|---|---|---|---|
| [1] Units | 262 | n/a | 146,760 | 64,140 | 211,162 |
| [2] ASP | $ 13.47 | n/a | $ 3.70 | $ 3.70 | n/a |
| [1] Revenue | $ 3,530 | $ - | $ 543,012 | $ 237,318 | $ 783,860 |
| [2] Gross Margin | 36.3% |  | 36.3% | 36.3% | 36.3% |
| Gross Profit | $ 1,283 | $ - | $ 197,360 | $ 86,254 | $ 284,897 |
| Royalty Rate | 4% | 4% | 4% | 4% | 4% |
| Total Damages | $ 51 | $ - | $ 7,894 | $ 3,450 | $ 11,396 |

Notes:
[1] Exhibit 6.1, Exhibit 6.2.
[2] Exhibit 7.1.

CONFIDENTIAL, RESTRICTED -- ATTORNEYS' EYES ONLY

*Loma Linda University v. Smarter Alloys Inc.*

**LLU LOST ROYALTY REVENUE FROM SA, ASSUMING GROSS MARGIN OF 92.0%**

Exhibit 4.2

| | FY 2016 - 2017 | FY 2018 | FY 2019 | FY 2020 | Total |
|---|---|---|---|---|---|
| [1] Units | 262 | n/a | 146,760 | 64,140 | 211,162 |
| [2] ASP | $ 13.47 | n/a | $ 3.70 | $ 3.70 | n/a |
| [1] Revenue | $ 3,530 | $ - | $ 543,012 | $ 237,318 | $ 783,860 |
| [3] Gross Margin | 90.3% | | 90.3% | 90.3% | 90.3% |
| Gross Profit | $ 3,188 | $ - | $ 490,387 | $ 214,319 | $ 707,894 |
| Royalty Rate | 4% | 4% | 4% | 4% | 4% |
| Total Damages | $ 128 | $ - | $ 19,615 | $ 8,573 | $ 28,316 |

Notes:

[1] Exhibit 6.1, Exhibit 6.2.

[2] Exhibit 7.1.

[3] Exhibit 7.2

CONFIDENTIAL, RESTRICTED -- ATTORNEYS' EYES ONLY

Exhibit 5

*Loma Linda University v. Smarter Alloys Inc.*
**LLU ROYALTIES FROM LOST LICENSING OPPORTUNITY, 4% ROYALTY RATE**
Exhibit 5.1

| | FY 2019 | FY 2020 | *Forecast* FY 2021 | *Forecast* FY 2022 | *Forecast* FY 2023 | *Forecast* FY 2024 | *Forecast* FY 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [1] SmartArch Unit Sales | 146,760 | 64,140 | 64,140 | 300,000 | 500,000 | 700,000 | 900,000 | 2,675,040 |
| [2] Ormco ASP | $ 12.80 | $ 12.80 | $ 12.80 | $ 12.80 | $ 12.80 | $ 12.80 | $ 12.80 | $ 12.80 |
| Ormco Revenue | $ 1,878,528 | $ 820,992 | $ 820,992 | $ 3,840,000 | $ 6,400,000 | $ 8,960,000 | $ 11,520,000 | 34,240,512 |
| [3] Royalty Rate | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| Royalties Payable to LLU, 4% Royalty | $ 75,141 | $ 32,840 | $ 32,840 | $ 153,600 | $ 256,000 | $ 358,400 | $ 460,800 | $ 1,369,620 |
| [4] Discount Rate for Future Cash Flows | - | - | 20% | 20% | 20% | 20% | 20% | 20% |
| Period (Utilizing Mid-Point Convention) | - | - | 0.5 | 1.5 | 2.5 | 3.5 | 4.5 | n/a |
| Discount Factor | - | - | 0.9129 | 0.7607 | 0.6339 | 0.5283 | 0.4402 | n/a |
| Net Present Value of Future Royalty Payments, 4% Royalty | $ 75,141 | $ 32,840 | $ 29,978 | $ 116,847 | $ 162,288 | $ 189,336 | $ 202,860 | $ 809,291 |

**Notes:**

[1] Exhibit 6.2 for actual 2019-2020 units sales;

For 2021 sales, given the waning residual impact of COVID-19 on the orthodontic market in 2021, I have conservatively estimated that FY 2021 unit sales of SmartArch archwires will remain at the same level as FY 2020 unit sales.

Starting in 2022, I have assumed that Ormco would resume its anticipated sales trajectory at pre-pandemic levels achieving the same growth that was projected as of January 2020 with 300,000 units in 2022, and 500,000 units in 2023, and 700,000 units in 2024. SA_034174; SA_034224 at tab "SA_is".

[2] SA_012127-129 at 129; SA_031140; SA_031090-093 at 091.

[3] LLU0000984-993 at 984.

[4] Richard Razgaitis, *Valuation and Dealmaking of Technology-Based Intellectual Property: Principles, Methods, and Tools* , (Hoboken, NJ: John Wiley & Sons, 2009), p. 271.

*Loma Linda University v. Smarter Alloys Inc.*
**LLU ROYALTIES FROM LOST LICENSING OPPORTUNITY, 6% ROYALTY RATE**
Exhibit 5.2

| | FY 2019 | FY 2020 | *Forecast* FY 2021 | *Forecast* FY 2022 | *Forecast* FY 2023 | *Forecast* FY 2024 | *Forecast* FY 2025 | Total |
|---|---|---|---|---|---|---|---|---|
| [1] SmartArch Unit Sales | 146,760 | 64,140 | 64,140 | 300,000 | 500,000 | 700,000 | 900,000 | 2,675,040 |
| [2] Ormco ASP | $ 12.80 | $ 12.80 | $ 12.80 | $ 12.80 | $ 12.80 | $ 12.80 | $ 12.80 | $ 12.80 |
| Ormco Revenue | $ 1,878,528 | $ 820,992 | $ 820,992 | $ 3,840,000 | $ 6,400,000 | $ 8,960,000 | $ 11,520,000 | 34,240,512 |
| [3] Royalty Rate | 6% | 6% | 6% | 6% | 6% | 6% | 6% | 6% |
| Royalties Payable to LLU, 6% Royalty | $ 112,712 | $ 49,260 | $ 49,260 | $ 230,400 | $ 384,000 | $ 537,600 | $ 691,200 | $ 2,054,431 |
| [4] Discount Rate for Future Cash Flows | - | - | 20% | 20% | 20% | 20% | 20% | 20% |
| Period (Utilizing Mid-Point Convention) | - | - | 0.5 | 1.5 | 2.5 | 3.5 | 4.5 | n/a |
| Discount Factor | - | - | 0.9129 | 0.7607 | 0.6339 | 0.5283 | 0.4402 | n/a |
| Net Present Value of Future Royalty Payments, 6% Royalty | $ 112,712 | $ 49,260 | $ 44,968 | $ 175,271 | $ 243,432 | $ 284,004 | $ 304,290 | $ 1,213,937 |

Notes:

[1] Exhibit 6.2 for actual 2019-2020 units sales;

For 2021 sales, given the waning residual impact of COVID-19 on the orthodontic market in 2021, I have conservatively estimated that FY 2021 unit sales of SmartArch archwires will remain at the same level as FY 2020 unit sales.

Starting in 2022, I have assumed that Ormco would resume its anticipated sales trajectory at pre-pandemic levels achieving the same growth that was projected as of January 2020 with 300,000 units in 2022, and 500,000 units in 2023, and 700,000 units in 2024.  SA_034174; SA_034224 at tab "SA_is".

[2] SA_012127-129 at 129; SA_031140; SA_031090-093 at 091.

[3] LLU0000984-993 at 984.

[4] Richard Razgaitis, *Valuation and Dealmaking of Technology-Based Intellectual Property: Principles, Methods, and Tools* , (Hoboken, NJ: John Wiley & Sons, 2009), p. 271.

Exhibit 6

*Loma Linda University v. Smarter Alloys Inc.*

**SUMMARY OF SMARTER ALLOYS SMARTARCH SALES FROM INTERROGATORY RESPONSE [1]**

Exhibit 6.1

| *SA SmartArch Production* | 2016 - 2017 | | | *Ormco SmartArch Consignment Production* | March 2019 - 2020 | | |
|---|---|---|---|---|---|---|---|
| | Quantity | Revenue (USD) | | | Quantity | Revenue (USD) | |
| Ormco (Samples) | 1,500 | - | | Ormco | 210,900 | $ | 780,330 |
| Patterson Dental | 100 | $ | 1,650 | Sonia Palleck (Samples) | 1,305 | - | |
| Dentsply Sirona (Samples) | 32 | - | | | | | |
| Sales Demo (Samples) | 354 | - | | **Total** | **212,205** | **$** | **780,330** |
| Direct Sales | 162 | 1,880 | | | | | |
| Direct Samples | 2,261 | - | | **Total Excl. Samples** | **210,900** | **$** | **780,330** |
| Rodrigo Viecilli (Donation) | 720 | - | | | | | |
| **Total** | **5,129** | **$** | **3,530** | **Average Sales Price** | | **$** | **3.70** |
| **Total Excluding Samples/Donations** | **262** | **$** | **3,530** | | | | |
| **Average Sales Price** | | **$** | **13.47** | | | | |

Notes:

[1] Smarter Alloys' Supplemental Answers to Loma Linda University's First Set of Interrogatories, February 22, 2021, pp. 16-19.

CONFIDENTIAL, RESTRICTED -- ATTORNEYS' EYES ONLY

*Loma Linda University v. Smarter Alloys Inc.*
**ESTIMATION OF FISCAL YEAR UNIT SALES**
Exhibit 6.2

|  | FY 2019 [2] | FY 2020 | Total |
|---|---|---|---|
| Units Sold | 146,760 | 64,140 [1] | 210,900 |
| Sales ($) Per Unit (USD) | $ 3.70 | $ 3.70 | $ 3.70 |
| Total Revenue | $ 543,012 | $ 237,318 | 780,330 |

Notes:

[1] Exhibit 7.1.

[2] Exhibit 6.1. I note that the March - November 2019 Sales are calculated by subtracting 64,140 from the total units sold from March 2019 - 2020.

CONFIDENTIAL, RESTRICTED -- ATTORNEYS' EYES ONLY

Exhibit 7

*Loma Linda University v. Smarter Alloys Inc.*

**ARCHWIRES PROFIT MARGIN FOR FISCAL 2020 - LITIGATION PRODUCED DOCUMENT [1] [2]**

Exhibit 7.1

|  | | Units |
|---|---|---|
| [1] Archwires Produced | | 64,140 |

|  | | $ Per Unit |
|---|---|---|
| [1] Sales | | |
| CAD | $ | 4.98 |
| USD | $ | 3.70 |
| | | |
| [1] Cost of Goods Sold (CAD $) | | |
| Labor | $ | 1.13 |
| Consumables | | 0.48 |
| Certification Costs | | 0.47 |
| Lab Rent | | 0.38 |
| Depn | | 0.71 |
| | | |
| Total Cost of Goods Sold | $ | 3.17 |
| | | |
| Gross Margin | | |
| CAD | $ | 1.81 |
| USD | $ | 1.34 |
| | | |
| Gross Margin % of Sales | | 36.3% |
| | | |
| [2] Other Expenses (CAD $) | | |
| Overhead | | 4.73 |
| | | |
| Net Margin | | |
| CAD | $ | (2.92) |
| USD | $ | (2.17) |

<u>Notes:</u>

[1] SA_035999.

[2] SA_036000.

CONFIDENTIAL, RESTRICTED -- ATTORNEYS' EYES ONLY

*Loma Linda University v. Smarter Alloys Inc.*
**ARCHWIRES GROSS PROFIT MARGIN FROM ORDINARY COURSE OF BUSINESS DOCUMENTS**
Exhibit 7.2

| November 16, 2017 Email | | $ Per Unit | | August 1, 2017 Email | | | |
|---|---|---|---|---|---|---|---|
| [1] CAD to USD Currency Ratio, November 2017 | | 0.7753 | | [1] CAD to USD Currency Ratio, August 2017 | | | 0.8010 |
| | | | | | | | |
| Sales | | **$ Per Unit** | | Sales | | | |
| [2]  CAD | $ | 4.13 | | [2]  CAD | $ | | 4.00 |
| [3]  USD | $ | 3.20 | | [5]  USD | $ | | 3.20 |
| | | | | | | | |
| Cost of Goods Sold | | | | Cost of Goods Sold | | | |
| [3]  CAD | $ | 0.40 | | [3]  CAD | $ | | 0.56 |
| [4]  USD | $ | 0.31 | | [5]  USD | $ | | 0.45 |
| | | | | | | | |
| Gross Margin | | | | Gross Margin | | | |
|   CAD | $ | 3.73 | |   CAD | $ | | 3.43 |
|   USD | $ | 2.89 | |   USD | $ | | 2.75 |
| | | | | | | | |
| Gross Margin % of Sales | | 90.3% | | Gross Margin % of Sales | | | 85.9% |

Notes:
[1] Exhibit 10.1.
[2] Calculated by dividing the sales in USD by the CAD to USD Currency Exchange Ratio.
[3] SA_031573-576 at 573.
[4] Calculated by multiplying the COGS in CAD by the CAD to USD Currency Exchange Ratio.
[5] SA_031224-226 at 224-225.

CONFIDENTIAL, RESTRICTED -- ATTORNEYS' EYES ONLY

Exhibit 8

*Loma Linda University v. Smarter Alloys Inc.*

**SMARTER ALLOYS PARTIAL INCOME STATEMENT 2020 [1] [2]**

Exhibit 8.1

| Amounts in Canadian Dollars (CAD $) | 2016 Actual [1] | 2017 Actual [1] | 2018 Actual [1] | 2019 Actual [1] | 2020 Actual [2] |
|---|---|---|---|---|---|
| Sales | | | | | |
| SmartArch | $ 80,033 | $ 20,244 | $ 162,500 | $ 792,545 | $ 308,513 |
| Asanic | 221,347 | 70,300 | 25,000 | 215,848 | - |
| Endodontics | - | - | 25,072 | - | - |
| Xtract Energy | - | - | - | - | - |
| Mint | - | 10,886 | - | - | - |
| Haptics | - | - | - | - | |
| Other | - | - | - | - | 325,166 |
| | | | | | |
| Total Revenue | $ 301,380 | $ 101,429 | $ 212,572 | $ 1,008,393 | $ 633,679 |
| | | | | | |
| Cost of Goods Sold | | | | | |
| SmartArch | $ - | $ - | $ - | $ 124,611 | $ - |
| Asanic | - | - | - | - | - |
| Endodontics | - | - | - | - | - |
| Energy | - | - | - | - | - |
| Mint | - | - | - | - | - |
| Haptics | - | - | - | - | - |
| | | | | | |
| Total Cost of Goods Sold | - | - | - | 124,611 | - |
| | | | | | |
| Gross Margin | $ 301,380 | $ 101,429 | $ 212,572 | $ 883,782 | $ 633,679 |
| *Gross Margin, Smart Arch* | 80,033 | 20,244 | 162,500 | 667,934 | 308,513 |
| *Gross Margin % of Sales, Smart Arch* | 100% | 100% | 100% | 84.3% | 100% |

*Loma Linda University v. Smarter Alloys Inc.*
**SMARTER ALLOYS PARTIAL INCOME STATEMENT 2020 [1] [2]**
Exhibit 8.1

| Expenses | | | | | |
|---|---:|---:|---:|---:|---:|
| Wages and Salaries | $ 442,667 | $ 663,211 | $ 912,482 | $ 1,054,300 | $ 1,409,586 |
| SDTC | - | - | - | - | - |
| IRAP funding | (99,800) | (448,599) | (354,251) | (401,881) | - |
| Automotive Supplier Innovation Program | (288,218) | (196,150) | (242,809) | (309,698) | - |
| OCE/BCIP funding | - | - | (90,400) | (395,685) | - |
| CRA-SRED funding | (112,137) | (150,000) | (370,250) | (225,000) | - |
| Breakthrough Energy Ventures | - | - | - | - | - |
| Payroll Taxes | 25,863 | 37,756 | 60,930 | 68,513 | 83,825 |
| Employee Benefits | 9,737 | 16,510 | 30,341 | 28,945 | 31,680 |
| Training | - | - | - | 3,110 | 165 |
| Couriers and Postage | 13,412 | 15,228 | 6,661 | 11,963 | 13,521 |
| Consultants | 56,089 | 55,188 | 18,320 | 5,000 | 25,000 |
| Accounting and Legal | 174,172 | 116,660 | 64,880 | 175,116 | 92,588 |
| Advertising and Promotion | 92,620 | 53,689 | 13,843 | 12,036 | 22,966 |
| Market Research | 9,519 | - | - | - | - |
| Bank charges and Interest | 4,491 | 8,063 | 7,392 | 9,471 | 9,701 |
| Office and General | 7,506 | 10,299 | 12,940 | 8,877 | 7,783 |
| Computer Supplies | 6,637 | 18,492 | 12,332 | 15,206 | 53,572 |
| Research Support | 73,135 | 47,203 | 7,500 | 1,150 | - |
| Research/Lab Supplies | 112,162 | 131,599 | 151,237 | 224,095 | 270,233 |
| Telephone | 5,947 | 4,397 | 3,777 | 5,873 | 4,734 |
| Travel | 38,643 | 37,993 | 59,002 | 31,447 | 14,863 |
| Meals and Entertainment | 11,574 | 15,025 | 17,114 | 16,988 | 10,579 |
| Business Licences | 21,369 | 16,920 | 9,759 | 52,632 | 46,532 |
| Insurance | 8,906 | 9,443 | 11,956 | 12,459 | 17,315 |
| Rent | 53,625 | 54,202 | 53,625 | 69,225 | 72,003 |
| Repair and Maintenance | 5,401 | 14,187 | 20,310 | 11,565 | 15,756 |
| WSIB | - | - | - | - | 2,014 |
| Utilities | - | - | - | - | 1,264 |
| | | | | | |
| Total Expenses | $ 673,320 | $ 531,318 | $ 416,690 | $ 485,706 | $ 2,205,680 |
| | | | | | |
| EBITDA | $ (371,940) | $ (429,889) | $ (204,119) | $ 398,076 | $ (1,572,001) |

Notes:
[1] SA_034224 at tab "SA_is."
[2] SA_035998.

Exhibit 9

*Loma Linda University v. Smarter Alloys Inc.*

**SUMMARY OF SA'S ORMCO BUSINESS CASE FOR SMARTARCH ARCHWIRES [1]**

Exhibit 9.1

| Assumptions | | |
|---|---|---|
| Ormco CuNiTi ASP, Estimated | $ | 5.50 |
| [2] Gross Margin | | 80% |
| COGS | $ | 1.10 |
| [3] Net Margin | | 15% |
| Profit/wire | $ | 0.83 |
| [4] SGA/wire | $ | 3.58 |
| Annual decay | | 6% |
| | | |
| Base Price - ASP | $ | 15.00 |

| Base Case - Option A Status Quo | | 2018 | | 2019 | | 2020 |
|---|---|---|---|---|---|---|
| ORMCO CuNiTi ASP | $ | 5.50 | $ | 5.50 | $ | 5.50 |
| CuNiTi Volume | | 6,700,000 | | 6,298,000 | | 5,920,120 |
| Revenue | $ | 36,850,000 | $ | 34,639,000 | $ | 32,560,660 |
| | | | | | | |
| Wire and Packaging Cost/Unit | | 1.10 | | 1.10 | | 1.10 |
| Cost of Goods Sold | | 7,370,000 | | 6,927,800 | | 6,512,132 |
| | | | | | | |
| Gross Profit | | 29,480,000 | | 27,711,200 | | 26,048,528 |
| Gross Margin | | 80% | | 80% | | 80% |
| | | | | | | |
| SG&A plus R&D | $ | 23,952,500 | $ | 22,515,350 | $ | 21,164,429 |
| Operating Profit | | 5,527,500 | | 5,195,850 | | 4,884,099 |
| Operating Margin | | 15% | | 15% | | 15% |

| SmartArch - Independent | | 2018 | | 2019 | | 2020 |
|---|---|---|---|---|---|---|
| SmartArch ASP | $ | 12.80 | $ | 13.50 | $ | 15.00 |
| SmartArch Volume (Canibalized) | | 250,000 | | 500,000 | | 1,000,000 |
| SmartArch Volume (New Accounts) | | 75,000 | | 150,000 | | 300,000 |
| SmartArch Volume (Total) | | 325,000 | | 650,000 | | 1,300,000 |
| Wire and Packaging/unit | $ | 1.10 | $ | 1.10 | $ | 1.10 |
| Smarter Alloys/unit | | 3.00 | | 3.00 | | 3.00 |
| Total unit cost | | 4.10 | | 4.10 | | 4.10 |

*Loma Linda University v. Smarter Alloys Inc.*
**SUMMARY OF SA'S ORMCO BUSINESS CASE FOR SMARTARCH ARCHWIRES [1]**
Exhibit 9.1

| Option B - SmartArch Combined | 2018 | 2019 | 2020 |
|---|---|---|---|
| ORMCO CuNiTi ASP | $ 5.50 | $ 5.50 | $ 5.50 |
| CuNiTi Volume | 6,700,000 | 6,298,000 | 5,920,120 |
| Less Cannibalized Sales | 6,450,000 | 5,798,000 | 4,920,120 |
| CuNiTi Revenue | $ 35,475,000 | $ 31,889,000 | $ 27,060,660 |
| SmartArch ASP | 12.80 | 13.50 | 15.00 |
| SmartArch Volume | 325,000 | 650,000 | 1,300,000 |
| SmartArch Revenue | $ 4,160,000 | $ 8,775,000 | $ 19,500,000 |
| Total Revenue | $ 39,635,000 | $ 40,664,000 | $ 46,560,660 |
| CuNiTi COGS | $ 7,095,000 | $ 6,377,800 | $ 5,412,132 |
| SmartArch COGS | 1,332,500 | 2,665,000 | 5,330,000 |
| Total COGS | $ 8,427,500 | $ 9,042,800 | $ 10,742,132 |
| Gross Profit | $ 31,207,500 | $ 31,621,200 | $ 35,818,528 |
| Gross Margin | 78.7% | 77.8% | 76.9% |
| Gross Profit, SmartArch | $ 2,827,500 | $ 6,110,000 | $ 14,170,000 |
| Gross Margin, SmartArch | 68.0% | 69.6% | 72.7% |
| SG&A plus R&D | $ 24,220,625 | $ 23,051,600 | $ 22,236,929 |
| Operating Profit | 6,986,875 | 8,569,600 | 13,581,599 |
| Operating Margin | 18% | 21% | 29% |

| Option B - Option A | 2018 | 2019 | 2020 |
|---|---|---|---|
| Revenue | $ 2,785,000 | $ 6,025,000 | $ 14,000,000 |
| Gross Profit | $ 1,727,500 | $ 3,910,000 | $ 9,770,000 |
| Operating Profit | $ 1,459,375 | $ 3,373,750 | $ 8,697,500 |

Notes:
[1] SA_031139; SA_031140.
[2] Danaher wide average is ~ 55%.
[3] Danaher dental business average.
[4] Assume SG&A per wire is constant.

Exhibit 10

*Loma Linda University v. Smarter Alloys Inc.*

**SUMMARY OF HISTORICAL CONVERSION RATES CAD TO USD [1]**

Exhibit 10.1

| *CAD to USD* | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | Average 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency Exchange Rate | 0.7673 | 0.7518 | 0.7509 | 0.7324 | 0.7406 | 0.7712 | 0.8013 | 0.8010 | 0.8018 | 0.7759 | 0.7753 | 0.7948 | 0.7720 |

| | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Average 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency Exchange Rate | 0.8119 | 0.7792 | 0.7754 | 0.7785 | 0.7716 | 0.7614 | 0.7687 | 0.7669 | 0.7747 | 0.7601 | 0.7519 | 0.7332 | 0.7695 |

| | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Average 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency Exchange Rate | 0.7620 | 0.7593 | 0.7492 | 0.7470 | 0.7399 | 0.7637 | 0.7580 | 0.7511 | 0.7551 | 0.7597 | 0.7531 | 0.7700 | 0.7557 |

| | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Average 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency Exchange Rate | 0.7555 | 0.7462 | 0.7110 | 0.7169 | 0.7261 | 0.7364 | 0.7453 | 0.7664 | 0.7508 | 0.7507 | 0.7690 | 0.7851 | 0.7466 |

| | Jan-21 | Feb-21 | Mar-21 | Average Jan - Mar 2021 |
|---|---|---|---|---|
| Currency Exchange Rate | 0.7824 | 0.7847 | 0.7997 | 0.7889 |

Source
[1] https://www.investing.com/currencies/cad-usd-historical-data.

CONFIDENTIAL, RESTRICTED -- ATTORNEYS' EYES ONLY